FILED
07 NOV 16 PM 4:05
[U.S. District Court stamp]

Mr. Gregory Tabarez
CDCR ID #: C-22746
CSP-S.Q.
San Quentin, CA 94974

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RE: GREGORY TABAREZ vs. JAMES TILTON, et al., Case No.: C07 4920 JF (PR)

NOTICE OF CHANGE OF ADDRESS

To: The Honorable Clerk of the Court, and all parties:

Please take notice, Plaintiff Gregory Tabarez, is in the process of being transferred from Soledad State Prison, CTF-North, to San Quentin State Prison.

Plaintiff new address:

Gregory Tabarez
CDCR ID #: C-22746
CSP-S.Q.
San Quentin, CA 94974

Respectfully submitted,

Dated: November 14, 2007

Gregory Tabarez