Mr. Gregory Tabarez
CDCR ID # C-22746
CSP-S.Q. 2-N-68L
San Quentin, CA 94974
In Pro se

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**

JAN - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: GREGORY TABAREZ vs. JAMES TILTON, et al.,
    Case No.: C 07 4920 JF (PR)

To the Clerk of the Court:

   On November 14, 2007, Plaintiff Gregory Tabarez, sent notice of changed of address, from Soledad State Prison, to San Quentin State Prison.

   On November 15, 2007, plaintiff was transferred to San Quentin State Prison, and on November 20th plaintiff received notice from the Court that his application to proceed in Forma Paupris was granted. The address on the envelope was address to Soledad State Prison, the letter was forwarded to San Quentin.

   To prevent any delays in plaintiff receiving mail form the Court he respectfully serves a second notice of change of address.

   Thank you for your consideration in this matter respectfully submitted.

Dated: December 29, 2007

Gregory Tabarez/Plaintiff

# DECLARATION OF SERVICE BY MAIL

I, <u>PANTALEON GARCIA</u>, the undersigned, declare:
    Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

    CDC No. <u>E-41970</u>    Housing <u>4-N-71</u>
    San Quentin State Prison
    San Quentin, CA 94974

On <u>December 29, 2007</u>, I served the following document(s):
    Month/Day    Year

<u>SECOND NOTICE OF CHANGE OF ADDRESS</u>

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

(1) OFFICE OF THE CLERK, U.S. DISTRICT COURT NORTHERN CALIFORNIA

(2) OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA
    P.O. Box 944255
    SACRAMENTO, CA 94244-2550

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this <u>29</u> day of <u>December</u>, <u>2007</u>, at San Quentin, CA, County of Marin.

                                                      *[signature]*
                                                   Signature of declarant



COURT NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102