# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-04920 JF

V.

JAMES TILTON, ET AL

TO:

CORRECTIONAL COUNSELOR B. EBERT

CA STATE PRISON AT SAN QUENTIN

SAN QUENTIN, CA 94974

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Richard W. Wieking*
CLERK

*Gordana Macic*
Gordana Macic
(BY) DEPUTY CLERK

March 7, 2008
DATE

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY TABAREZ | C07-04920 JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAMES TILTON, ET AL | SEE BELOW |

**SERVE ➤**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

B. EBERT, CORRECTIONAL COUNSELOR

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CA STATE PRISON AT SAN QUENTIN  SAN QUENTIN, CA 94974

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONSA AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

GORDANA MACIC

TELEPHONE NUMBER: 408-535-5387

DATE: 3/11/2008

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **5. ACKNOWLEDGMENT OF RECEIPT**    FORM USM-285 (Rev. 12/15/80)