Mr. Gregory Tabarez
CDCR ID # C-22746
CSP-S.Q. 2-N-68L
San Quentin, CA 94974

    In Pro se

**RECEIVED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY TABAREZ, | ) | Case No. C 07-4920 JF (PR) |
| | ) | |
|         Plaintiff, | ) | **DISCOVERY REQUEST** |
| | ) | **PLAINTIFF'S FIRST SET OF** |
|  vs. | ) | **REQUESTS FOR PRODUCTION** |
| | ) | |
| JAMES TILTON, et al., | ) | |
| | ) | |
|         Defendants. | ) | |

Propounding Party: Plaintiff, GREGORY TABAREZ

Responding Party: Defendant, G.A. ORTIZ

Set Number: One

### INTRODUCTION

    Plaintiff, Gregory Tabarez, is a state prisoner proceeding without counsel pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against California state prison officials named in the Complaint. The Defendants violated Plaintiff First Amendment rights by retaliating against him for the exercise of his constitutional rights.

    On February 22, 2008, the U.S. Northern District Court issued an order directing the "Defendants shall file motion for summary judgment or other dispositive motion with respect to the claim in the complaint," within 90 days of the order. In said order on page 4, instruction number 7, the Court further

1

1  instructed "Discovery may be taken in accordance with the Federal Rules of

2  Civil Procedures. No further Court order is required before the parties may

3  conduct discovery." As such, Plaintiff hereby respectfully submit his First

4  Set of Requests for production.

5  ITEMS TO BE PRODUCED

6  REQUEST NO. 1:

7  Copies of all "Program Status Reports Part B-Plan of Operation Staff &

8  Inmates Notification," from the period of December 4, 2006, through November

9  2007, at North Correctional Training Facility (North CTF) A-yard Soledad. (A

10  copy of one "Program Status Report is attached hereto to clarify the type of

11  documents requested.)

12  REQUEST NO. 2:

13  Copies of all non-confidential memorandums/reports/documents related  to

14  ongoing lock-downs from the period of December 4, 2006, through November 2007,

15  for whatever purposes of locking down North CTF A-yard.

16  REQUEST NO. 3:

17  Copies of all non-confidential documents/memorandum/reports of number of

18  lock-downs in North CTF A-yard from the period of December 4, 2006, through

19  November 2007, for whatever reasons including staff training.

20  REQUEST NO. 4:

21  Copies of job availability for Close B Custody inmates or memorandums  of

22  where inmates on Close B Custody are allowed to work, explicitly work area,

23  in North CTF A-yard, from the period December 4, 2006, through November 2007.

24  REQUEST NO. 5:

25  Copies of documents/memorandums of number of job availability for Close

26  B Custody inmates on North CTF A-yard.

27  REQUEST NO. 6:

28  2

1  Copies of documents that contain the number of Close B custody inmates on

2  or housed in North CTF A-yard, from the period December 4, 2006, through

3  November 2007.

4  REQUEST NO. 7:

5  Copies of documents/memorandums or plans of operation of yard program of

6  North CTF A-yard, as to the rotation of the building for yard program, through

7  December 2006 to November 2007.

8  REQUEST NO. 8:

9  Copies of documents/memorandums that gave the authority to modify Work

10  Group A-1 status, so that inmates with A-1 status that are not assigned are

11  not allowed yard on the weekends as other Work Group A-1 status inmates are.

12  REQUEST NO. 9:

13  Copies of law library schedule and other memorandums concerning procedures

14  for court deadlines, and the number of days that the law library was closed

15  because of lock-downs or due to water damage and other problems, from the

16  period of December 2006, through November 2007, in North CTF.

17  REQUEST NO. 10:

18  Copies of documents/memorandums issued from the Director of CDCR, concern-

19  ing transfers of inmates, to other institutions of their correct level, or

20  out of their correct level placement.

21  REQUEST NO. 11:

22  Copies of documents/memorandums with number of Work Group A-1 status

23  inmates that are unassigned and that are assigned?

24  REQUEST NO. 12:

25  Copies of documents/memorandums with information used to determine that

26  unassigned Work Group A status inmates would not be allowed yard on the week-

27  ends, on North CTF A-yard.

28  3

1    REQUEST NO. 13:

2    Copies of documents that would verify that Plaintiff was placed in Admin-

3    istrative Segregation on the day of his arrival at Soledad State Prison, on

4    December 6, 2006, or documents of housing placement upon arrival.

5    REQUEST NO. 14:

6    Copies of documents/memorandums of designated housing for Close B Custody

7    inmates on North CTF A-yard.

8                        Respectfully submitted,

9                 VERIFICATION

10    I, Gregory Tabarez, declare under penalty of perjury that the foregoing is

11    true and correct to the best of my knowledge.

12    Executed at San Quentin State Prison, County of Marin California, this

13    17th day of March 2008.

14                        Gregory Tabarez/Plaintiff/Declarant

15                        In Pro se

16

17

18

19

20

21

22

23

24

25

26

27

28                        4.

Mr. Gregory Tabarez
CDCR ID # C-22746
CSP-S.Q. 2-N-68L
San Quentin, CA 94974

   In Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,                    )    Case No. C 07-4920 JF (PR)
                                    )
                  Plaintiff,        )
                                    )    **PLAINTIFF'S FIRST SET OF**
   vs.                              )    **INTERROGATORIES**
                                    )
JAMES TILTON, at al.,               )
                                    )
                  Defendants.       )

Propounding Party: Plaintiff, GREGORY TABAREZ

Responding Party: Defendant, G.A. ORTIZ

Set Number: One

                          INTERROGATORIES

   INTERROGATORY NO. 1:

   As associated warden of Soledad State Prison are you responsible for

monitoring of compliance with enforcing of policies and procedures of the

rules of California Code of Regulations Title 15. Crime Prevention and

Corrections (Title 15, CCR § 3084.1.(a)(d).) from the period of December 2006

through November 2007?

   INTERROGATORY NO. 2:

   On February 9, 2007, did you read and sign plaintiff CDC-Form-602 Log

1

No. 06-04251, attached to the Complaint as Exhibit E, wherein Plaintiff argued that he was being retaliated against for exercising his First Amendment rights with a transfer and a lose of privileges?

INTERROGATORY NO. 3:

As Second Level of the CDCR appeal process is it your duty to adjuicate correct and rectify wrongful decisions of staff officials that violate CDCR established rules, policies, and procedures?

INTERROGATORY NO. 4:

On or about March 15, 2007, did you review CDC-Form-602, Log No. CTF-S-0700593, that was sent to you by appeal Coordinator J. Aboytes?

INTERROGATORY NO 5:

As a result of reading Plaintiff's CDC-Form-602, Log Nos. 06-04251, and CTF-S-0700593, and the attached CDCR Classification Chronos, were you aware that Plaintiff was transferred to CTF-North because he had a ongoing litigation against Associate Warden Max S. Lemon of San Quentin State Prison?

INTERROGATORY NO. 6:

As the associate warden of Soledad State Prison do you have the authority correct the failure to comply with Title 15, CCR § 3084.1.(a)(d), or any rule of CDCR Title 15.?

INTERROGATORY NO. 7:

As associate warden of Soledad State Prison do you or the warden have the authority to modify rules of CDCR Title 15, CCR § 3043.6.(a)(2), and if you do what is the process, and justification?

INTERROGATORY NO. 8:

Why did you not allow Wark Group A-1 status inmates that were transferred to CTF North A-yard, that were not assigned to job, as Plaintiff, yard on the weekends?

2

INTERROGATORY NO. 9:

On what information did you determine that you would not allow Plaintiff yard on the weekends as other Work Group A status inmates?

INTERROGATORY NO. 10:

What the number of unassigned Work Group A status inmates on North CTF A-yard, from the period 2006 through 2007?

INTERROGATORY NO. 11:

What the number of assigned Work Group A status inmates on North CTF A-yard, from the period 2006 through 2007?

INTERROGATORY NO. 12:

What the number of inmates on the North CTF A yard during yard exercise period based on the rotation of buildings during the regular weeks days?

INTERROGATORY NO. 13:

What the number inmates allowed on the yard during yard exercise period on North CTF A yard?

Dated: March 16, 2008                    Respectfully submitted,

VERIFICATION

I, Gregory Tabarez, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at San Quentin State Prison, County of Marin California this 16th day of March 2008.

Gregory Tabarez/Plaintiff/
Declarant in pro se

3.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

               Plaintiff,

vs.

JAMES TILTON, et al.,

              Defendants,   /

Case No. C 07-4920 JF (PR)

**PROOF OF SERVICE**

    I hereby certify that on March 17, 2008, I served a copy of the attached DISCOVERY REQUEST PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION & PLAINTIFF'S FIRST SET OF INTERROGATORIES, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelopes in the United States Mail at San Quentin State Prison in County of Marin, California:

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
SAN FRANCISCO, CA 94102

OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

    I declare under penalty of perjury that the foregoing is true and correct.

Declarant/Gregory Tabarez

Mr. Gregory Tabarez
CDCR ID # C-22746
GSP-S.Q. 2-N-68L
San Quentin, CA 94974



Confidential
LEGAL
Mail

TO: OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
SAN FRANCISCO, 94102
CA

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004248283
MAILED FROM ZIP CODE 94964

$ 00.58⁰
MAR 19 2008