# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

3\12\08 ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY TABAREZ | C07-04920-JF |
| DEFENDANT | TYPE OF PROCESS |
| JAMES TILTON, ET AL | SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

P. SPEER, CAPTAIN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CA STATE PRISON AT SAN QUENTIN  SAN QUENTIN, CA 94974

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

GORDANA MACIC

TELEPHONE NUMBER: 408-535-5382
DATE: 3/11/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 2
District of Origin No. 11
District to Serve No. 11
Date: 3/12/08

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 3/26/08
Time: U.S. Mail pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:
03/12/08 Mailed U.S. Mail
03/26/08 Subject is no longer at the facility. The facility will not accept service.

**UNEXECUTED**

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-04920 JF

V.

JAMES TILTON, ET AL

TO:

CAPTAIN, P. SPEER

CA STATE PRISON AT SAN QUENTIN

SAN QUENTIN, CA 94974

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Gordana Macic
(BY) DEPUTY CLERK

March 7, 2008
DATE

UNEXECUTED

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3/26/08 |
| Name of SERVER (PRINT) Donald Harvey Jr | TITLE USMS |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Subject is no longer at the facility. The facility will not accept service.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45 | TOTAL $45 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/26/08
           Date

Signature of Server
UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
*Address of Server*

**UNEXECUTED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.