1  Mr. Gregory Tabarez
   CDCR ID # C-22746; L1-107L
2  P.O. Box 2210
   Susanville, CA 96127-2210
3       In Pro se

**FILED**

08 APR 24 PM 1:05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,                )   Case No. C 07-4920 JF (PR)
                                )
           Plaintiff,           )
                                )
    vs.                         )   **NOTICE OF CHANGE OF ADDRESS**
                                )
JAMES TILTON, et al.,           )
                                )
           Defendants.          )

PLEASE TAKE NOTICE that Plaintiff Gregory Tabarez, is a state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983, hereby respectfully informs the Court and all parties that on April 15, 2008, Plaintiff was transferred from San Quentin State Prison Level Two, to Susanville State Prison Level Three, as a result of this ongoing litigation.

Plaintiff new address is:  Gregory Tabarez
                           CDCR ID # C-22746; L1-107L
                           P.O. Box 2210
                           Susanville, CA 96127-2210

Respectfully submitted,

Dated: April 17, 2008

                                    Gregory Tabarez/Plaintiff
                                    In Pro se

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 24 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

        Plaintiff,

vs.

JAMES TILTON, et al.,

        Defendants    /

Case No. C 07-4920 JF (PR)

**PROOF OF SERVICE**

I hereby certify that on April 18, 2008, I served a copy of the attached NOTICE OF CHANGE OF ADDRESS, by placing a copy in a postage paid envelope address to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Susanville State Prison in the County of Lassen, California:

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
SAN FRANCISCO, CA 94102

Director of Department of Corrections
James Tilton & N. Grannis Chief Appeals
P.O. Box 942883
Sacramento, CA 94283-0001

B. Curry & G.A. Ortiz; C. Plymesser
R.K. Robinson; M.W. Ratliff
Soledad State Prison
P.O. Box 705
Soledad, CA 93960

OFFICE OF THE ATTORNEY GENERAL
1300 I St., Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

Robert L. Ayers & Max S. Lemon
P. Speer; & B. Ebert
San Quentin State Prison
San Quentin, CA 94974

I declare under penalty of perjury that the foregoing is true and correct.

                                              Declarant Gregory Tabarez

Mr. Gregory
Housing: L1-107
P.O. Box 2210
Susanville, CA 96127-2210

TO: OFFICE OF THE CLERK, U.S. DISTRICT
COURT NORTHERN DISTRICT
450 Golden Gate Avenue
San Francisco, CA 94102

STATE PRISON      9410283489 C004