1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5975
    Fax: (415) 703-5843
8   Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Tilton, Lemon, Ayers, Ebert,
   Ortiz, Robinson, Ratliff, Plymesser, and Grannis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREGORY TABAREZ, | C 07-4920 JF |
|---|---|
| Plaintiff, | **DEFENDANTS' WAIVER OF REPLY;** |
| v. | **DEMAND FOR JURY TRIAL** |
| JAMES TILTON, et al., | |
| Defendants. | |

TO PLAINTIFF GREGORY TABAREZ, IN PRO SE:

PLEASE TAKE NOTICE THAT Defendants Tilton, Lemon, Ayers, Ebert, Ortiz, Robinson, Ratliff, Plymesser, and Grannis (Defendants) waive their right to reply to the complaint under 28 U.S.C. § 1997e(g). That section provides that:

> (1) Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law. Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed.

Defs.' Waiver Reply & Jury Trial Demand                                G. Tabarez v. J. Tilton, et al.
                                                                                       C 07-4920 JF

1

(2) The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits.

*Id.*

In addition, Defendants demand a trial by jury in this case.

Dated: May 12, 2008

               Respectfully submitted,

               EDMUND G. BROWN JR.
               Attorney General of the State of California

               DAVID S. CHANEY
               Chief Assistant Attorney General

               FRANCES T. GRUNDER
               Senior Assistant Attorney General

               THOMAS S. PATTERSON
               Supervising Deputy Attorney General

               */s/ Trace O. Maiorino*

               TRACE O. MAIORINO
               Deputy Attorney General
               Attorneys for Defendants Tilton, Lemon, Ayers, Ebert, Ortiz, Robinson, Ratliff, Plymesser, and Grannis

40249228.wpd
SF2008400989

Defs.' Waiver Reply & Jury Trial Demand                *G. Tabarez v. J. Tilton, et al.*
                                                                     C 07-4920 JF

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   G. Tabarez v. J. Tilton, et al.

No.:   C 07-4920 JF

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 12, 2008, I served the attached

### DEFENDANTS' WAIVER OF REPLY; DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Gregory Tabarez, C-22746**
**High Desert State Prison**
**P. O. Box 2210**
**Susanville, CA 96127-2210**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 12, 2008, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | /s/ T. Oakes |
| Declarant | Signature |

40252709.wpd