Mr. Gregory Tabarez
CDCR ID # C-22746; L1-107L
P.O. Box 2210
Susanville, CA 96127-2210

In Pro se



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TABAREZ, | Case No. C 07-4920 JF (PR) |
| Plaintiff, | **APPLICATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |
| vs. | |
| JAMES TILTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding in pro se in a civil rights action under 42 U.S.C. § 1983, against certain state prison officials for violating his First Amendment rights, hereby respectfully requests a 30-days enlarge of time until June 22, 2008, so Plaintiff may complete discovery to properly address this Courts order on February 22, 2008, that the Defendants shall file a motion for summary judgment or other dispositive motion with respect to the claim in the complaint as set forth "No later than ninety (90) days from the date of this order."

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of time to including June 22, 2008, in which the Defendants to file a motion for summary judgment or other dispositive motion with respect to the claim in the complaint, no later than ninety (90) days from the date of this

1

1 | order. And "Plaintiff's opposition to the dispositive motion shall be filed
2 | with the Court and served on Defendants no later than thirty (30) days from
3 | the date Defendants' motion is filed."
4 |     Good cause for the extension or enlargement time is set forth in the
5 | accompanying declaration of Plaintiff.
6 | Dated: May 1, 2008

Respectfully submitted,

Gregory Tabarez/Plaintiff
In Pro se

Mr. Gregory Tabarez
CDCR ID #C-22746; L1-107L
P.O. Box 2210
Susanville, CA 96127-2210

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TABAREZ, | Case No. C 07-4920 JF (PR) |
| Plaintiff, | DECLARATION OF PLAINTIFF IN SUPPORT OF APPLICATION FOR EXTENSION OR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY |
| vs. | |
| JAMES TILTON, et al., | |
| Defendants. | |

I, Gregory Tabarez, declare under penalty of perjury as follows:

1. I am a state prisoner the Plaintiff in the above entitled cause of action proceeding in pro se in this civil case.

2. On March 17, 2008, Plaintiff mailed his First sets of Requests for Production, Interrogatories, to the Office of the Attorney General. On April 5, 2008, I received a letter from the Deputy Attorney General Trace O. Mariorino that their office received my First Requests for Production of Documents to G.A. Ortiz and First Set of Interrogatories on April 2, 2008. However, they informed me that they are returning my discovery requests because they did not represent Mr. Ortiz, which delay my discovery.

3. On or about April 7, and 9, 2008, I mailed my discovery requests directly to the defendants, as of this date I have not receive any responses to my

1

requests.

4. On April 15, 2008, without notice at 3: a.m., in the morning I was told to pack my personal property because I was being transferred to another prison, further delaying my discovery process.

5. Upon my arrival herein Susanville State Prison California Correctional Center (CCC) Level three I was without my personal property legal documents for three days, and when I received my property it was removed from the boxs' and placed in plastic bags, causing all my legal documents to be mixed with each other, further delaying my discovery process.

6. Since my arrival CCC has experience power outs causing the program to be closed down including the law library access.

7. Upon my arrival herein CCC I had to serve notices to the courts and a number of Defendants individually, of change of address, with limited access to law library this has hinder my ability to complete my discovery.

8. I, Plaintiff will be able to oppose the Defendants motion for summary judgment or other dispositive motions, but in order to adequately address and properly contend the summary judgment or other dispositive motions I will require an additional time to complete discovery, and thus respectfully request the Court for an extension of time to including June 22, 2008.

I, Gregory Tabarez, Plaintiff declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Susanville State Prison CCC, California, on May 1, 2008.

Gregory Tabarez, CDCR ID #C-22746
Plaintiff/Declarant in Pro se

2.

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby declare and state that, I am over the age of eighteen (18) years old and I (am) a party to the within cause of action that on this __4__, day of __May__, __2008__, I placed the below named legal documents in the United States Mail:

_APPLICATION FOR EXTENSION OF_
_TIME TO COMPLETE DISCOVERY_

for which are addressed to the below named parties/persons:

1. OFFICE OF THE CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
450 Golden Gate Ave
SAN FRANCISCO, CA
94102

2. OFFICE OF ATTORNEY
GENERAL
455 Golden Gate Ave, Suite
11000,
San Francisco, CA
94102-7004

3.

4.

I, hereby declare under the penalty of perjury of the laws of the State of California, and the United States, that the above certificate of service is true and correct to the best of my knowledge and recollection.

_David Drought_
DECLARANT

Mr. Greory Tabarez
CDCR ID # C-22746; L1-107L
P.O. Box 2210
Susanville, CA 96127-2210

RENO NV 895
05 MAY 2008 PM 3 T

TO: OFFICE OF THE CLERK, U.S. DISTRICT
COURT NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
SAN FRANCISCO, CA 94102

CONFIDENTIAL LEGAL MAIL

STATE PRISON