# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**ENTERED**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY TABAREZ | C07-4920-JF |
| DEFENDANT | TYPE OF PROCESS |
| JAMES TILTON, ET AL | SEE BELOW |

**FILED**

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➡ C. PLYMESSER, CAPTAIN  CORRECTIONAL TRAINING FACILITY

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. BOX 705  SOLEDAD, CA 93960-0705

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

GORDANA MACIC  /s/ Gordana Macic

TELEPHONE NUMBER: 408-535-5382

DATE: 3/11/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 11 | 11 | [signature] | 3/27/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/04/8   Time: O.S. Mail pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $4.00 | | | $4.00 | | $4.00 |

REMARKS:
03/27/08 Mailed U.S. Mail
05/09/08 Received acknowledgment of service.

**EXECUTED**

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __California__

__Northern__

TO: CAPTAIN C. PLYMESSER
CTF
P.O. Box 705
Soledad, CA 93960-0705

Civil Action, File Number __C07-04920 JF__

__GREGORY TABAREZ__
V.
__JAMES TILTON, ET AL__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within __20__ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__3/27/08__
Date of Signature

Signature (USMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code   TRACE MAJORINO

Signature

Relationship to Entity/Authority to Receive   Attorney General's Office, attorneys for defendant

Service of Process
4/8/08
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-04920 JF

V.

JAMES TILTON, ET AL

TO:

CAPTAIN C. PLYMESSER
CORRECTIONAL TRAINING FACILITY

P.O. BOX 705

SOLEDAD, CA 93960-0705

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Gordana Macic
(BY) DEPUTY CLERK

March 7, 2008
DATE

EXECUTED

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 05/08/08 |
| Name of SERVER (PRINT) | TITLE |
| Donald Harry Jr | USMS |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Received acknowledgement of service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/09/08
                Date

Signature of Server
UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
Address of Server

EXECUTED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.