| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

3/14/08 ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GREGORY TABAREZ | C07-04920 JF |
| DEFENDANT | TYPE OF PROCESS |
| JAMES TILTON, ET AL | SEE BELOW |

FILED
2008 MAY 14 P 2:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | MAX S. LEMON, ASSOCIATE WARDEN |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | CA STATE PRISON AT SAN QUENTIN  SAN QUENTIN, CA 94974 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:<br>GORDANA MACIC  [signature]  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>408-535-5382 | DATE<br>3/12/2008 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>2 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk [signature] | Date<br>3/12/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>5/9/08 | Time<br>U.S. Mail | am/pm |
| | Signature of U.S. Marshal or Deputy [signature] | | |

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$45.00 | Advance Deposits | Amount owed to U.S. Marshal or<br>$45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
03/12/08 Mailed U.S. Mail
05/ Received acknowledgement of service

EXECUTED

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-04920 JF

V.

JAMES TILTON, ET AL

TO:

ASSOCIATE WARDEN, MAX S. LEMON

CA STATE PRISON AT SAN QUENTIN

SAN QUENTIN, CA 94974

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
GREGORY TABAREZ C-22746
CSP-SAN QUENTIN
2-N-68L
SAN QUENTIN, CA 94974

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wicking_
CLERK

_Gordana Macic_
Gordana Macic
(BY) DEPUTY CLERK

March 7, 2008
DATE

**EXECUTED**

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 03/26/08 |
| Name of SERVER (PRINT) Donald Hazen Jr | TITLE USMS |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Received acknowledgement of service _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $45.00 | $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/9/08
                Date

Signature of Server
UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113
*Address of Server*

EXECUTED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Northern__ __California__

TO: Max J. Lemon, Associate Warden
CA State Prison at San Quentin
San Quentin, CA 94974

Civil Action, File Number __C07-04920 JF__

__Gregory Tabarez__
V.
__James Tilton, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

__20__ You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__03/12/08__                                          __03/12/08__ [signature]
Date of Signature                                     Signature (USMS Official)

═══════════════════════════════════════════════════════════════════════════════

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

__San Quentin State Prison__
Street Number and Street Name or P.O. Box No.

__San Quentin, CA__    TRACE O.
City, State and Zip Code

[signature]    TRACE MAURINO
Signature              PRINT

__Attorney for Defendant__
Relationship to Entity/Authority to Receive
__Attorney General's Office__
Service of Process

__3/26/08__
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)