EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5975
 Fax: (415) 703-5843
 Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
Ortiz, Plymesser, Robinson, Ratliff, and Grannis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>   Defendants. | C 07-4920 JF<br><br>**NOTICE OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis respectfully request that this Court grant a fourteen-day extension from the current deadline of May 22, 2008, up to and including June 5, 2008, to file a motion for summary judgment or other dispositive motion in this case. Additional time is needed to complete necessary investigation

///

///

///

///

Defs.' Mot. Req. Extension Time

G. Tabarez v. J. Tilton, et al.
C 07-4920 JF

1

1 | before filing a dispositive motion.

2 | Dated: May 20, 2008

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | DAVID S. CHANEY
Chief Assistant Attorney General

6 | FRANCES T. GRUNDER
Senior Assistant Attorney General

7 | THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Trace O. Maiorino*

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis

Defs.' Mot. Req. Extension Time

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF