EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5975
  Fax: (415) 703-5843
  Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
Ortiz, Plymesser, Robinson, Ratliff, and Grannis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREGORY TABAREZ, | C 07-4920 JF |
|---|---|
| Plaintiff, | **DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

I, TRACE O. MAIORINO, declare:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and I am assigned to represent Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis in this case. I am competent to testify to the matters in this declaration, and if called upon to do so, I would and could so testify.

2. Plaintiff Gregory Tabarez is a state prisoner currently incarcerated at California

Decl. Trace O. Maiorino Supp. Defs.' Mot. Extension Time          G. Tabarez v. J. Tilton, et al.
                                                                                    C 07-4920 JF

1 | Correctional Center (CCC), in Susanville, CA.

2 | 3. Plaintiff filed his complaint on September 21, 2007, alleging a violation of his civil rights under 42 U.S.C. § 1983 while incarcerated at California State Prison - San Quentin. The Court issued its Order of Service and found that Plaintiff had stated a cognizable claim that Defendants had violated his First Amendment rights by retaliating against him for exercising his constitutional rights. The Court ordered Defendants to file a dispositive motion no later than May 22, 2008.

4. On behalf of Defendants, I am seeking a fourteen-day extension of time from the current deadline of May 22, 2008 to file a dispositive motion, up to and including Thursday, June 5, 2008. This is the first request for an extension of time following the Court's Order of Service. The basis for Defendants' request is as follows:

   a. Additional time is needed to complete the investigation and procurement of the necessary information to prepare Defendants' dispositive motion.

   b. I am responsible for preparing a dispositive motion in another matter due on May 30, 2008.

   c. I am presently completing discovery requests on behalf of four of the Defendants in this matter and on behalf of defendants in an unrelated matter.

   d. Finally, I am currently handling the discovery matters in another lawsuit set for trial on November 3, 2008.

5. Plaintiff is currently incarcerated and is not readily available to stipulate to an extension of time for the dispositive motion deadline. Because it is difficult to deliver this motion on the same day that it is filed, Defendants will serve Plaintiff a copy of this motion by overnight mail.

///
///
///
///
///

Decl. Trace O. Maiorino Supp. Defs.' Mot. Extension Time   *G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

2

6. This request for an extension is not made for any purpose of harassment or undue delay and Plaintiff should not be prejudiced in any way.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 20, 2008 at San Francisco, California.

_/s/ Trace O. Maiorino_
TRACE O. MAIORINO

Decl. Trace O. Maiorino Supp. Defs.' Mot. Extension Time    *G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

3