1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>Defendants. | C 07-4920 JF<br><br>[Proposed] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

For good cause appearing, the request by Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis for a fourteen-day extension of time in which to file a dispositive motion is hereby granted. Defendants may file a dispositive motion up to and including June 5, 2008.

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than thirty days after the date on which Defendants' motion is filed.

Defendants <u>shall</u> file a reply brief no later than fifteen days after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated:_____

THE HONORABLE JEREMY FOGEL
United States District Judge

Order Granting Defs.' Req. Extension Time

G. Tabarez v. J. Tilton, et al.
C 07-4920 JF

1

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:   G. Tabarez v. J. Tilton, et al.

No.:   C 07-4920 JF

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 20, 2008, I served the attached

**NOTICE OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**[Proposed] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with the OnTrac overnight courier service, addressed as follows:

**Gregory Tabarez, C-22746**
**High Desert State Prison**
**475 Rice Canyon Road**
**Susanville, CA 96127**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 20, 2008, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | /s/ T. Oakes |
| Declarant | Signature |

40256307.wpd