EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5975
  Fax:  (415) 703-5843
  Email:  Trace.Maiorino@doj.ca.gov

Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
Ortiz, Plymesser, Robinson, Ratliff, and Grannis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>                      Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>                      Defendants. | C 07-4920 JF<br><br>**DECLARATION OF DEFENDANT G. ORTIZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, G. Ortiz, declare the following:

1. I was employed by CDCR for thirty-eight years. In 2002, I retired from the CDCR. At the time of my retirement, I was assigned to the Correctional Training Facility (CTF), at Soledad, California. In 2005, I returned to CTF as a retired annuitant. I worked part-time as an Associate Warden during the years 2005 and 2006. As a retired annuitant, I worked as a part-time employee and worked approximately 960 hours per fiscal year. In 2007, I was reinstated as a permanent Associate Warden and worked full-time. On April 15, 2008, I retired from CDCR and have not returned to work.

Decl. Def. Ortiz Supp Defs.' Mot. Summ. J.                                                  *G. Tabarez v. J. Tilton, et al.*
                                                                                                                          C 07-4920 JF

2. I have reviewed Plaintiff's complaint filed in this lawsuit. In December 2006, I was not performing any duties at CTF because as a retired annuitant, I had worked the maximum number of hours for the fiscal year of 2006. I had worked the maximum number of hours by approximately June 2006. Therefore, I was not working at CTF at the time Plaintiff was transferred to CTF in December 2006. I had no involvement with Plaintiff's transfer from San Quentin to CTF in December 2006.

3. I have reviewed Plaintiff's Exhibit E attached to his complaint filed in this lawsuit. Included in Exhibit E, is a copy of a Second Level Reviewer's Response to Plaintiff's inmate appeal, Log. No. CTF-N 06-04251, that I reviewed in the capacity of Associate Warden at CTF on February 28, 2007. In his appeal, Plaintiff complained that as an A1A unassigned inmate, he did not receive the same privileges as the A1A assigned inmates. As part of the appeal response, I explained to Plaintiff that unassigned inmates received morning and afternoon recreational privileges and that assigned inmates received night time and weekend recreational activities. Further, Plaintiff complained that he did not have a job assignment. I further explained, that a job assignment would be offered to him once a job assignment became available. In his appeal, Plaintiff did not seek a transfer from CTF and it was not at issue.

4. In his complaint, Plaintiff alleges that he had filed a previous lawsuit, identified as action no. 04-0360, against Defendant Lemon based on an alleged incident that occurred in 2002 at California State Prison - Folsom. I had no prior knowledge of Plaintiff's lawsuit, identified as action no. 04-0360, against Defendant Lemon. Moreover, I am not familiar with Defendant Lemon.

5. This declaration is based on personal knowledge, except where indicated to be based on information and belief. As to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge.

Executed on May 1 ?, 2008 at Sacramento, California.

G. A. ORTIZ