1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5975
     Fax: (415) 703-5843
8    Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
   Ortiz, Plymesser, Robinson, Ratliff, and Grannis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | C 07-4920 JF<br><br>**DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, TRACE O. MAIORINO, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am assigned to represent Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis in this case. I am competent to testify to the matters as set forth herein, and if called to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. Attached as Exhibit A are certified copies of Plaintiff's records maintained by the

Decl. Maiorino Supp. Mot. Summ. J.                                    G. Tabarez v. J. Tilton, et al.
                                                                                        C 07-4920 JF

1

1  California Department of Corrections and Rehabilitation identified as AGO 149-50.

2  I declare under penalty of perjury that the foregoing is true and correct to the best of my

3  knowledge and that this declaration is executed on June 5, 2008 at San Francisco, California.

*/s/ Trace Maiorino*
TRACE O. MAIORINO

Decl. Maiorino Supp. Mot. Summ. J.

G. Tabarez v. J. Tilton, et al.
C 07-4920 JF

2

**EXHIBIT A**

Case 5:07-cv-04920-JF    Document 40    Filed 06/05/2008    Page 4 of 5.

CDC-128-G (REV. 2/81)

| | | | | | | |
|---|---|---|---|---|---|---|
| No.: | C22746 | Name: TABAREZ | | CS/LV: 19/IV/LIF | Next Class: | 1/1/07 |
| Custody: | CLOSE B | | | Release Date: MEPD 11/26/2002 | Assignment: | NB PORTER |
| Comment: | ANNUAL REVIEW/ REFER TO CSR FOR TX DUE TO PENDING LITIGATION INVOLVING STAFF AT SQSP. SUBJECT REQUESTS SOL-III O/R CLOSE B/CTF-II. | | | | WG: A-1 PG: | A EFF: 9/8/06 |

Subject appeared before Program Unit III, Unit Classification Committee (UCC) for Annual Review. Subject is a 53 (DOB 5/6/53) year old Mexican, multi termer, received in CDC on 9/24/96 to serve a 28 years to Life term from Sacramento County for HS 11350A Possession of Controlled Substance. He was received at SQ Main on 8/1/02 from FSP as a result of a non-adverse transfer.

CASE FACTORS: County of Residence: Sacramento. Holds/warrants/detainers: Clear. Escapes: 9/2/79 Ex-Convict w/ Gun Escape from Prison charge later dismissed. Arson: Clear. Sex Offenses: Clear - SVP not applicable. Notice/Registration: HS 11590. CDC 812: Enemies noted. Disruptive group noted: Norteno Member. Disciplinary: CDC 115's dated 2/15/05 CCR 3016 Introducing Heroin into a State Prison for Distribution, 2/13/01 CCR 3005 (C) Mutual Combat, 3/5/98 CCR 3062 (e) Hair Longer than three Inches. Medical: TB Code 32 per CDC 128C dated 5/1/06, Full Duty and Food Service cleared per CDC 128-C1 dated 11/30/96. Psychiatric: Mental Health Screening completed per CDC 128-C dated 4/8/05, Psych cleared per CDC 128-C dated 4/8/05. Does not meet criteria for MDO referral. GPL: 3.4. Due to subject's low test score CCII S. Robinson acted as staff assistant. Foreign Prisoner Transfer Treaty Program: Not applicable. Confidential: Noted. Program Eligibility: Subject is deemed MSF, Camp, CCF, Restitution Center, and SATF/SAP ineligible due to Life sentence. Status of Restitution: None reflected in the file and DDPS reflects none. Other: Subject's CDC-812 has been updated. Subject was reviewed for single-cell status per DOM # 72020.9.1 and does not meet the criteria for 'S' suffix. Caseworker notes Subject's identification photograph is current. Inmate indicated he could remain double-celled. Subject's case has been reviewed for visiting restrictions per CCR 3173.1/3177 and a visiting restriction is warranted.

COMMITTEE ACTION: UCC acts refer subject to the CSR for transfer per CDW M. Lemon's request. The request is due to pending litigation with CDW M. Lemon named as a defendant. CDW M. Lemon requested subject be transferred "to ensure that my role as the CDW has no bearing on the case and prevents any possible allegation of perceived retaliation of any nature by Inmate Tabarez C-22746". Subject requests placement at SOL-III O/R Close B/ CTF-II, due to his family residing in Sacramento. UCC recommends that subject not be housed at FSP due to FSP staff also being involved in the pending litigation. This transfer is non-adverse in nature and subject shall retain his A1/A status upon receipt at receiving institution. UCC acts to retain custody at Close B based upon case factors, WG/PG: A1/A effective 9/8/06, continue his placement as a North Block porter, and retain SQ Main. Compliance with PC 2930/2933 has been noted. Inmate acknowledged he received 72-hour prior written notice of this hearing. Inmate indicates that he understands, however disagrees with the reasons presented for transfer and the committee action. Subject stated that he believes the transfer request from CDW M. Lemon is retaliation due to his pending litigation against CDW M. Lemon. Subject states that due to his Close B and Lifer status there are limited institutions that allow him to program; due to this subject requested to remain housed at SQSP. Subject was advised of his appeal rights.

| | | | |
|---|---|---|---|
| COMMITTEE MEMBERS: | P. SPEER, FC<br>S. ROBINSON, CCII<br>B. EBERT, CCI | P. SPEER, FC<br>CHAIRPERSON | B. EBERT, CC-I<br>RECORDER |

Distribution: Original - C-File
Inmate
CC-I

Date: 12/4/06    (page 1 of 1)    CLASSIFICATION: ANNUAL REVIEW/ REFER CSR    INST. SQ

AGO-149

State of California                                                                           Department of Corrections
                                                                                              CDC 128-G

No. C-22746                    NAME: TABAREZ, GREGORY

Comment:   CTF-II endorsed. CS = 19.

LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 10/2021. Madrid chrono of 4-8-0 noted. Inmate is NCF per CDC 128-C2 of 9-11-02. TB Code is 32. CDC 812 is noted. Confidential file noted.

This transfer approval expires 4/3/2007 and will require return to CSR for re-authorization.

                               K Ligon, CSR

Date: 12/4/2006                Classification - CSR ACTION                                    SQ

AGO-150