Mr. Gregory Tabarez
CDCR ID # C-22746; West/Hall 139
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378-0600

In Pro Se

**FILED**

2008 JUN -6  A 7 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,
       Plaintiff,
vs.
JAMES TILTON, et al.,
       Defendants.

Case No. C 07-4920 JF (PR)

NOTICE OF CHANGE OF ADDRESS AND NOTICE THAT PLAINTIFF IS BEING DENIED LAW LIBRARY ACCESS BY PRISON OFFICIALS

PLEASE TAKE NOTICE that Plaintiff is a state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. §1983, hereby respectfully informs the Court and all parties that on May 21, 2008, Plaintiff was transferred from Susanville State Prison CCC, to Tracy State Prison (DVI), and is being housed in the Reception Center (RC) without his personal property and without access to Law Library to prepare and complete his Second Set of Discovery Requests for Production and Admission, Interrogatory. See Lewis v. Casey, 518 U.S. 343, 346 (1996).

Despite the fact that Plaintiff has submitted four (4) inmate Requests to access to Law Library none have been answered, and verable requests to correctional staff with no avail, and told that Plaintiff is on Lock-down status without no justification and submitting CDC-602 Appeal Form, with no avail. Plaintiff only alternative is to inform the Court and request intervention by ordering the

Defendants to show cause why Plaintiff is not being allowed prison Law Library access, and the reason he is being housed in RC instead of General Population, since he was transferred from a General Population state prison CCC, pursuant to Cal. Code of Regs. Title 15. Section 3379. Inmate Transfers. (b).

Plaintiff further inform the Court and Parties that he was prematurely transferred herein DVI to appear in the Sacramento County Superior Court for a evidentiary hearing Schedule in July in Case No. 07F11455, and thus his current address Tracy State Prison (DVI).

Dated: June 2, 2008, Respectfully Submitted,

/Gregory Tabarez/ Plaintiff

### VERIFICATION

I, Gregory Tabarez, Plaintiff in the above-entitled cause of action, declare under the penalty of perjury that: I have read the foregoing document page 1 through 2, and know the contents thereof, and the same it true of my own knowledge except as the matters stated therein upon information and belief and as to those matters I believe to be true.

Executed this 2. day of June 2008, at Tracy State Prison, in the county of San Joaquin, California.

Declarant/ GREGORY TABAREZ

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby declare and state that, I am over the age of eighteen (18) years old and I (am) *Not* a party to the within cause of action that on this __2__, day of __June__, __2008__, I placed the below named legal documents in the United States Mail:

NOTICE OF CHANGE OF ADDRESS AND NOTICE THAT PLAINTIFF IS BEING DENIED LAW LIBRARY ACCESS BY PRISON OFFICIALS CASE NO.: C 07-4920-JF (PR)

for which are addressed to the below named parties/persons:

1. U.S. Northern District Court
   280 S. First Street, #2112
   San Jose, CA 95113-3008

2.

3. OFFICE OF ATTORNEY GENERAL
   S.D.A.G. TRACE O. MAIORNO
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004

4.

I, hereby declare under the penalty of perjury of the laws of the State of California, and the United States, that the above certificate of service is true and correct to the best of my knowledge and recollection.

DECLARANT MANUEL SALAZAR

**DEUEL VOCATIONAL INSTITUTION**
P.O. BOX 600
TRACY, CA.    95378-0600

Name **Gregory Tabarez**
CDC # **C-22746**
Housing Unit & Bed # **West/Hall 139L**

**State Prison**
**Generated Mail**

DVI RECEPTION CENTER



Hasler
$00.420
Mailed From 95378
06/03/2008
US POSTAGE

To: U.S. Northern District Court
To the Honorable Judge Jeremy Fogel
280 S. First Street, #2112
San Jose, CA 95113-3008
Att: Clerk of the Court

CONFIDENTIAL LEGAL MAIL