Mr. Gregory Tabarez
CDCR ID # C-22746; L1-231L
P.O. Box 2210
Susanville, CA 96127-2210

    In Pro se

**FILED**

2008 JUN 23 P 3: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TABAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | Case No. C 07-4920 JF (PR)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

    PLEASE TAKE NOTICE that Plaintiff Gregory Tabarez, is a state prisoner proceeding without counsel in a civil rights actions under 42 U.S.C. § 1983, hereby respectfully informs the Court and parties that on June 15, 2008, Plaintiff was transferred from Tracy State Prison DVI, to Susanville State Prison.

Dated: June 18, 2008

Respectfully submitted,

_Gregory Tabarez_
Gregory Tabarez

[Case Name and Court Number]

I declare that:

United States Northern District Court of California-San Jose Division
280 S First Street, #2112
San Jose, CA 95113-3008

Case Name: Gregory Tabarez vs. James Tiltin, et al.
No.: C 07-4920 JF

I am a resident of _Susanville State Prison_ in the county of _Lassen_, California. I am over the age of 18 years. My residence address is:

_Susanville State Prison CCC-Lassen, P.O. Box 2210, Susanville, CA 96127-2210_.

On _June 19, 2008_, I served the attached _Notice of Change of Address_ on the _Parties_ in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at _Susanville State Prison_ addressed as follows:

_Deputy Attorney General Trace O. Mariorino, 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102_.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on _19, June, 2008_ [date], at _Susanville_, California.

Joseph Jaquez
[Type or Print Name]

[Signature]

Gregory Tabarez
CDCR ID # C-22746; L1-231L
P.O. Box 2210
Susanville, CA 96127-2210

TO: U.S. NORTHERN DISTRICT COURT OF
CALIFORNIA-SAN JOSE DIVISION
280 S First Street #2112
SAN JOSE, CA 95113-3008