Mr. Gregory Tabarez
CDCR ID #C-22746; L3-121L
P.O. Box 2210
Susanville, CA 96127-2210



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | Case No. C 07-4920 JF (PR)<br><br>APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT & MOTION TO DISMISS |

Plaintiff is a state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983, against state prison officials, hereby respectfully requests a 60-day extension of time until August 22, 2008, in which to file a Opposition Motion to the Defendants motion for Summary Judgment and Motion Dismiss.

Good cause for extension is set forth in the accompanying declaration of Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of time to including August 22, 2008, in which to file the opposition motion to the Defendants motion for summary judgment and motion dismiss.

Dated: June 24, 2008

Respectfully submitted,

Gregory Tabarez/Plaintiff

1

Gregory Tabarez
CDCR ID # C-22740; L3-121L
P.O. Box 2210
Susanville, CA 96127-2210

**CONFIDENTIAL LEGAL MAIL**

TO: **CLERK OF THE U.S. NORTHERN DISTRICT COURT OF CALIFORNIA**
280 South 1st Street, Room, 2112
San Jose, 95113


JUN 27 2008

