Mr. Gregory Tabarez
CDCR ID # C-22746; L3-121L
P.O. Box 2210
Susanville, CA 96127-2210

**FILED**

JUN 3 0 2008


CLERK, ... NG
NORTHERN ... T COURT
... CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GREGORY TABAREZ, | ) | Case No. C 07-4920 JF (PR) |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF PLAINTIFF IN** |
| | ) | **SUPPORT OF APPLICATION FOR** |
| vs. | ) | **EXTENSION OF TIME** |
| | ) | |
| JAMES TILTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Gregory Tabarez, declare under penalty of perjury as follows:

I am a state prisoner the Plaintiff in the above entitled cause of action proceeding in *pro se* in this civil case.

1. On April 15, 2008, at 3:a.m., in the morning without prior notice I was told to pack-up my personal property because I was being transferred from San Quentin State Prison Level II, to Susanville State Prison (CCC-Lassen) Level III. Which impeded my Discovery process order by the Court on February 22, 2008, because I was without my personal property until April 21, 2008.

2. On May 5, 2008, CCC-Lassen facility was placed on lock-down status for a major search-down, and even though I had Preferred Library User (PLU) status because of this Court order deadlines, I was still denied access to prison law library I was only allowed access one time from a period May 5, to May 20, 2008. I was able

to complete my First Set of Discovery Requests, Admissions, and Interrogatories, and I did file a prison grievance Log No. CCC-L-08-00607, concerning my access to prison law library.

3. On May 20, 2008, CCC-Lassen was released to normal program, and at 3:a.m., in the morning of May 22, 2008, without notice or allowing me to pack-up my personal property a day before being transferred, I was told to pack-up my personal property because I was being transferred to Tracy State Prison (DVI) because I had a habeas corpus evidentiary hearing proceeding schedule in the Sacramento County Superior Court in Case No. 07F1145, Dept. 15, for May 30, 2008, which was rescheduled for July 18, 2008.

4. Upon my arrival in DVI I was placed in the Reception Center and placed on lock-down status and denied access to prison law library, despite numerous requests to Correctional officer T. Walls, in DVI West Hall, and Law Librarian Reyes. I did in fact file a prison grievance, which is still pending.

5. On June 16, 2008, I was transferred back to Susanville CCC-Lassen, and upon my arrival I was placed on lock-down status along with other Hispanic prisoners from Northern California, until June 20, 2008, without my personal property.

6. On June 23, 2008, I received the Defendants Notice of Motion and Motion for Summary judgment; Motion to Dismiss, which was dated June 5, 2008. My mail had to be re-routed.

7. On or about June 6, 2008, I received a Court order from the U.S. Ninth Circuit Court of Appeals in Case No. 08-15816, informing me and the Defendants, who are appealing the U.S. Eastern District Court denial of their motion for summary judgment in Case No. 2:04-CV-00360-LKK-EFB. The Defendants are required to file their Opening Brief by June 19, 2008, and I am to file a Answering Brief by July 19, 2008. The limited access to the prison law library herein CCC-Lassen I could not possibly meet both of these court deadlines.

8. As mention above I am also schedule to appear in the Sacramento County Superior Court in Case No. 07F1145, Dept. 15, on July 18, 2008, and I will be transferred to DVI, a few days before this appearance, which also limits my time to address both court deadlines.

9. In order for me to properly oppose the Defendants Motion for Summary Judgment and Motion to Dismiss, I need to complete my discovery process.

10. This request is not made for any improper purpose, the requested extension will cause no prejudice to the Defendants, and under the circumstance of my of transfers I could not possibly meet this court order deadlines. And the requested sixty (60) days will allow me to complete my discovery and complete my other court matters.

I declare under penalty of perjury that the above statements are true.

Dated: June 25, 2008.

Gregory Tabarez/Plaintiff/Declarant

## DECLARATION OF SERVICE BY MAIL

CASE NAME: GREGORY TABAREZ vs. JAMES TILTON, et al.

CASE NO.: C 07-4920 JF (PR)

I, _Cory Chandler_, declare that I am over the age of eight-teen (18) years; I am/am not a party to the attached action; I served the attached documents entitled: APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT & MOTION TO DISMISS on the persons/parties specified below by placing a true copy of said documents into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the California Department of Corrections and Rehabilitation Facilities entrusted with the logging and mailing of inmate legal mail addressed as follows:

> OFFICE OF THE ATTORNEY GENERAL
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102-3664

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the of California that the foregoing is true and correct and that I executed this service this __26__ day of __June 2008__, in __Susanville CCC-Lassen__, California.

_Cory Chandler_
Declarant