1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5975
     Fax: (415) 703-5843
8    Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
   Ortiz, Plymesser, Robinson, Ratliff, and Grannis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREGORY TABAREZ, | C 07-4920 JF |
|---|---|
| Plaintiff, | DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

I, TRACE O. MAIORINO, declare as follows:

1.  I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am assigned to represent Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis in this case. I am competent to testify to the matters as set forth herein, and if called to do so, I would and could so testify. I submit this declaration in support of Defendants' motion for a stay of discovery pending a ruling on Defendants' motion for summary judgment.

Decl. Maiorino Supp. Defs.' Mot. Stay Disc. Pending Defs.' Mot. Summ. J.         G. Tabarez v. J. Tilton, et al.
C 07-4920 JF

1

2. Plaintiff has served discovery requests on Defendants and they have provided timely responses. On May 2, 2008, Defendant Ortiz served his responses to Plaintiff's interrogatories, request for production of documents, and requests for admissions. On May 30, 2008 Defendants Tilton and Ebert served their responses to Plaintiff's interrogatories, request for production of documents, and requests for admissions. On June 2, 2008, Defendant Plymesser served her responses to Plaintiff's interrogatories, request for production of documents, and requests for admissions. On June 23, 2008, Defendants Ratliff, Robinson, Ayers, and Lemon served their responses to Plaintiff's interrogatories, request for production of documents, and requests for admissions. Defendant Grannis served her responses to Plaintiff's interrogatories and request for admissions on June 23, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on July 2, 2008 at San Francisco, California.

TRACE O. MAIORINO

Decl. Maiorino Supp. Defs.' Mot. Stay Disc. Pending Defs.' Mot. Summ. J.        G. Tabarez v. J. Tilton, et al.
C 07-4920 JF

2