1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

        Plaintiff,

   v.

JAMES TILTON, et al.,

        Defendants.

No. C 07-4920 JF (PR)

ORDER GRANTING EXTENSION OF
TIME TO FILE OPPOSITION

(Docket No. 44)

Plaintiff has filed an application for extension of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing, Plaintiff's application for extension of time (docket no. 44) is GRANTED.  Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **no later than August 22, 2008**.  Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

    IT IS SO ORDERED.

DATED:   7/7/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.07\Tabarez920_eot-oppo.wpd