IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>         Defendants. | C 07-4920 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson, Ratliff, and Grannis (Defendants) filed a motion for an order staying discovery pending the Court's ruling on Defendants' motion for summary judgment. The basis for the application is that discovery should be stayed until the issue of qualified immunity is resolved.

GOOD CAUSE APPEARING, Defendants' motion is granted, and discovery, including all discovery motions, is stayed pending the Court's ruling on the motion for summary judgment.

Dated:  7/7/08

_____
THE HONORABLE JEREMY FOGEL
U.S. District Court Judge

[Prop.] Order Granting Defs.' Mot. For Stay Disc.                               G. Tabarez v. J. Tilton, et al.
                                                                                                          C 07-4920 JF

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   G. Tabarez v. J. Tilton, et al.

No.:   C 07-4920 JF

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 2, 2008, I served the attached

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF TRACE O. MAIORINO IN SUPPORT OF DEFENDANTS' MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Gregory Tabarez, C-22746**
**High Desert State Prison**
**P.O. Box 2210**
**Susanville, CA 96127-2210**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 2, 2008, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

20119589.wpd