Mr. Gregory Tabarez
CDCR ID # C-22746; L3-121
P.O. Box 2210
Susanville, CA 96127-2210

In Pro se

FILED

2008 JUL 11 P 3 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GREGORY TABAREZ, | Case No.: C 07-4920 JF (PR) |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| JAMES TILTON, et al., | |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff Gregory Tabarez, is a state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983, hereby respectfully informs the parties and the Court that on July 8, 2008, Plaintiff was transferred from Susanville State Prison CCC-Lassen, to Tracy State Prison Deuel Vocational Institution (DVI) for a habeas evidentiary hearing in the Sacramento County Superior Court, in case No.: 07F1145, which is schedule for July 18, 2008.

   Plaintiff new Address:     Gregory Tabarez
                              CDCR ID # C-22746
                              P.O. Box 400
                              Tracy, CA 95376

Dated: July 8, 2008

                                          Gregory Tabarez/Plaintiff

Mr. Gregory Tabarez
CDCR ID # C-22746; L3-121L
P.O. Box 2210
Susanville, CA 96127-2210

TO: OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CAL 95113-3095

CONFIDENTIAL LEGAL MAIL

