Mr. Gregory Tabarez
CDCR ID # C-22746; L3-121L
P.O. Box 2210
Susanville, CA 96127-2210
    In Pro se

**FILED**

JUL 1 1 2008


RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ, | Case No.: C 07-4920 JF (PR) |
| Plaintiff, | **MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1)** |
| vs. | |
| JAMES TILTON, et al., | |
| Defendants. | |

   Plaintiff, is state prisoner proceeding in pro se in a civil rights action under 42 U.S.C. § 1983, against the Director James Tilton, and seven (7) other state prison officials of the California Department of Corrections and Rehabilitation (CDCR). Who violated and continue to violate Plaintiff's First Amendment rights by transferring him continuously and denying him access to the prison law library to research and prepare his legal documents impeding his ability to complete his discovery process and meet this Courts' deadlines. As well as other court deadlines, and thus Plaintiff's only alternative is to move the Court for an order appointing counsel to represent him in this case pursuant to 28 U.S.C. § 1915(e)(1); see also <u>Hendricks v. Coughlin</u>, 114 F.3d 390, 394 (2nd Cir. 1997).

   In support of this motion, Plaintiff states:

///

////

1

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate and the fact that he continues to be transfer unexpectedly. And the issues involved in this case are complex, and are of great important to prisoners rights and will require significant research and investigation. Plaintiff has limited access to law library and limited knowledge of the law.

3. Plaintiff has two (2) other active legal proceeding one criminal in the Sacramento County Superior Court in Case No. 07F1145, Dept. 15. Plaintiff is schedule to appear on July 18, 2008. And as a result of this habeas evidentiary hearing Plaintiff will be transferred to Tracy State Prison Deuel Vocational Institution (DVI) and will be housed there for 3 to 4 weeks, without his personal property as before, and possibly without prison law library access as before on May 22, through June 16, 2008. (See Exhibit A.)

4. Plaintiff has a litigation in the U.S. Ninth Circuit Court of Appeals in Case No. 08-15816, and has received a order from the Court informing him and the Defendants, who are appealing the U.S. Eastern District Court denial of their motion for summary judgment in Case No. 2:04-CV-00360-LKK-EFB. The Defendants are required to file their Opening Brief by June 19, 2008, and Plaintiff-Appellee is to file a Answering Brief by July 19, 2008. The limited access to the prison law library herein CCC-Lassen, Plaintiff could not meet both of these court deadlines. (See Exhibit B.)

5. As result of the above active legal proceedings and the instant action against prison officials, they have impeded his ability to properly address the above and instant litigation by continuously transferring him. Since, December 6, 2006, Plaintiff has been transferred 5 times and herein Susanville State Prison CCC-Lassen he is not allowed to keep boxes to store his legal documents in proper order, as such he is in need of counsel.

2

6. Plaintiff housing conditions herein CCC-Lassen does not allow him to properly store all his legal generate documents, civil and criminal ongoing litigations, he cannot properly store his legal documents causing confusion and mix-ups.

7. The prison law library herein CCC-Lassen is inadequate with very limited legal material and do to the very small area only accommodates 14 , inmates and do to the complexities of the issues in this cause of action and the number of Defendants, Plaintiff is in need of counsel.

8. To prevent further abuse by prison officials and a chilling effect upon Plaintiff for exercising his constitutional rights, as well as other prisoners counsel should be appointed to assist in protecting Plaintiff constitutional rights to file a grievance and pursue a civil rights action in the courts without retaliation.

WHEREFORE, Plaintiff request that the Court appoint Law Office of Neil A. Cook the Camron-Stanford House 1418 Lakeside Drive, Oakland, California 94612-4307. (510) 268-8261, a member of the State Bar, as counsel in this case.

Respectfully submitted, *[signature]*

### VERIFICATION

STATE OF CALIFORNIA ) ss   (C.C.P. § 446 & 2015.5; 28 U.S.C. § 1746)
COUNTY OF LASSEN     )

I, Gregory Tabarez, Plaintiff in the above-entitled cause of action, declare under penalty of perjury that: I have read the foregoing documents pages 1-3 and know the contents thereof, and the same it true of my own knowledge except as the matters stated therein upon information belief and as to those matters I believe to be true.

Executed this 1, day of July 2008, at Susanville State Prison CCC-Lassen, in the County of Lassen, California.

*[signature]*
Declarant/Gregory Tabarez/Plaintiff

3.

# EXHIBIT A

ENDORSED
APR 2 3 2008
By MARISA DIXON
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SACRAMENTO

In re                           No. 07F11455   Dept. 15

GREGORY TABAREZ,                ORDER FOR EVIDENTIARY HEARING

On Habeas Corpus.
_____/

TO: JAN SCULLY, SACRAMENTO COUNTY DISTRICT ATTORNEY,
    CHRIS CARLSON, DEPUTY DISTRICT ATTORNEY,
    JOSEPH DE ILLY, COUNSEL FOR PETITIONER, and
    GREGORY TABAREZ, PETITIONER

On December 3, 2007, a petition for writ of habeas corpus was filed in this matter. On January 2, 2008, an order to show cause issued, and counsel was appointed for petitioner. On January 29, 2008, respondent filed a return in the matter. On March 4, 2008, counsel for petitioner filed a traverse in the matter. Before the court received the traverse, respondent filed a response to the traverse, on February 29, 2008.

On March 13, 2008, this matter was transferred to the Honorable John A. Mendez, for further proceedings. Thereafter,

-1-

the Honorable John A. Mendez became unavailable for this proceeding, and the matter was transferred to the Honorable Helena R. Gweon, for further proceedings.

As there remain material issues of fact in controversy,

IT IS ORDERED pursuant to Cal. Rules of Ct., Rule 4.551(f) that an evidentiary hearing be held on this matter on **MAY 30, 2008 at 10:00 A.M., in Department 15.**

IT IS FURTHER ORDERED that the clerk of the court forthwith arrange for the production of petitioner at the evidentiary hearing.

DATED: APRIL 23, 2008

JUDGE HELENA R. GWEON
_____
HONORABLE HELENA R. GWEON,
JUDGE OF THE SUPERIOR COURT

CERTIFICATE OF SERVICE BY MAILING ATTACHED.

-2-

# EXHIBIT B

**FILED**

UNITED STATES COURT OF APPEALS

MAY 16 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY TABAREZ,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>DIANA BUTLER; et al.,<br><br>    Defendants - Appellants. | No. 08-15816<br><br>D.C. No. 2:04-CV-00360-LKK-EFB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Appellants' motion for an extension of time in which to file the opening brief is granted. The opening brief is due June 19, 2008; the answering brief is due July 19, 2008; and the optional reply brief is due 14 days after service of the answering brief.

This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

5.5.08/cag/promo

## DECLARATION OF SERVICE BY MAIL

CASE NAME: GREGORY TABAREZ, Plaintiff, vs. JAMES TILTON, et al, Defendants.

CASE NO.: C 07-4920

I, __Danny Gonzalez__, declare that I am over the age of eight-teen (18) years; I am/am not a party to the attached action; I served the attached documents entitled:

NOTICE OF CHANGE OF ADDRESS   &   MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 U.S.C. § 1915 (e)(1)

on the persons/parties specified below by placing a true copy of said documents into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the California Department of Corrections and Rehabilitation Facilities entrusted with the logging and mailing of inmate legal mail addressed as follows:

TRACE O. MAIORINO
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the of California that the foregoing is true and correct and that I executed this service this __8__ day of __July 2008__, in __Susanville State Prison__ California.

_Danny Gonzalez_
Declarant