Mr. Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

**FILED**

2008 AUG -6 P 3:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES TILTON, et al., <br><br> Defendants. | Case No. C 07-4920 JF (PR) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff Gregory Tabarez, is a state prisoner proceeding without counsel in a civil right action under 42 U.S.C. § 1983, hereby respectfully informs the parties and the Court that on July 28, 2008, he was transferred from Tracy State Prison Deuel Vocational Institution, to Susanville State Prison CCC-Lassen. And on August 1, 2008, he received his personal property including his legal documents.

Plaintiff new address:   Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

Dated: August 1, 2008

Respectfully submitted,

*Gregory Tabarez*
Gregory Tabarez

DECLARATION OF SERVICE BY MAIL

CASE NAME: GREGORY TABAREZ vs. JAMES TILTON, et al

CASE NO.: C 07-4920 JF (PR)

I, Lloyd Murray, declare that I am over the age of eight-teen (18) years; I am/am not a party to the attached action; I served the attached documents entitled: NOTICE OF CHANGE OF ADDRESS

on the persons/parties specified below by placing a true copy of said documents into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the California Department of Corrections and Rehabilitation Facilities entrusted with the logging and mailing of inmate legal mail addressed as follows:

>OFFICE OF THE ATTORNEY GENERAL
>455 Golden Gate Avenue, Suite 11000
>San Francisco, CA 94102-3664
>
>Attn: Deputy Attorney General
>      Trace O. Maiorino

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the of California that the foregoing is true and correct and that I executed this service this __3__ day of __August 2008__, in __Susanville State Prison__ California.

                                                    _____
                                                          Declarant

Gregory Tadares
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

RENO NV 895
04 AUG 2008 PM 1 L

"LET US DARE TO
THINK, SPEAK"
John Adams

TO: OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South First Street, Room 2112
SAN JOSE, CA 95113-3095