Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

    In Pro se

**FILED**

2008 AUG 20 P 2: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ, | Case No. C 07-4920 JF (PR) |
|         Plaintiff, | **APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT & MOTION TO DISMISS** |
| vs. | |
| JAMES TILTON, et al., | |
|         Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983, against state prison officials who retaliated against him for exercising his First Amendment rights by continuously transferring him, hereby respectfully requests a 15-day extension of time until September 5, 2008, in which to complete and file a Opposition Motion to the Defendants motion for summary judgment and motion to dismiss.

    Good cause for extension is set forth in the accompanying declaration of Plaintiff.

    WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of time including September 5, 2008, in which to complete and file the opposition motion to the Defendants motion for summary judgment and motion to dismiss.

Dated: August 11, 2008

Respectfully submitted,

Gregory Tabarez/Plaintiff
In Pro se

1

Mr. Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GREGORY TABAREZ, | ) | Case No.: C 07-4920 JF (PR) |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF PLAINTIFF IN** |
| | ) | **SUPPORT OF APPLICATION FOR** |
| vs. | ) | **EXTENSION OF TIME** |
| | ) | |
| JAMES TILTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Gregory Tabarez, declare under penalty of perjury as follows:

I am a state prisoner the Plaintiff in the above cause of action proceeding without counsel in this civil action.

1. On July 10, 2008, I was transferred to Tracy State Prison for a habeas evidentiary hearing in the Sacramento County Superior Court in Department 15, in Case No.: 07F1145, which was held on July 18, 2008.

2. During this transfer I was without my personal property, and on July 29, 2008, I was transferred back to Susanville State Prison CCC-Lassen, and as a result of no beds available in general population I was placed in Administrative Segregation (Ad/Seg) until July 31, 2008, and on August 1, 2008, I was given my personal property. (See Exhibit 1.)

3. On August 4, 2008, CCC-Lassen law librarian went on vacation and as a result the law library has only been open two days because of staff shortage.

2

1    4. I also have to file a Answering Brief in the U.S. Ninth Circuit Court

2  of Appeals in Case Nos.: 08-15816 and 08-15819, by the 19th of August 2008.

3    5. I have my own typewriter in my cell and I have started drafting these

4  Answering Briefs and my Motion of Opposition to the Defendants motion for

5  summary judgment and motion dismiss, and I am in the process of obtaining the

6  case of authorities I need to complete these briefs and I am positive I will

7  have my Opposition Motion completed within the additional 15 days.

8    6. On August 12, 2008, Susanville State Prison CCC-Lassen went on lock-

9  down status for a major search, which could further hinder my ability to meet

10  this requested 15 days, I started writing this request for extension of time

11  on August 11, 2008.

12    7. This request is not made for any improper purpose, and I have no

13  control over the situation, the requested extension will cause no prejudice

14  to the defendants.

15    I declare under penalty of perjury that the above statements are true.

16

17  Dated: August 13, 2008

18                                        Gregory Tabarez/Plaintiff
                                          Declarant in Pro se

19

20

21

22

23

24

25

26

27

28

3.

# EXHIBIT   1

STATE OF CALIFORNIA                          CDC 128-B                    DEPARTMENT OF CORRECTIONS

Name and Number:         **TABAREZ, G**     C-22746

You are being placed into the Administrative Segregation Unit (ASU) on General Population (GP) status on July 28, 2008. You arrived at the California Correctional Center on July 28, 2008 on a California Department of Corrections and Rehabilitation bus schedule "O" from DVI as a Level 3 inmate. Lassen Unit does not have GP beds available for housing at this time. You will remain in ASU until a bed becomes available in GP.

A. Fleming
Correctional Sergeant

Original: Central File
         ASU Sergeant
         CC1
         Inmate

**DATE:    July 28, 2008**              **INFORMATIONAL CHRONO**                    **CCC**

## DECLARATION OF SERVICE BY MAIL

CASE NAME: Plaintiff, Gregory Tabarez vs. James Tilton, et al., Defendants

CASE NO.: C 07-4920 JF (PR)


I, MICHAEL SANCHEZ          , declare that I am over the age of eight-teen (18)

years; I am/am not a party to the attached action; I served the attached documents

entitled:

APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE DEFENDANTS
MOTION FOR SUMMARY JUDGMENT & MOTION TO DISMISS
on the persons/parties specified below by placing a true copy of said documents

into a sealed envelope with the appropriate postage affixed thereto and surrendering

said envelope(s) to the staff of the California Department of Corrections and

Rehabilitation Facilities entrusted with the logging and mailing of inmate legal

mail addressed as follows:

DEPUTY ATTORNEY GENERAL
TRACE O. MAIORINO
OFFICE OF THE ATTORNEY GENRAL
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102-3664


There is First Class mail delivery service by the United States Post Office

between the place of mailing and the addresses indicated above. I declare under

the penalty of perjury under the laws of the United States and the of California

that the foregoing is true and correct and that I executed this service this

_____ day of   August 2008   , in Susanville State Prison California.

Declarant

Mr. Gregory Tabarez
CDCR ID # C-22746; L1-143L
P.O. Box 2210
Susanville, CA 96127-2210

CONFIDENTIAL LEGAL MAIL

RENO NV 895

18 AUG 2008 PM 1 F

USA FIRST CLASS FOREVER

95113=3008

TO: CLERK OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S. First Street, # 2112
San Jose, CA 95113-3008

