**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9                                    NOT FOR CITATION

10                  IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  GREGORY TABAREZ,                          No. C 07-04920 JF (PR)

14           Plaintiff,                       ORDER GRANTING SECOND
                                              EXTENSION OF TIME TO FILE
15      v.                                    OPPOSITION

16  JAMES TILTON, et al.,

17           Defendants.                      (Docket No. 54)
                                         /
18

19      Plaintiff has filed a second application for extension of time to file an opposition to

20  Defendants' motion to dismiss.  Good cause appearing, Plaintiff's application for extension

21  of time (docket no. 54) is GRANTED.  Plaintiff shall file his opposition, and serve a copy on

22  Defendants' counsel, **no later than September 5, 2008**.  Defendants shall file a reply brief

23  no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

24      IT IS SO ORDERED.

25  DATED:  8/26/08

26                                            JEREMY FOGEL
                                              United States District Judge

27

28

Order Granting Second Extension of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.07\Tabarez920_eot-oppo2.wpd