Mr. Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

In Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY TABAREZ,

                    Plaintiff,

    vs.

JAMES TILTON, et al.,

                    Defendants.

Case No.: C 07-4920-JF (PR)

**OPPOSITION TO THE DEFENDANTS
NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT AND MOTION
TO DISMISS**

1                          TABLE OF CONTENTS

2                                                                    Page

3    INTRODUCTION                                                    5

4    STATEMENT OF FACTS                                              7

5    LEGAL STANDARD FOR SUMMARY JUDGMENT                             11

6    ARGUMENT                                                        12

7    OPPOSITION TO MOTION TO DISMISS                                 15

8    CONCLUSION                                                      16

9        I. INTRODUCTION                                             5

10       II. STATEMENT OF FACTS                                      7

11       III. LEGAL STANDARD FOR SUMMARY JUDGMENT                    11

12       IV. ARGUMENT                                                12

13       A. Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser,
            Robinson, Ratliff, and Grannis, Actions of Turning A-Blind-
14          Eye Approach Does Not Insulate These Defendants From Unlawful,
            Wrongful Retaliatory Acts Against Plaintiff For Having Exercised
15          His First Amendment Rights, And The Evidence Is Sufficient to
            Support Actual Knowledge Of The Directed Deprivation of
16          Constitutional Rights.                                   12

17       B. Opposition to Motion to Dismiss.                         15

18       V.  Conclusion                                              16

19

20

21

22

23

24

25

26

27

28

## TABLE OF AUTHORITIES

| Case | Page |
|------|------|
| Adickes v. S.H. Kress & Co. (1970) 398 U.S. 144 | 2 |
| Armijo v. Atchison, Topeka & Santa Fe Ry. (10th Cir. 1994) 27 F.3d 481 | 16 |
| City of Canton v. Harris (1989) 489 U.S. 378, 109 S.Ct. 1197, 103 L.Ed.2d 412 | 13 |
| Conley v. Gibson (1957) 355 U.S. 41 | 2 |
| Cruz v. Beto (1972) 405 U.S. 319 | 2, 16 |
| Dannenberg v. Valadez (9th Cir. 2003) 338 F.3d 1070 | 13 |
| Dickeson v. Quarberg (10th Cir. 1988) | 16 |
| Gomez v. Vernon (9th Cir. 2001) 255 F.3d 1118 | 2, 7, 9, 15 |
| Hall v. Lombard (8th Cir. 1993) 996 F.2d 954 | 9 |
| Harris v. Angelina County (5th Cir. 1994) 31 F.3d 331 | 12 |
| Jone v. Taylor 2008 WL 466070 (D. Del. 2008) | 12 |
| McRorie v. Shimoda (9th Cir. 1986) 795 F.2d 780 | 11 |
| Morris v. Powell (C.A.5 (TEX) 2006) 449 F.3d 682 | 7, 10, 15. |
| Monell v. Department of Social Service (1978) 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 | 12 |
| Parker v. Carpenter (5th Cir. 1992) 978 F.2d 190 | 10 |
| Phelan Thopson (D.N.H. 1994) 889 F.Supp. 517 | 11 |
| Penrod v. Zavaras (C.A.10 (Colo.) 1996) 94 F.3d 1399 | 12 |
| Resnick v. Hayes (9th Cir. 2000) 213 F.3d 443 | 15 |
| Rhodes v. Robinson (9th Cir. 2005) 408 F.3d 559 | 2, 7, 8, 9, 15 |
| Sample v. Diecks (3d Cir. 1989) 885 F.2d 1099 | 13 |
| Schuer v. Rhodes (1974) 416 U.S. 232 | |
| Tolentino v. Friedman (7th Cir. 1995) 46 F.3d 645 | 11 |

## TABLE OF AUTHORITIES (continued)

Page

United States v. Gaubert (1991) 499 U.S. 315                          15-16

California Code of Regulations Title 15. Crime Prevention and
Corrections Sections 3084.1.(a)(d) and 3160.(a)                       7, 9

Constitutional Provisions

United States Constitution First Amendment                   1, 5, 7, 9, 15

United States Constitution Eighth Amendment                            6

Statutes

United States Code Title 42 U.S.C. § 1983                              5

Court Rules

Federal Rule of Civil Procedure
            56(e)                                                    1, 11
            12(b)(1)                                                 15

1  Mr. Gregory Tabarez
   CDCR ID #C-22746; L2-143L
2  P.O. Box 2210
   Susanville, CA 96127-2210
3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10  GREGORY TABAREZ,                    Case No. C 07-4920 JF (PR)

11                Plaintiff,            **OPPOSITION TO THE DEFENDANTS
                                        NOTICE OF MOTION AND MOTION**
12     vs.                             **FOR SUMMARY JUDGMENT; MOTION
                                        TO DISMISS**
13  JAMES TILTON, et al.,

14                Defendants.

15

16     TO: LEMON, AYERS, TILTON, EBERT, ORTIZ, PLYMESSER, ROBINSON, RATLIFF, AND

17  GRANNIS, Defendants' represented by Deputy Attorney General Trace O. Maiorino:

18     PLEASE TAKE NOTICE THAT, under federal Rule of Civil Procedure 56(e),

19  Plaintiff hereby respectfully moves to oppose the Defendants' motion for

20  summary judgment and motion to dismiss on the grounds that:  (1) Defendants

21  Lemon, Ebert and Ayers, violated Plaintiff First Amendment rights to file a

22  prison grievance and to pursue a civil rights litigation in the courts, these

23  prison officials retaliated against Plaintiff by transferring him from a Level

24  II prison to a Level III prison, which had a higher level of security and a

25  harsher, and more violent environment; (2) Defendants Ortiz; Plymesser;

26  Robinson and Ratliff condoned the actions of the above staff officials and

27  therefore also violated Plaintiff First Amendment rights; and (3) Defendants

28  Tilton, and Grennis, failure to correct the violations of Plaintiff First

                                    1

1 | Amendment rights and following their own established rules constitutes they
2 | condoned the unlawful actions and therefore all of the above Defendants were
3 | deliberately indifferent to Plaintiff clearly established statutory constitut-
4 | ional right and which a reasonable person would have known, and therefore by
5 | law the Defendants are not entitled to summary judgment on the basis of
6 | qualified immunity. See Gomez v. Vernon, 255 F.3d 1118, 1126, 1127 (9th Cir.
7 | 2001); See also Rhodes v. Robinson, 408 F.3d 559, 567 (9th Cir. 2005).

8 | PLEASE TAKE FURTHER NOTICE that Plaintiff has taken notice of the law
9 | governing summary judgment and motion to dismiss that is set forth in Rule 56
10 | of the Federal Rules of Civil Procedure. Adickes v. S.H. Kress & Co., 398 U.S.
11 | 144, 157, 160 (1970); see also Curry v. Scott, 249 F.3d 493, 505 (6th Cir.
12 | 2001); and Cruz v. Beto, 405 U.S. 319, 322 (1972); Conley v. Gibson, 355 U.S.
13 | 41, 45-46 (1957).

14 | This opposition to the Defendants motion for summary judgment and motion
15 | to dismiss, Plaintiff has attached the supporting documentary evidence, such as
16 | memorandums, declarations, exhibits, supporting memorandum of points and
17 | authorities, the pleadings, in response to the Defendants claim "there is no
18 | genuine issue as to any material fact," Plaintiff hereby incorporates the case
19 | files in this action, and such other matters evidence that may properly come
20 | before the Court.

21 | Dated: September 6, 2008                    Respectfully submitted,

22 |
23 |                                             Gregory Tabarez
24 |
25 |
26 |
27 |
28 |

Mr. Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GREGORY TABAREZ,

Case No.: C 07-4920 JF (PR)

             Plaintiff,

**EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

  vs.

JAMES TILTON, et al.,

             Defendants.   /

Plaintiff, Gregory Tabarez (C-22746) submitted the following evidence in support of his Opposition to the Defendants Motion for Summary Judgment and Motion to Dismiss:

//

//

//

3

EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE DEFENDANTS MOTION

FOR SUMMARY JUDGMENT AND MOTION TO DISMISS

| Exhibit | Description |
|---------|-------------|
| Exhibit 1 | Declaration    Plaintiff Gregory Tabarez |
| Exhibit 2 | Declaration    Inmate Maurice E. Campbell CDCR #E-10493 |
| Exhibit A | U.S. Eastern District Court order denying summary judgment to Defendant Max S. Lemon |
| Exhibit B | CDC-128 G Classification Chronos from San Quentin State Prsion |
| Exhibit C | Program Status Report Part B-Plan of Operation/Staff & Inmate Notication CTF-North Facility |
| Exhibit D | CDC-602 Inmate Appeal Form with CDC-128-G Chronos concerning Transfer on April 15, 2008, from San Quentin to Susanville |
| Exhibit E | Defendants B. Ebert Set Number One Interrogatories |
| Exhibit F | Defendant M. Lemon Set Number One Admission |
| Exhibit G | Defendant C. Pltmesser  Set Number One Interrogatories |
| Exhibit H | Defendant R.K. Robinson Set Number One Admission |
| Exhibit I | Defendant M.W. Ratliff Set Number One Admission |
| Exhibit J | Defendant R.L. Ayers Set Number One Admission |
| Exhibit K | Defendant  G. Ortiz Set Number One Interrogatories |
| Exhibit L | Defendant J. Tilton Set Number One Interrogatories |
| Exhibit M | Defendant N. Grannis Set Number One Admission |
| Exhibit N | Program Status Report Part B-Plan of Operation/Staff & Inmate Notication from San Quentin State Prsion |

4

Mr. Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Susanville, CA 96127-2210

In Pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JAMES TILTON, et al.,<br><br>                    Defendants. | Case No.: C 07-4920 JF (PR)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY OF JUDGMENT AND MOTION TO DISMISS** |

## I.

## INTRODUCTION

Plaintiff is a state prisoner proceeding without counsel in the instant civil rights action under 42 U.S.C. § 1983, against certain prison officials who have retaliated against him for having exercised his First Amendment rights to file a prison grievance, and to pursue civil rights litigation in the courts. Now, the Defendants come before this Court claiming their entitled to summary judgment because Plaintiff does nothing more than challenge a legitimate, precautionary measure taken by conscientious correctional staff. Who basically turn a-blind-eye and condoned a retaliatory transfer of Plaintiff to a higher level prison with more security, harsher, and more violent environment, for have exercised his rights. In an unrelated civil action Plaintiff sued Defendant Lemon concerning a April 8, 2002, riot at old Folsom

5

1 State Prison (FSP), in which Defendant Lemon stood by and allowed a riot to
2 take place and walked over to were a inmate was on the ground handcuffed and
3 commenced to kicking him, which was video recorded. Plaintiff filed a prison
4 grievance averring that FSP Associate Warden Lemon used excessive force violat-
5 ing his Eighth Amendment rights, and thereafter Plaintiff pursued a civil right
6 litigation in the U.S. Eastern District Court, Defendant Lemon was found
7 deliberately indifferent. (See Exhibit A.)

8     Following this riot on August 1, 2002 Plaintiff was transferred nonadverse
9 to San Quentin State Prison (SQ) Level II., and was assigned to the law library
10 with a pay number.  (Exhibit 1, at p. 3 ¶ 8.)

11     On or about September 2006, Defendant Lemon was re-promoted to Associate
12 Warden at SQ, and on Friday December 1, 2006, Plaintiff went to a schedule
13 medical interview and on the way walked past Lemon and another prison official.
14 (See Exhibit 1, at p. 1, ¶ 2.) That same afternoon Plaintiff was paged over the
15 P.S. system to report to his counselor office, who is named as Defendant Ebert
16 herein. Within 5 days without notice on December 6, 2006, Plaintiff was
17 transferred to a Level three prison. (Compl. at pp. 7-9 ¶¶ 4-8.) Defendant
18 Lemon had Plaintiff transferred from a level two prison to a level three prison,
19 to a more violent prison, which basically was a warehouse for prisoners, and
20 with the approval of Unit Classification Committee (UCC) and Classification
21 Staff Representative (CSR) K. Ligon. (Compl. Exbibit D, at p. 1-2 ¶¶ 4, 7.)

22     Now, the Defendants claim that this "transfer was as a means to protect
23 Plaintiff." How could this transfer to a more violent prison be considered a
24 means to protect Plaintiff. (See Exhibit C, Copies of Program Status Reports.)
25 In a further attempt to justify their retaliatory action they claim the
26 transfer was to "maintain security of the institution and to served a legitima-
27 te penological purpose." (Defs. Mot. Sum. Ju. at p. 2.) The trouble with this
28 claim when Defendant Lemon was assigned to SQ, he was there for months and this

1 | did not become a issue until December 1, 2006, when Defendant Lemon seen
2 | Plaintiff going to his medical interview. (See Exhibit 1, at p. 1 ¶ 2.)
3 | Furthermore, to further substantiate this averment on November 15, 2007,
4 | Plaintiff was transferred back to SQ and appeared before UCC and the subject
5 | of "maintain security of the institution and to served a legitimate penological
6 | purpose," was not even brought up during UCC on November 28, 2007, in fact
7 | Plaintiff was "place on PIA and Support Services Waiting List."(See Exhibit D,
8 | at p. 11, UCC CDC-128-G Chrono Dated 11/28/07; Exhibit B, pp. 1-2.)
9 | The fact is these transfers of Plaintiff from SQ Level II to a Level III,
10 | serve as a deterrent for other prisoners who are thinking about reporting staff
11 | officials wrongful doing. And have impeded Plaintiff ability to response to
12 | instant action in a timely manner and thus causing a chilling effect upon
13 | Plaintiff exercise of his First Amendment rights. Consequently, the Defendants
14 | are not entitled to summary judgment. See Rhodes v. Robinson, 408 F.3d 559,
15 | 567 (9th Cir. 2005); Morris v. Powell, 449 F.3d 682, 687 (C.A.5 (Tex) 2006);
16 | Gomez v. Vernon, 255 F.3d 118, 1127 (9th Cir. 2001).

17 |
18 | ## II.
19 | ### STATEMENT OF FACTS
20 | The relevant time of this cause of action of retaliation for exercising
21 | Plaintiff First Amendment rights started on December 1, 2006, when he was
22 | housed at SQ and was summoned to his Counselor B. Ebert office and told that he
23 | was being transferred because he had a ongoing litigation against Associate
24 | Warden (A/W) Max S. Lemon, on a unrelated case. Both of these Defendants
25 | admitted in their interrogatories, and admission that their job duties require
26 | them to following the California Code of Regulation Title 15. (CCR tit. 15 §§
27 | 3084.1.(a)(d), and 3160.(a)) which provides in pertinent part "Staff shall not

28 |

7

1  in any way **retaliate** against or discipline any inmate for initiating or

2  maintaining a **lawsuit.**" (Fact 1.) (Exhibit A. and Exhibit 1, at p. 1 ¶ 2.,

3  Exhibit E, at p. 1-2 ¶ 1; Exhibit F, at p. 2 ¶ 1.)

4      Defendants Lemon, and B. Ebert failed to follow their own established CDCR

5  rules and policies. See Rhodes, 408 F.3d at p. 569-570, "the prohibition against

6  retaliatory punishment is 'clearly established law' in the Ninth Circuit, for

7  qualified immunity purposes." (Supporting Fact 1.)

8      On December 4, 2006, Plaintiff appeared before SQ UCC, the staff officials

9  were Defendants Ebert, P. Speer, Plaintiff explained in detail that he did not

10  want to be transferred on the basis that he had a ongoing litigation against

11  A/W Lemon, and to transfer him on these basis would be retaliatory. (Fact 2.);

12  (Exhibit 1, at p. 1 ¶¶ 3-4., see also Compl.,Exhibit B, at p. 8.)

13      On December 6, 2006, without notice Plaintiff was transferred to Soledad

14  State Prison, upon his arrival he was placed in Administrative Segregation

15  (Ad/Seg) because there was no beds available in general population Soledad

16  Correctional Training Facility North (CTF-North) Rainner Hall which houses

17  Level three inmates. (Fact 3.); (Exhibit 1, at p. 2  ¶ 6; Exhibit 2, at p. 1.)

18      On December 20, 2006, Plaintiff appeared before CTF-North Rainner Hall UCC

19  staff officials C. Pltmesser, R.K. Robinson, and M.W. Ratliff, were the

20  committee and named as Defendants herein. Plaintiff explained to UCC that his

21  transfer from SQ level two, was in violation of his First Amendment rights and

22  CDCR rules and he wanted to be transferred back to SQ. And informed them in

23  detail why he was transferred because he had a ongoing litigation against A/W

24  Lemon because of a riot back in April 8, 2002. Defendant Plymesser was familiar

25  with Lemon and the riot because she previously work at FSP. They acknowledge

26  Plaintiff averments, which is even mention in Plaintiff's UCC CDC-128-G Classif-

27  ication Chrono, stating in their words "He stated that he disagreed with

28  Committee's actions he feels he was transferred inappropriately and should be

8

1 returned to SQ." Including, the CDC–128–G Classification Chrono from SQ used

2 for Plaintiff transfer and was part of the review during UCC at CTF–North,

3 which states: "he believe the transfer requested from CDW M. Lemon is

4 retaliation due to his pending litigation." (Fact 4.) (Compl. Exbibit A, at

5 pp. 4, 14.) (Exhibit 1, at p. 3 ¶ 7.)

6    All the Defendants including C. Pltmesser, Robinson, and Ratliff admitted

7 in their interrogatories that their required to follow the California Code of

8 Regulations Title 15. §§ 3084.1.(d); 3160.(a), which clearly states in pertin-

9 ent part: "No reprisal **shall** be taken against an inmate or parole for filing

10 an appeal." And, "Staff **shall** not in any way retaliate against or discipline

11 any inmate for initiating or maintaining a lawsuit." The Defendants not only

12 failed to follow their own established rules and policies, but also established

13 constitutional rights under the First Amendment. See <u>Rhodes</u>, 408 F.3d at p.

14 569–570; see also <u>Gomez</u>, 255 F.3d at pp. 1126–1127. The Defendants refused to

15 recognize or turn a–blind–eye to their own established rules, and therefore

16 condoned the retaliatory actions of SQ. (Fact 5.) (Exhibit G, at p. 2 ¶ 1.,

17 Exhibit H, at pp. 2–3 ¶ 3., Exhibit I, at p. 3 ¶ 6.)

18    Furthermore, all the above Defendants new their conduct of condoning this

19 transfer on the basis that Plaintiff "initiated and maintained a lawsuit"

20 against A/W Lemon was unlawful. See <u>Hall v. Lombard</u>, 996 F.2d 954, 958 (8th Cir.

21 1993). And retaliatory because Plaintiff was transferred from SQ Level II

22 facility North Block general population where there is greatly less violence

23 and well known by correctional staff, with more rehabilitation programs, and

24 where Plaintiff had a job with a pay number of $19.00 dollars a month. And now,

25 transferring him because he has a ongoing litigation against a correctional

26 staff officials to a so called multi–level facility CTF–North with more

27 violences incidences, and continuously being placed on lockdown status for

28 any given reasons, which is demonstrated through the attached hereto Program

9

1   Status Reports. (Fact 6.) (See Exhibit C. Program Status Reports CTF-North.)

2   See Morris v. Powell, 449 F.3d 682, 687 (C.A. 5 (Tex) 2006);  Parker v.

3   Carpenter, 978 F.2d 190, 192-193 (5th Cir. 1992).

4       Plus, CTF-North facility where Plaintiff was transferred has no jobs

5   available for inmates with a life sentence or have Close-B custody, inmates

6   wait for years to be assigned to jobs, and even though Plaintiff had work-

7   group A-1 status he was still denied weekend yard, and other privileges given

8   to inmates with A-1 status. (Fact 7.) (See Declarations Exhibit 1, at p. 3 ¶

9   and Exhibit 2, at p. 1., and Compl. Exhibit E.)

10       Finally, Defendants Ayers, Ortiz, Tilton, and Grannis, are decision makers

11  and are fully aware of CDCR rules, policies and procedures, and admitted in

12  their Admission and Interrogatories that they are required to follow federal

13  and state law and to enforce compliance. (Fact 8.) (Exhibit J, at pp. 1-2 ¶ 1,

14  Ayers, Admission set one; Exhibit K, at p. 2 ¶ 1, Ortiz, Interrogatory set

15  one; Exhibit L, at pp. 1-2 ¶ 1, Tilton, Admission set one; and Exhibit M, at

16  p. 2 ¶ 1, Grannis, Admission set one.)

17       Defendants Ayers, and Ortiz, admitted they both read Plaintiff CDC-602

18  Inmate Appeal Form, wherein Plaintiff sited rules of authorities and averring

19  that his constitutional rights are being violated, both of these Defendants

20  disregarded their own rules of authorities and the U.S. Ninth Circuit Court of

21  Appeals authorities, they both basically turned a blind-eye to violation of

22  Plaintiff constitutional rights. (Fact 9.) (Exhibit J, at p. 2 ¶ 2; Exhibit K,

23  at p. 2 ¶ 2, Id. See also Compl. Exhibits A, and E.)

24       Defendants Ayers, and Ortiz, new their conduct of failing to remedy the

25  constitutional violation against Plaintiff were unlawful because their own

26  CDCR established rules told them so, but yet they failed to act because they are

27  custom of condonation of, and acquiescence in [retaliation] by its offic[ials].

28  Case point  Gomez, 255 F.3d at p. 1127.

1    Defendants Tilton, who is the Director or Secretary of CDCR a policy

2    maker, and Grannis, is the Chief of Inmate Appeals are administrators who

3    continue to condone such retaliatory actions against inmates who litigate

4    against wrongful actions of prison officials. This averment is demonstrated

5    through the fact Plaintiff has been transferred again, only after this Court

6    issued an order on February 22, 2008, on the Defendants at SQ was Plaintiff

7    transferred on April 15, 2008, from SQ level two, to level three Susanville

8    State Prison CCC-Lassen, where he is currently housed. (Fact 10.) (See Exhibit

9    D.) See McRorie v. Shimoda, 795 F.2d 780, 784 (9th Cir. 1986).

10

11                                III.

12                **LEGAL STANDARD FOR SUMMARY JUDGMENT**

13    "Summary judgment under Fed. R. Civ. P. 56(c) is proper only if, viewing the

14    record in the light most favorable to the nonmoving party, the documents on

15    file disclose no genuine issue of material fact and the moving party is

16    entitled to judgment as a matter of law. Only disputes over facts that might

17    effect the outcome of the suit are material. A dispute over a material fact is

18    genuine' if the evidence is such that a reasonable jury could return a verdict

19    for the nonmoving party.'" (Citations omitted.) Phelan v. Thompson (D.N.H.

20    1994) 889 F.Supp. 517, 519.

21    "In determining whether summary judgment is appropriate, all evidence and

22    all inferences that can be drawn from the evidence are viewed in a light most

23    favorable to the non-moving party....Summary judgment is not granted, unless

24    there are no triable issues." Tolentino v. Friedman, 46 F.3d 645, 649 (7th Cir.

25    1995).

26    According to 56(e) of the Federal Rules of Civil procedure, Plaintiff has

27    set forth sworn statements of specific facts showing that there is genuine

28    material issues of important which are in dispute. And has related what

                                  11

1  relevant and important facts the moving parties has lift out and what facts

2  the moving parties has stated that Plaintiff denied. Plaintiff respectfully

3  submits after this Court views all the evidence, records, references it's

4  only conclusion is that any reasonable jury could return a verdict in favor

5  of Plaintiff, and against all of the Defendants because they all played a

6  part in Plaintiff transfer. Therefore, the Defendants motion for summary

7  judgment and motion to dismiss should be denied. See <u>Penrod v. Zavaras</u>, 94 F.3d

8  1399, 1404-1405 (C.A.10 (Colo.) 1996).

9                                      IV.

10                                  **ARGUMENT**

11  **A. Defendants Lemon, Ayers, Tilton, Ebert, Ortiz, Plymesser, Robinson,**
       **Ratliff, and Grannis, Actions of Turing A-Blind-Eye Approach Does Not**
12     **Insulate These Defendants From Unlawful, Wrongful Retaliatory Acts**
       **Against Plaintiff For Having Exercised His First Amendment Rights, And**
13     **The Evidence Is Sufficient To Support Actual Knowledge Of The Directed**
       **Deprivation Of Constitutional Rights.**
14

15  All the Defendants' played a role and had actual knowledge of the deprivat-

16  ion of Plaintiff constitutional rights either through Plaintiff's directed

17  contact during his Unit Classification Committee process or through the CDC-

18  128 G Classification Chronos from San Quentin or through Plaintiff CDC-602

19  prison grievances. (Exhibit 1, at pp. 2-3 ¶¶¶ 3-4, 7; Exhibit D, at p. 7; and

20  Compl. Exhibit A.) <u>Harris v. Angelina County</u>, 31 F.3d 331, 335 (5th Cir. 1994)

21  (various incident reports helped to establish officials' deliberate indiffer-

22  nce); 2008 WL 466070, <u>Jones v. Taylor</u>, (D. Del. 2008) "Personal involvement can

23  be shown through allegations that a defendant directed, had actual knowledge

24  of, or acquiesced in, the deprivation of a plaintiff's constitutional rights."

25  Id.; see <u>Monell v. Department of Social Services</u>, 436 U.S. 658, 694-95, 98 S.Ct.

26  2018, 56 L.Ed.2d 611 (1978). Supervisory liability may attach if the supervis-

27  or implemented deficient policies and was deliberately indifferent to the

28  resulting risk or the supervisor's actions and inactions were "the moving

                                    12

1  force" behind the harm suffered by the plaintiff." Sample v. Diecks, 885 F.2d

2  1099, 1117-1118 (3d Cir. 1989), see also City of Canton v. Harris, 489 U.S. 378,

3  109 S.Ct 1197, 103 L.Ed.2d 412 (1989); Heggenmiller v. Edna Mahan Corr. for

4  Women, No. 04-1786, 128 Fed.Appx. 240 (3d Cir. 2005). Id. at p. ** 4.

5      The Defendants in a attempt to elude their malfeasance conduct of condoning

6  and the actual act of retaliation of transferring Plaintiff to a more violent

7  prison that was continuously placed on lock-down status which limited his

8  ability to inadequate law library, they deviate from the truth by erroneously

9  claiming that Plaintiff transfer was "for legitimate penological interests that

10 sought to avoid any allegation of undue influence or retaliation against

11 correctional staff." More ridiculously they claim "had plaintiff remained at

12 San Quentin, there was the potential threat that Plaintiff and other inmates

13 may be led to believe that Plaintiff's lawsuit against Defendant Lemon would

14 cause prison officials to be less likely to enforce prison discipline to avoid

15 allegations of retaliation."(Defs. Mot. Summ. J. & Mot. Supp'g Mem. P. & A. at

16 pp. 6-7.) These claims are without any substance, first Plaintiff is not the

17 only prison litigator at San Quentin, see Dannenberg v. Valadez, 338 F.3d 1070 (9th

18 Cir. 03) second, Plaintiff could make a claim of retaliation whichever prison he

19 is transferred to and could be retaliated against at any CDCR prison, as

20 recognized by the U.S. District Court a code of silence still exist in CDCR

21 prison system, and as CDCR Chief of Inmate Appeals Grannis named as a Defendant

22 admitted there is no evidence that Plaintiff made any claims of retaliation

23 against any correctional staff until the instant action, and further admitted

24 by Defendant Grannis Plaintiff could be retaliated against at any CDCR prison he

25 is transferred to. (Exhibit M, at pp. 3-4 ¶¶ 3-4.)

26     Furthermore, Plaintiff was housed at San Quentin from August 1, 2002, until

27 December 6, 2006, correctional staff members in Northern Block were familiar

28 with Plaintiff he was there for 4-years without any problems and work for them

13

1  as a building porter. (Exhibit 1, at p. 3 ¶ 8.) And during this period of time

2  from August 1, 2002, to December 6, 2006, North Block Facility were general

3  population is housed there was only two major incidents when North Block was

4  place on lock-down status, which basically started in H-Unit facility which is

5  another part of San Quentin. (Exhibit N, Program Status Reports.)

6      After being transferred on December 6, 2006, from San Quentin to CTF-North,

7  on November 15, 2007, Plaintiff was transferred back to San Quentin North Block

8  and appeared before Unit Classification Committee on November 28, 2007, and one

9  members UCC was Defendant B. Ebert, who was familiar and involved in Plaintiff

10 transfer on December 6, 2006, to CTF-North because he had a ongoing litigation

11 against Defendant Lemon the Chief Deputy Warden and was aware that Plaintiff

12 was transfer back to SQ, and Plaintiff litigation was still pending this fact

13 was not mention during the November 28, 2007, UCC or during Plaintiff's Annual

14 Program Review on March 17, 2008. (See Exhibit B, pp. 1-2, CDC-128 G Classific-

15 ation Chronos.) Now, the Defendants erroneously claim that Plaintiff transfer

16 on December 6, 2006, was a "legitimate penological interest." The fact is there

17 is no evidence to support this claim by the Defendants, to the contrary Exhibit

18 B, demonstrates Plaintiff had no bearing on the role of Defendant Lemon as the

19 Chief Deputy Warden at SQ, because Plaintiff was transferred back to SQ and

20 was reassigned a job and remain there for months without incident, and only

21 became a issue now because of the instant litigation.

22     It also should be noted that San Quentin is a multi-Level facility, Defendant

23 Lemon failed to submit any evidence or declaration explaining his job descript-

24 ion and what part of San Quentin he work at or facility. The fact is Plaintiff

25 presence at San Quentin had no bearing whatsoever on the role of Defendant

26 Lemon, and the documentation in Exhibit B, confirms this averment.

27     Plaintiff has established that his transfer was not related to a legitimate

28 penological purpose, and the adverse action taken against him by the Defendants

1  was transferring him to more violent prison that was continuously placed on

2  lock-down status, and without any job available with or without pay number for

3  prisoners with Close-B custody. (Exhibit C, Program Status Reports recording

4  all the incidents from December 19, 2006, through December 12, 2007; Exhibit

5  1, p. 3 ¶ 8; Exhibit 2, at p. 1.) And as a result of these continuous lock-

6  downs Plaintiff access to the prison law library was very limited, and as a

7  result of these conditions at CTF-North caused a chilling effect on Plaintiff

8  exercising his First Amendment rights. See <u>Morris v. Powell</u>, 449 F.3d 682,

9  684-687 (C.A.5 (Tex.) 2006); <u>Rhodes v. Robinson</u>, 408 F.3d 559, 567 Fn. 11.

10  (9th Cir. 2005) "Within the prison context, a viable claim of First Amendment

11  retaliation entails five basic elements: (1) An assertion that a state actor

12  took some adverse action against an inmate (2) because of (3) that prisoner's

13  protected conduct, and that such action (4) chilled the inmate's exercise of

14  his First Amendment rights, and (5) the action did not reasonably advance a

15  legitimate correctional goal. See, e.g., <u>Resnick v. Hayes</u> 213 F.3d 443, 449

16  (9th Cir. 2000); <u>Barnett</u>, 31 F.3d at 815-16."

17     Plaintiff has meet his burden of establishing of actions in his complaint,

18  and as mention above Plaintiff has been transferred again after this Court

19  issued it's order on February 22, 2008, on April 15, 2008. (Exhibit D.) Which

20  demonstrates the Policymaker's Defendants Tilton, and Grannis will not take

21  any remedial steps after the violations. See <u>Gomez v. Vernon</u>, 255 F.3d 1118,

22  1126-27.

23  **B. Opposition to Motion to Dismiss.**

24     Defendants Tilton, Grannis, Ayers, and Ortiz are not entitled to a dismissal,

25  as argued above Plaintiff made these Defendants aware through CDCR appeal

26  process that his constitutional rights under the First Amendment were being

27  violated and they failed to rectify the violations. <u>Gomez</u>, 255 F.3d at 1127;

28  Fed.R.Civ.P. 12(b)(1); <u>Schuer v. Rhodes</u>, 416 U.S. 232, 236-37 (1974); <u>United</u>

1  States v. Gaubert, 499 U.S. 315, 327 (1991); Cruz v. Beto, 405 U.S. 319, 322

2  (1972).

3      The Defendants moving for summary judgment, invited an examination of the

4  claims and defense and empowered the Court to enter judgment against them,

5  even without a cross-motion by Plaintiff. See Armijo v. Atchison, Topeka &

6  Santa Fe Ry., 27 F.3d 481, 482-83 (10th Cir. 1994); Dickeson v. Quarberg, 844

7  F.2d 1435, 1444 n. 8 (10th Cir. 1988).

8                                **V.**

9                         **CONCLUSION**

10      For all the above reasons, Defendants' motion for summary judgment and

11  motion to dismiss should be denied.

12                        Respectfully submitted

13                            Sincerely

14  Dated: September 5, 2008

15                          Gregory Tavarez/Plaintiff
   In Pro se

16.

# EXHIBIT 1

Mr. Gregory Tabarez
CDCR ID # C-22746; L2-143L
P.O. Box 2210
Box 2210
Susanville, CA 94127-2210

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY TABAREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES TILTON, et al.,<br><br>          Defendants. | Case No.: C 07-4920 JF (PR)<br><br>**DECLARATION OF GREGORY TABAREZ** |

I, Gregory Tabarez, declare the following:

1. Throughout January 2001, to August 1, 2002, I was housed at the California Department of Corrections and Rehabilitation (CDCR) at old Folsom State Prison (FSP) and on April 8, 2002, there was a riot and as a result I was transferred on August 1, 2002, to San Quentin State Prison (SQ) Level two on a non-adverse transfer.

2. On December 1, 2006, I went to a schedule medical interview at SQ, and on the way I walk past Associate Warden (A/W) Max S. Lemon, who was the A/W at FSP during the riot on April 8, 2002, who I filed a prison grievance against and pursued a civil rights litigation against. On this same day I was summoned to my assigned Counselor B. Ebert office and she told me that I was being transferred because I had a ongoing litigation against A/W Lemon, and if I would waive the required 72 hours notice of Unit Classification Committee, I

1

1 declined to waive the 72 hours and she told me I would appear on Monday
2 December 4, 2006.

3    3. During this interview on December 1, 2006, with my assigned Counselor
4 Ebert, concerning my transfer I told her I did not want to be transfer and I
5 told her I was going to the law library and find out my legal option because
6 this transfer was retaliatory. Within a hour or more I returned to Ebert office
7 and presented a CDC-602 inmate appeal form, which is attached to my complaint
8 as Exhibit B., at page 6. Defendant Ebert read it and told me to present it to
9 UCC on Monday December 4.

10    4. On Monday December 4, 2006, I appeared before UCC and I presented my
11 CDC-602 to UCC Facility Captain P. Speer read it and told me I would have to
12 wait until I receive my CDC-128-G Classification Chrono before filing this
13 CDC-602 form, accordance with CCR tit. 15. § 3084.(c)(5). The next day I went
14 to Ebert office and she provided me a unassigned copy of the CDC-128-G chrono.
15 (Document 38, at p. 2 ¶ 7.)

16    5. On Wednesday December 6, 2006, I was paged over the P.A. system about
17 7: a.m. and told to report to Receiving and Release (R&R) because I was being
18 transferred. I had to gather all my personal property and take it to R&R, with-
19 in minutes because the bus was leaving. Since, my arrival in CDCR I have never
20 been transferred within 5 days and I have never seen anyone transferred in 5-
21 days it normally take 30 to 60 days after UCC, and your always informed where
22 your being transferred to and your personal property is always pack two days
23 before you leave.

24    6. On December 6, 2006, when I arrived at Soledad State Prison I was placed
25 in Administrative Segregation (Ad/Seg) because I was told that CTF-North Level
26 three had no beds available, and on the evening of December 7, 2006, I was
27 moved to CTF-North Rainner Hall A-Yard, and I remained lockdown confined to
28 my cell until December 20, 2008.

Declaration of Gregory Tabarez                    2

7. On December 20, 2006, I appeared before UCC at CTF-North, staff officials members were Plymesser, Robinson, and Ratliff, I informed them my transfer from SQ to CTF-North facility was in violation of my First Amendment rights and that I wanted to be transferred back to SQ. I further, informed them that the reason I was transferred was because I file a lawsuit against Associate Warden Max S. Lemon for staging a riot at FSP. Defendant Plymesser, remember that riot in April 8, 2002, and admitted knowing Lemon. They told me I was not going back SQ and I could appeal their decision.

8. When I was transferred to San Quentin State Prison on August 1, 2002, I was eventually resigned to work in law library as a porter making $19.00 a month and when I was transferred on December 6, 2006, I was working as a porter in North Block, making $19.00 dollars a month. During Plaintiff duration at CTF-North from December 6, 2006, through November 15, 2007, he was un-assigned there was no jobs available.

I swear under penalty of perjury the law of the United States of America that the above statements are true.

Dated: September 3, 2008

Declarant: Gregory Tabarez
CDCR ID #C-22746
Plaintiff in Pro Se

3.

# EXHIBIT  2

## DECLARATION

(STATE OF CALIFORNIA)
(COUNTY OF MONTEREY)

I, MAURICE EDWARD CAMPBELL, declare that I am over the age of eighteen (18) years; I am a prisoner currently incarcerated at California Correctional Training Facility, Soledad State Prison. I arrived here at C.T.F. on September 20, 2006 following the endorsement of Classification Committee for placement in a Level-II facility. However, it has been approximately one (1) year since my arrival and I am still being housed in a level-III facility. Moreover, I was privileged group-Al unassigned when I arrived here but to this date I have not been assigned to any assignment. There are no assignments here at C.T.F. North for those of us whom are Close Custody and especially for those whom are ineligible to earn half-time credits or serving an indeterminate sentence. Furthermore, those of us whom are involuntary unassigned but retain privilege group-Al status are being deprived the privileges normally afforded to those in group-Al. This is contrary to California Department of Corrections and Rehabilitation Rules & Regulations.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this declaration on this Fourteenth Day of September, 2007, in Soledad California.

_____
Declarant

MAURICE EDWARD CAMPBELL
CDCR No. E-10493

# EXHIBIT A

1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY TABAREZ,

11           Plaintiff,              No. CIV S-04-0360 LKK EFB P

12   vs.

13   DIANA BUTLER, et al.,

14           Defendants.             ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On February 28, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.

22   Defendants have filed objections to the findings and recommendations.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case. Having carefully reviewed the

25   entire file, the court finds, with one exception, the findings and recommendations to be

26   supported by the record and by proper analysis.

1

1    The court concludes that there are disputed issues of fact concerning defendant

2    Rios which preclude the granting of summary judgment on his behalf.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1. The findings and recommendations filed February 28, 2008, are adopted in full

5    except as to defendant Rios; as to that defendant, summary judgment is denied;

6    2. Defendant Lemon's June 4, 2007, motion for summary judgment is denied;

7    3. Defendant Butler's May 30, 2007, motion for summary judgment is granted;

8    4. The other defendants' May 30, 2007, motion for summary judgment is granted

9    in part and denied in part as follows:

10    a. Denied with respect to the claims against Rendon, Baber and Acuna;

11    b. Denied with respect to the claim that Bunnell was deliberately indifferent by

12    failing to call down the yard sooner;

13    c. Granted with respect to the claim that Bunnell was deliberately indifferent by

14    changing the plan for ending the lockdown; and,

15    5. The matter is remanded to the magistrate judge for further proceedings,

16    including the scheduling of a pretrial conference, if appropriate.

17    DATED:   March 26, 2008.

18

19    LAWRENCE K. KARLTON

20    SENIOR JUDGE
      UNITED STATES DISTRICT COURT

21

22

23

24

25

26

2

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

11

           Plaintiff,                  No. CIV S-04-0360 LKK EFB P

12

    vs.

13

DIANA BUTLER, et al.,

14

           Defendants.          FINDINGS AND RECOMMENDATIONS

15
16

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17

U.S.C. § 1983. This action proceeds on the January 25, 2006, first amended complaint. The

18

matter is now before the court on defendants' May 30, 2007 and June 4, 2007, motions for

19

summary judgment. For the reasons explained below, the motion must granted, in part, and

20

denied, in part.

21

       Plaintiff claims in his verified amended complaint that defendants violated his right to be

22

free from cruel and unusual punishment. In particular, he alleges the following: (1) that

23

defendants Acuna, Baber, Bunnell, Butler, Lemon and Rendon[1] were deliberately indifferent to

24

his safety by conducting conducted an unsafe procedure for ending a lockdown; and, (2) that

25
26

     [1] Plaintiff identifies this defendant as "Reardon."

1

On the other hand, on this evidence, a reasonable jury could find in plaintiff's favor. Therefore, defendant Bunnell is not entitled to judgment as a matter of law on this claim.

### E. Defendant Butler

Plaintiff alleges that Warden Butler was deliberately indifferent because she was involved in orchestrating the riot. There is no evidence to support that claim.[10] It is undisputed that following extensive investigation, members of the ISU recommended that Northern Hispanics be returned to normal programming. Thus, on April 5, 2002, Butler met with Bunnell and Acuna, who played a major role in the daily running of the prison, and together they decided on a plan to release Northern Hispanics from lockdown. However, the fact that they met in no way establishes indifference by the Warden. Plaintiff offers no evidence that these defendants discussed ending the lockdown even though they believed it was not safe to do so. Nor does he offer any evidence that these defendants at that time intended a change in the unlock plan on April 8 that would jeopardize prison security and result in a riot. It is undisputed that Butler was not at the prison on April 8. She has submitted evidence that her schedule required her to be out of town that day. Whether the Warden's absence on the day that the unlock plan was implemented was problematic in a management context, her absence itself does not constitute deliberate indifference under the Eighth Amendment. To suggest that her absence from the prison made it more likely that Acuna would disobey an order is mere speculation. Moreover, it fails to rise to a level of neglect that establishes deliberate indifference. Plaintiff produces no evidence upon which a jury could reasonably find for plaintiff on his claim against Warden Butler and her motion must be granted.

### F. Defendant Lemon

Plaintiff claims that Associate Warden Lemon was deliberately indifferent to his safety by not calling down the yard before Bunnell did. Lemon asserts that there is no genuine issue

---

[10] To the contrary. If she is to be criticized over this event, it would be for her lack of involvement on the day in question.

1  about whether he was deliberately indifferent. It is undisputed that he was not involved in the

2  decision to end the lockdown, in developing the plan, or in changing the plan. Rather, he learned

3  of the plan when he arrived for work the morning of April 8, 2002, in a discussion with the

4  captains. Plaintiff asserts that as prisoners arrived on the yard and in the time preceding the riot,

5  Lemon was standing near the canteen area at "5 count gate" drinking coffee and facing the

6  handball court area. Am. Compl., at 7. Lemon does not deny that he was observing the yard

7  while prisoners were exiting Building 1 and filing onto the yard. In fact, Lemon drafted a

8  memorandum dated February 4, 2003, showing that he believed that the release was not going as

9  planned. The problem Lemon encountered on this motion is that he and other officers knew that

10  even after a call ordering Baber to proceed as originally planned, Northerners and Southerners

11  continued to exit the building separately and congregate in discrete areas of the yard. It bears

12  repeating that any officer could call down the yard. Lemon did not do so. In light of the

13  undisputed recent history of violence between Northerners and Southerners, a reasonable jury

14  could find that Lemon knew violence would erupt yet failed to take reasonable measures to

15  prevent it. Thus, Lemon's motion must be denied.

16    **F. Defendant Rios**

17    Plaintiff alleges that defendant Rios used excessive force against him while attempting to

18  quell the riot. In particular, he asserts that Rios purposely aimed his launcher at prisoners'

19  heads, causing injury to plaintiff. Rios asserts that plaintiff cannot demonstrate a genuine issue

20  about whether he acted solely to cause harm. To survive Rios's motion, plaintiff must submit

21  evidence Rios engaged in wrongdoing that is objectively serious enough to violate the Eighth

22  Amendment, and that he acted with a sufficiently culpable state of mind. *Hudson v. McMillian*,

23  503 U.S. 1, 7-9 (1992). Thus, plaintiff's evidence must show that under the circumstances the

24  force used was not justified, and it was not applied "in a good faith effort to maintain or restore

25  discipline," but instead "maliciously and sadistically for the very purpose of causing harm."

26  *Whitley v. Albers*, 475 U.S. 312, 320 (1986). When determining whether the force used was

30

# EXHIBIT B

| No.: | C22746 | NAME | TABAREZ | | CS: | 19/II/LIF | Next Class: | 12/1/09 |
| Custody: | CLOSE B | | | Release Date: | MEPD 11/20/2022 | | Assignment: | PIA HAND SAND/ S/S W/L |
| Comment: | ANNUAL/ REVIEW- | PROGRAM | PLACE ON SUPPORT SERVICES W/L, REINSTATE CONTACT VISITS. RETAIN IN NORTH BLOCK. | | | | WG: A-1   PG: A   EFF 9/8/06 | | |

Subject's case was reviewed in absentia before the General Population Division, Unit Classification Committee (UCC) for Annual / PROGRAM REVIEW Review. Subject remained disciplinary free . Subject requests to be placed on support services waiting list. Subject's CDC-127, 812, 840 and MCSF have been reviewed and updated as appropriate. All other case factors remain the same as noted in CDC-128G dated 11/28/07. Subject requests to be placed on the support services waiting list and requests to remain at San Quentin in the general population .

**COMMITTEE ACTION:** UCC elects to place subject on the support services per his request and reinstate subject's contact visits due to him completing the one year of no visiting and two years of non-contact visits based on subject's 2/15/05 CDC 115 for "Introducing Heroin in to State Prison for Distribution". Contact visits are effective 3/17/08; visiting staff, Correctional Officer J. Willis was notified of visiting status change via institutional telephone on 3/17/08. Subject waived his 72- hour prior written notice of this hearing. Subject understands and agrees with the committee action. Subject is aware of his appeal rights.

COMMITTEE MEMBERS:     B. GRUNDY, FC
                       M. SWORD, CCI
                       B. EBERT, CCI

B. GRUNDY, FC
CHAIRPERSON

B. EBERT , CCI
RECORDER

Distribution:     Original - C-File
                  Inmate
                  CC-I

Date: 3/17/08     (page 1 of 1)     **CLASSIFICATION: UCC ANNUAL/PROGRAM REVIEW**          INST.
SQ

*N2-68L*

CDC-128-G (REV 2/89)

| | | | | |
|---|---|---|---|---|
| No.: | C22746 | Name: TABAREZ | CS/LV: 19/II/LIF | Next Class: 9/24/08 |
| Custody: | CLOSE B | | Release Date: MEPD 11/20/2022 | Assignment: PIA AND SUPPORT SERVICES W/L |

Comment: INITIAL CLASSIFICATION - REMOVE ORI. ESTABLISH CUSTODY AT CLOSE B, WG/PG A1/A, PLACE ON PIA AND SUPPORT SERVICES W/L, RETAIN IN NORTH BLOCK

WG: A-1  PG: A

EFF 9/8/06

Subject appeared before the General Population Division, Unit Classification Committee (UCC) for Initial Review. Subject is a 54 year old (DOB 5/6/53) Mexican Multi termer, received in CDC on 9/24/96 to serve a 28 years to Life term from Sacramento County for HS 11350A Possession of Controlled Substance (3 Strikes). He was received at SQ Main on 11/15/07 from CTF as a result of a non-adverse transfer.

CASE FACTORS: County of Residence: Sacramento. Holds/warrants/detainers: Clear. Escapes: Clear. Arson: Clear. Sex Offenses: Clear - SVP not applicable. Notice/Registration: PC 296 and HS 11590. CDC 812: Enemies noted. Disruptive Group noted: Norteno Member. Disciplinary: CDC 115 dated 2/15/05 Introducing Heroin into a State Prison for Distribution, 2/13/01 Mutual Combat, 3/5/98 Hair Longer than 3 Inches, 6/20/97 Mutual Combat. Medical: TB Code 32 per CDC 128C dated 9/13/07, Full Duty and Food Service cleared per CDC 128-C1 dated 12/6/06 No medical concerns noted. Psychiatric: Mental Health Screening completed per CDC 128-C dated 12/14/05, Psych cleared per CDC 128-C dated 12/14/05. Does not meet criteria for MDO referral. GPL: 9.4. Foreign Prisoner Transfer Treaty Program: Not applicable. Confidential: Clear. Program Eligibility: Subject is deemed MSF, Camp, CCF, Restitution Center, COCF and SATF/SAP ineligible due to Life sentence. Status of Restitution: None reflected in the file and DDPS does not reflect a current balance . Other: Subject's CDC-812 has been reviewed and updated as appropriate. Subject was reviewed for single-cell status per DOM #. 72020.9.1 and does not meet the criteria for 'S' suffix. Caseworker notes Subject's identification photograph is current. Subject stated and indicated he could remain double-celled. Subject's case was reviewed for visiting restrictions per CCR 3173.1/3177 and a visiting restriction is not warranted.

COMMITTEE ACTION: UCC acts to remove Subject from orientation, set custody at Close B based upon case factors, assign WG/PG: A1/A effective 09/8/06, based on initial placement, place on the PIA and Support Services waiting list based upon job skills, and retain SQ Main. PC 2930/2933 have been complied with. Subject acknowledged he received 72-hour prior written notice of this hearing. Subject indicates that he understands and agrees with the committee action and was advised of his appeal rights.

COMMITTEE MEMBERS:    T. FRATES, FC (A)
L. CAHAYLA, CCII
B. EBERT, CCI
W. REEVES, EDUCATION

T. FRATES, FC (A)
CHAIRPERSON

B. EBERT, CCI
RECORDER

Distribution:    Original - C-File
Inmate
CC-I

Date: 11/28/07    (page 1 of 1)    CLASSIFICATION: INITIAL    INST. SQ

# EXHIBIT C

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North Facility | December 18, 2006 | CTF-North-06-036 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☒ INITIAL | ☐ UPDATE | ☐ CLOSURE |
|---|---|---|

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION:  CTF | ☐ ALL | ☒ BATTERY .  with w/ weapon |
| ☒ FACILITY:  CTF-North Facility | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT:  A-Yard | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☒ HISPANIC    Mexican Nationals | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ CRITICAL WORKERS ONLY | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT    3 inmates per staff | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | RECREATION |
| ☐ OTHER: | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| FEEDING | ☐ RESTRICTED WORK PROGRAM | |
| ☐ NORMAL | ☐ PORTERS | CANTEEN |
| ☒ CELL FEEDING | ☒ NO INMATE WORKERS | ☐ NORMAL |
| ☒ CONTROLLED FEEDING IN DINING ROOM | SHOWERS | ☒ NO CANTEEN |
| ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: _____ |
| ☒ ONE DORM AT A TIME | ☐ ESCORTED | |
| ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER HEAD | PACKAGES |
| ☐ HOUSING UNIT SECTION AT A TIME | ☒ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED |
| ☐ SACK MEAL DINNER | MEDICAL | |
| DUCATS | ☐ NORMAL MEDICAL PROGRAM | PHONE CALLS |
| ☐ ALL DUCATS HONORED | ☒ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY  Under Escort | ☒ MTA CONDUCT ROUNDS IN UNITS | ☒ NO PHONE |
| ☐ CLASSIFICATION DUCATS | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: _____ |
| ☒ PRIORITY DUCATS ONLY  Under Escort | ☒ EMERGENCY MEDICAL ONLY | |
| VISITING | ☐ OTHER | RELIGIOUS SERVICES |
| ☒ NORMAL VISITING    Under  Escort | Medical – Under Escort | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | LEGAL LIBRARY | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | ☐ NORMAL | ☒ MODIFIED:    Cell Front Only |
| ☐ OTHER | ☒ APPROVED COURT DEADLINES | |

REMARKS:

On the date of December 18, 2006, at approximately 1413 hours, A-Yard staff observed two (2) Mexican National inmates involved in mutual combat on the A-Yard.  During a medical examination, one inmate was discovered to have injuries consistent with being the victim of a battery with a weapon with serious injuries.
Due to this incident all A-Yard Mexican National inmates are being placed on Modified Program Status pending the completion of an investigation and interviews into this matter.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. Y. Truett,    3/W Watch Commander | 12/18/06 | B. Curry,  Warden (A) | 12/19/06 |

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | December 18, 2006 | CTF-North-06-036 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☐ INITIAL | | ☐ UPDATE | ☒ CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION *CTF* | ☐ ALL | ☒ BATTERY  **WITH WEAPON** |
| ☒ FACILITY: *NORTH FACILITY A-YARD* | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT:_____ | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ HISPANIC. **Mexican National Inmates** | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: _____ | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☒ NORMAL |
| | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☒ NORMAL | ☐ PORTERS | |
| ☐ CELL FEEDING | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NORMAL |
| ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☒ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ NO PACKAGES |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: _____ |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: _____ |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☒ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☒ NORMAL | ☐ MODIFIED: See remarks below |
| | ☐ APPROVED COURT DEADLINES & BPT | _____ |

REMARK:

**Effective, December 26, 2006, at approximately 1500 hours, all A-Yard Mexican National inmates were returned to <u>Normal</u> <u>Program</u>.**

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. Truett | 12-26-2006 | Ben Curry, Warden (A) | 12/28/06 |
| 3/W Watch Commander | | | |

AGO-035

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH | FEBRUARY 2, 2007 | CTF-NORTH-07-002 |

☒ NORMAL PROGRAM ☐ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☐ UPDATE ☒ CLOSURE

## RELATED INFORMATION (CHECK ALL THAT APPLY)

### AREA AFFECTED
☒ INSTITUTION: CTF
☒ FACILITY: NORTH
☒ HOUSING UNIT: A-YARD
☐ VOCATION: _____
☐ EDUCATION: _____
☐ OTHER: _____

### INMATES AFFECTED
☒ ALL
☒ BLACK
☒ WHITE
☐ HISPANIC NATIONAL
☐ OTHER
☐ _____

### REASON
☐ BATTERY
☐ DEATH
☐ RIOT / DISTURBANCE
☐ GROUPING
☒ OTHER: RACIAL FIGHT INVOLVING ONE BLACK AND ONE WHITE INMATE.

### MOVEMENT
☒ NORMAL
☐ ESCORT ALL MOVEMENT
☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☐ CONTROLLED MOVEMENT
☐ OTHER: _____

### WORKERS
☐ CRITICAL WORKERS ONLY
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

### DAYROOM
☒ NORMAL
☐ NO DAYROOM ACTIVITIES
☐ MODIFIED:

### RECREATION
☒ NORMAL
☐ NO RECREATIONAL ACTIVITIES
☐ MODIFIED:

### FEEDING
☒ NORMAL
☐ CELL FEEDING
☐ CONTROLLED FEEDING IN DINING ROOM
  ☐ HOUSING UNIT/DORM AT A TIME
  ☐ DORM POD AT A TIME
  ☐ TIER AT A TIME
  ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☐ SACK MEAL LUNCH
☐ SACK MEAL DINNER

### SHOWERS
☒ NORMAL
☐ ESCORTED
☐ ONE INMATE PER SHOWER – OWN TIER
☐ CELL PARTNERS TOGETHER – OWN TIER
☐ DORM SHOWERING BY GROUP
☐ CRITICAL WORKERS ONLY
☐ NO SHOWERS

### CANTEEN
☒ NORMAL
☐ NO CANTEEN
☐ MODIFIED: _____

### PACKAGES
☒ NORMAL
☐ NO PACKAGES
☐ MODIFIED: _____

### DUCATS
☒ ALL DUCATS HONORED
☐ MEDICAL DUCATS ONLY
☐ CLASSIFICATION DUCATS
☐ PRIORITY DUCATS ONLY

### MEDICAL
☒ NORMAL MEDICAL PROGRAM
☐ PRIORITY DUCATS ONLY
☐ MTA CONDUCT ROUNDS IN UNITS
☐ INMATES ESCORTED TO SICK CALL
☐ EMERGENCY MEDICAL ONLY
☐ OTHER: _____

### PHONE CALLS
☒ NORMAL
☐ NO PHONE CALLS
☐ MODIFIED: _____

### VISITING
☒ NORMAL VISITING
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER: _____

### LEGAL LIBRARY
☒ NORMAL
☐ APPROVED COURT DEADLINES & BPT

### RELIGIOUS SERVICES
☒ NORMAL
☐ NO RELIGIOUS SERVICES
☐ MODIFIED: _____

### REMARKS:
On February 2, 2007 at approximately 0800 hours, the entire CTF-North A-Yard was returned to Normal Program based on the completion of the interview, investigation and administrative review process.

| PREPARED BY: D.G. METCALF | DATE 2-6-2007 | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | 02-02-2007 | CTF-NORTH-07-003 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☒ INITIAL | ☐ UPDATE | | ☐ CLOSURE |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION : CTF-SOLEDAD | ☒ ALL | ☐ BATTERY |
| ☒ FACILITY: NORTH | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: NORTH A-YARD | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: THREAT ON STAFF |
| ☐ OTHER: | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY : CAPTAIN APPROVED ONLY. NO LASSEN HALL WORKERS. | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT: 3 TO 1 STAFF RATIO | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES IN HOUSING UNITS. |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ PORTERS | |
| ☒ CELL FEEDING: FOOD HANDLER APPROVED WORKERS ONLY: NO LASSEN HALL WORKERS. | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
| ☒ HOUSING UNIT/DORM AT A TIME | ☒ CONTROLLED SHOWERS | ☒ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
| ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER | |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☒ DORM SHOWERING ONE PER SHOWER | ☐ NORMAL |
| ☒ SACK MEAL LUNCH | ☒ CRITICAL WORKERS | ☒ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: |
| **DUCATS** | **MEDICAL** | |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☒ MEDICAL DUCATS ONLY | ☒ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☒ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | ☒ NO PHONE CALLS: APPROVED EMERGENCY ONLY. |
| ☒ PRIORITY DUCATS ONLY | ☒ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| | ☒ OTHER: DIABETICS AND DOT MEDS INMATES WILL BE ESCORTED TO THE NORTH PATIO. MEDICAL STAFF WILL DELIVER ALL OTHER MEDICATION THAT IS AUTHORIZED TO THE HOUSING UNITS. | |
| ☒ NORMAL VISITING: UNDER ESCORT | | **RELIGIOUS SERVICES** |
| | **LEGAL LIBRARY** | |
| ☐ NON-CONTACT ONLY | ☐ NORMAL | ☐ NORMAL |
| ☐ NO VISITING | ☒ APPROVED COURT DEADLINES | ☒ NO RELIGIOUS SERVICES |
| ☐ OTHER: | | ☒ MODIFIED: CELL FRONT ONLY |

**REMARKS:**

On February 2, 2007, CTF-North A-Yard is placed on Modified Program Status due to an Anonymous Note discovered in Lassen Hall which stated a threat against staff. A-Yard will remain on Modified Program Status pending the completion of the investigation, interviews and administrative review into this matter.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| R. Ramon, Lieutenant | *R. Ramon, LT* 2-2-2007 | | 2/2/07 |

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| CTF-North Facility | February 5, 2007 | CTF-North-07-003 |

☒ NORMAL PROGRAM     ☐ MODIFIED PROGRAM     ☐ LOCKDOWN     ☐ STATE OF EMERGENCY

☐ INITIAL          ☐ UPDATE          ☒ CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: North Facility, A-Yard
- ☒ HOUSING UNIT: All
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☒ ALL
- ☒ BLACK
- ☒ WHITE
- ☐ HISPANIC
- ☐ OTHER
- ☐

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER: Completed Interviews

**MOVEMENT**
- ☒ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER:

**WORKERS**
- ☐ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ All assigned inmates

**DAYROOM**
- ☒ NORMAL
- ☐ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☒ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☒ NORMAL
- ☐ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☒ NORMAL
- ☐ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☒ NORMAL
- ☐ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☒ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☒ NORMAL
- ☐ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☒ NORMAL
- ☐ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☒ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED: _____

**REMARKS:**
Effective February 5, 2007 at 1010 hours, the investigation has been concluded, and all inmates housed on the A-Yard are returned to normal program.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| D. Coen, Lieutenant | 02-05-07 | B. Curry, Warden | 02-05-07 |

AGO-038

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North Facility | February 5, 2007 | CTF-North-07-004 |

| | | | |
|---|---|---|---|
| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |

| | | |
|---|---|---|
| ☒ INITIAL | ☐ UPDATE | ☐ CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: **CTF** | ☒ ALL | ☒ BATTERY ON INMATE W/SER. INJURY |
| ☒ FACILITY: **North Facility** | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT: **A-Yard** | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: |
| ☐ OTHER: | ☐ | |

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT 3 to 1 staff ratio
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING Food Handler approved only
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☒ MEDICAL DUCATS ONLY
- ☒ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**WORKERS**
- ☐ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ No Workers

**SHOWERS**
- ☒ NORMAL **Controlled**
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☒ NO RELIGIOUS SERVICES
- ☐ MODIFIED: _____

**REMARKS:**

On February 5, 2007, CTF-North Facility A-Yard is placed on modified program status due to the discovery of an inmate with serious injuries in Rainier Hall  A-Yard will remain on modified program status pending the completion of the investigation, interviews, and administrative review into this incident.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| D. Coen, Lieutenant | 02-05-07 | B. Curry, Warden | 02-05-07 |

AGO-039

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
### PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| **CTF-NORTH FACILITY** | **February 6, 2007** | **CTF-North-07-004** |

☒ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL      ☐ UPDATE      ☒ CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION *CTF* | ☒ ALL | ☒ BATTERY WITH SERIOUS INJURY |
| ☒ FACILITY: *NORTH FACILITY A-YARD* | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT:_____ | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☒ NORMAL |
| **FEEDING** | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| ☒ NORMAL | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ CELL FEEDING | ☐ PORTERS | |
| ☐ CONTROLLED FEEDING IN DINING ROOM | ☐ NO INMATE WORKERS | **CANTEEN** |
|   ☐ HOUSING UNIT/DORM AT A TIME | **SHOWERS** | ☒ NORMAL |
|   ☐ DORM POD AT A TIME | ☒ NORMAL | ☐ NO CANTEEN |
|   ☐ TIER AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☒ NORMAL |
| ☐ SACK MEAL LUNCH | ☐ DORM SHOWERING BY GROUP | ☐ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: _____ |
| **DUCATS** | ☐ NO SHOWERS | |
| ☒ ALL DUCATS HONORED | **MEDICAL** | **PHONE CALLS** |
| ☐ MEDICAL DUCATS ONLY | ☒ NORMAL MEDICAL PROGRAM | ☒ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☐ PRIORITY DUCATS ONLY | ☐ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| **VISITING** | ☐ INMATES ESCORTED TO SICK CALL | |
| ☒ NORMAL VISITING | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | ☐ OTHER: _____ | ☒ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☒ NORMAL | ☐ MODIFIED: See remarks below |
| | ☐ APPROVED COURT DEADLINES & BPT | _____ |

REMARK:

**Effective, January 6, 2007, at approximately 1400 hours, all A-Yard inmates are returned to <u>Normal</u> <u>Program</u>.**

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| **S. V. Truett**<br>3/W Watch Commander | **02-06-2007** | Ben Curry, Warden (A) | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North Facility | February 16, 2007 | CTF-North-07-007 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☒ INITIAL    ☐ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION  CTF
- ☒ FACILITY:  NORTH A YARD
- ☒ HOUSING UNIT:  LASSEN HALL
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☒ ALL: Lassen Hall inmates Only
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER
- ☐ _____

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER:  Threatening Note Toward Staff

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT 3 per staff member
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☒ OTHER: Escort movement applies to Lassen Hall Only.

**WORKERS**
- ☒ CRITICAL WORKERS ONLY  Per Facility Captain Approval Only
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ NO INMATE WORKERS  From Lassen Hall

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES  Lassen Hall
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☒ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☒ NO SHOWERS  Lassen Hall

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN  For Lassen Hall Only
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES  For Lassen Hall Only
- ☐ MODIFIED: _____

**DUCATS**
- ☒ ALL DUCATS HONORED (under escort)
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS  Emergency calls only
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING (under escort procedures)
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: CELL FRONT ONLY FOR LASSEN HALL

**REMARKS:** On 2-16-06, a note was discovered in Lassen Hall threatening to assault staff. As a result, Lassen Hall was placed on modified program status pending completion of interviews. Yard will be suspended while interviews are being conducted; however, there will be work and school call for Rainier Hall, Fremont Dorm and North Dorm only. A controlled program for all inmates will be the only activity for Rainier Hall during interviews. In Dorm activities only for Fremont and North Dorm. Upon completion of interviews for the day, program will return to normal for Rainier Hall, Fremont Dorm and North Dorm only. Lassen and Rainier Hall will be cell fed. Lassen and Rainier Hall will utilize approved inmates workers for cell feeding. Dorms will feed in the culinary. Controlled canteen release will be conducted for Rainier Hall, Fremont Dorm and North Dorm Only. Only inmates on the canteen draw list for the day will access the canteen. Critical Workers will be approved by the Facility Captain Only.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J.C. Camacho, Correctional Lieutenant | 2-16-07 | B. Curry, Warden (A) | 2-16-07 |

AGO-041

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 2-16-07 | CF-North-07-007 |

| ☒ NORMAL PROGRAM | ☐ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☐ INITIAL | ☐ UPDATE | ☒ CLOSURE |
|---|---|---|

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION | ☒ ALL | ☐ BATTERY |
| ☒ FACILITY: CTF-North | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT: Lassen Hall | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC NATIONAL | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☒ OTHER: Threatening note toward staff. |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS ONLY | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☒ NORMAL |
| | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☒ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☐ CELL FEEDING | ☒ NORMAL | ☒ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NO CANTEEN |
|   ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ MODIFIED: _____ |
|   ☐ DORM POD AT A TIME | ☐ ESCORTED | **PACKAGES** |
|   ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER -- OWN TIER | ☒ NORMAL |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NO PACKAGES |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ MODIFIED: _____ |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | **PHONE CALLS** |
| **DUCATS** | **MEDICAL** | ☒ NORMAL |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | ☐ NO PHONE CALLS |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☐ MODIFIED: _____ |
| ☐ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | |
| ☐ PRIORITY DUCATS ONLY | ☒ INMATES ESCORTED TO SICK CALL | **RELIGIOUS SERVICES** |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | ☒ NORMAL |
| ☒ NORMAL VISITING ESCORT ONLY | ☐ OTHER: _____ | ☐ NO RELIGIOUS SERVICES |
| ☐ NON-CONTACT ONLY | **LEGAL LIBRARY** | ☐ MODIFIED: See remarks below |
| ☐ NO VISITING | ☒ NORMAL | |
| ☐ OTHER: _____ | ☐ APPROVED COURT DEADLINES & BPT | |

REMARKS: On 2-16-07 all the inmates assigned to Lassen Hall were placed on Modified Program Status as a result of the discovery of a threatening note toward staff. Effective 2-21-07 the investigation of this incident has been completed and all inmates assigned to Lassen Hall were returned to Normal Program Status, however as a result of a RIOT incident that occurred on 2-21-07 on the A-Yard involving several inmates all the inmates assigned to the A-Yard were placed on Modified Program Status pending the completion of an investigation into this incident as indicated on PSR#CTF-North-07-009.

| PREPARED BY: *J.C. Camacho* J.C.Camacho, Correctional Lieutenant | DATE 2-22-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden (A) | DATE 2-22-07 |
|---|---|---|---|

AGO-042

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
# PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-Soledad | 2/21/07 | CTF-North-07-009 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| X  INITIAL | ☐ UPDATE | ☐ CLOSURE |
|---|---|---|

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF-Soledad | ☒ ALL | ☒ BATTERY with serious injury |
| ☒ FACILITY: North Facility, A-Yard | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT:  ALL | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☐ ASIANS | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS Only Approved by Facility Captain | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: | ☐ CANTEEN | ☐ NORMAL |
| _____ | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NO CANTEEN |
| ⠀⠀☒ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: _____ |
| ⠀⠀☐ DORM POD AT A TIME | ☐ ESCORTED | |
| ⠀⠀☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ⠀⠀☐ HOUSING UNIT SECTION AT A TIME | ☒ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: _____ |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☐ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☒ PRIORITY DUCATS ONLY | ☒ INMATES ESCORTED TO SICK CALL    Diabetics and D.O.T.'s only | |
| **VISITING** | ☒ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☒ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☒ MODIFIED:   see remarks below : |
| ☐ OTHER: _____ | ☐ NORMAL | ⠀⠀⠀⠀at inmate's request |
| | ☒ APPROVED COURT DEADLINES & BPT | |

**REMARKS:**
On 2/21/07 on the A-Yard, at approximately 1100 hours, several Hispanic inmates were involved in a Battery resulting in the serious injury of (2) two inmates. The inmate Population on the A-Yard is placed on MODIFIED PROGRAM STATUS as a result of this incident.  All inmates will remain on MODIFIED Program status pending investigation by Administrative staff.

| PREPARED BY: C.B. Tucker, Lt. | DATE 2/21/07 | NAME / SIGNATURE (WARDEN) Ben Curry, Warden (A) | DATE 2-26-07 |
|---|---|---|---|

AGO-043

STATE OF CALIFORNIA                                                                              DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 3-2-07 | CTF-North-07-009 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☐ ALL | ☒ BATTERY |
| ☒ FACILITY: CTF-North | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A-Yard (all housing units). | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ CRITICAL WORKERS ONLY | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | |
| ☒ CELL FEEDING: Lassen and Rainier Hall. | ☒ NO INMATE CRITICAL WORKERS | **CANTEEN** |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
|   ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☒ NO CANTEEN |
|   ☒ DORM POD AT A TIME: ND and FD. | ☒ ESCORTED | ☐ MODIFIED: _____ |
|   ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: _____ |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☐ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☒ PRIORITY DUCATS ONLY | ☒ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING: Under escort. | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☒ MODIFIED |
| ☐ OTHER: _____ | ☐ NORMAL | |
| | ☒ APPROVED COURT DEADLINES & BPT | Cell front only. |

**REMARKS:**
ON 2-21-07, as a result of a Battery incident in which two inmates sustained serious injuries all the inmates assigned to the A-Yard were placed on Modified Program Status pending the completion of an investigation into this incident. Effective 3-2-07 at 0930 hours all the non-impacted inmates as a result of this incident were returned to Normal Program Status and all the privileges associated with Normal Program Status (packages, canteen, visiting, library, etc...) were restored to Normal Program Status. All impacted inmates will remain on Modified Program Status. The list of impacted inmates will be kept in North Dorm, Fremont Dorm, Lassen Hall, Rainier Hall, Facility and Correctional Captain's office and the Unit's Program Lieutenant office.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. C. Camacho, Correctional Lieutenant | 3-2-07 | B. Curry, Warden (A) | 3-2-07 |

AGO-044

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 3-14-07 | CTF-North-07-009 |

☒ NORMAL PROGRAM ☐ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☐ UPDATE ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☐ ALL | ☒ BATTERY |
| ☒ FACILITY: CTF-North | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A-Yard (all housing units). | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS ONLY | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☒ NORMAL |
| | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☒ NORMAL | ☐ PORTERS | |
| ☐ CELL FEEDING | ☒ NORMAL | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NORMAL |
| ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ NO CANTEEN |
| ☐ DORM POD AT A TIME: ND and FD. | ☐ ESCORTED | ☐ MODIFIED: _____ |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER. | |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NORMAL |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: _____ |
| **DUCATS** | **MEDICAL** | |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: _____ |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☒ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☒ NORMAL | ☐ MODIFIED |
| | ☐ APPROVED COURT DEADLINES & BPT | |

REMARKS:
Effective 3-14-07 at 0830 hours all impacted inmates affected by PSR # CTF-North-07-009 were returned to Normal Program Status.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. C. Camacho, Correctional Lieutenant | 3-14-07 | B. Curry, Warden (A) | 3-14-07 |

AGO-045

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| **CTF-NORTH FACILITY** | **MARCH 2, 2007** | **CTF-NORTH-07-010** |

☐ NORMAL PROGRAM   ☒ MODIFIED PROGRAM   ☐ LOCKDOWN   ☐ STATE OF EMERGENCY

☒ INITIAL            ☐ UPDATE            ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION *CTF* | ☐ ALL | ☐ BATTERY |
| ☒ FACILITY: *NORTH FACILITY B-YARD* | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: *SHASTA HALL* | ☒ WHITE *ONLY* | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☒ OTHER: *MUTUAL COMBAT* |
| ☐ OTHER: _____ | ☐ _____ | *WITH SERIOUS INJURY* |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS W/ APPROVAL | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CULINARY     OF UNIT LT & CAPT & | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS       ASSOCIATE WARDEN | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☐ NORMAL |
|  | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS |  |
| ☒ CELL FEEDING | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NORMAL UNDER ESCORT |
| ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
| ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER |  |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NORMAL UNDER ESCORT |
| ☒ SACK MEAL LUNCH | ☒ CRITICAL WORKERS ONLY | ☐ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: _____ |
| **DUCATS** | **MEDICAL** |  |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☒ MEDICAL DUCATS ONLY ,     SEE | ☐ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☒ CLASSIFICATION DUCATS     ESCORT | ☒ MTA CONDUCT ROUNDS IN UNITS | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS ONLY | ☒ INMATES ESCORTED TO SICK CALL DIABETICS & DOT'S ONLY | ☐ MODIFIED: _____ |
| **VISITING** | ☒ EMERGENCY MEDICAL ONLY |  |
| ☒ NORMAL VISITING UNDER ESCORT | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY |  | ☐ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☒ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☐ NORMAL | ☐ MODIFIED: See remarks below |
|  | ☒ APPROVED COURT DEADLINES & BPT |  |

REMARK:
Effective, on the date of March 2, 2007, at approximately 1500 hours, all WHITE inmates in Shasta Hall were placed on Modified Program Status due to a mutual combat with serious injury that occurred on this date. All White inmates in Shasta Hall will remain on Modified Program Status pending the completion of interviews and an investigation into this incident.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. Truett | 03-02-2007 |  | 3-07-07 |
| 3/W Watch Commander |  |  |  |

AGO-046

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| **CTF-NORTH FACILITY** | **MARCH 8, 2007** | **CTF-North-07-010** |

☒ NORMAL PROGRAM ☒ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☐ UPDATE ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION *CTF* | ☐ ALL | ☐ BATTERY |
| ☒ FACILITY: *NORTH FACILITY B-YARD* | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT *SHASTA HALL* | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☒ OTHER: MUTUAL COMBAT WITH |
| ☐ OTHER: _____ | ☐ _____ | SERIOUS INJURY |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☒ NORMAL |
| | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☒ NORMAL | ☐ PORTERS | |
| ☐ CELL FEEDING | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NORMAL |
| ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NORMAL |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: _____ |
| **DUCATS** | **MEDICAL** | |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: _____ |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☒ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☒ NORMAL | ☐ MODIFIED: See remarks below |
| _____ | ☐ APPROVED COURT DEADLINES & BPT | _____ |

REMARK:

**Effective, March 8, 2007, at approximately 0900 hours, all White inmates in Shasta Hall are returned to <u>Normal Program</u>.**

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| **S. V. Truett** *[signature]* | 03-08-2007 | *Ben Curry* Ben Curry, Warden (A) | 3/15/07 |
| **3/W Watch Commander** | | | |

STATE OF CALIFORNIA

**PROGRAM STATUS REPORT**

**PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION**

DEPARTMENT OF CORRECTIONS

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| CTF-NORTH | March 14, 2007 | CTF-NORTH-07-011 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☒ INITIAL | ☐ UPDATE | ☐ CLOSURE |
|---|---|---|

**...RELATED INFORMATION (CHECK ALL THAT APPLY)...**

| ...AREA AFFECTED... | ...INMATES AFFECTED... | ...REASON... |
|---|---|---|
| ☒ INSTITUTION: CTF | ☒ ALL | ☒ BATTERY w/ weapon |
| ☒ FACILITY: NORTH | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: ALL | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC NATIONAL | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER |
| ☐ OTHER: | | |

| ...MOVEMENT... | ...WORKERS... | ...DAYROOM... |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY Facility Cpt's approval only | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT 3 TO 1 RATIO (Hisp) | ☒ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☒ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | ...RECREATION... |
| ☒ OTHER: _Medical escorts 6-12_____ | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| ...FEEDING... | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ PORTERS | ...CANTEEN... |
| ☒ CELL FEEDING | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | ...SHOWERS... | ☒ NO CANTEEN |
| ☒ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: |
| ☒ DORM POD AT A TIME | ☐ ESCORTED | |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | ...PACKAGES... |
| ☐ HOUSING UNIT SECTION AT A TIME | ☒ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☒ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| ...DUCATS... | ...MEDICAL... | ...PHONE CALLS... |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY | ☒ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☐ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: |
| ☒ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | |
| ...VISITING... | ☐ EMERGENCY MEDICAL ONLY | ...RELIGIOUS SERVICES... |
| ☒ NORMAL VISITING ESCORT ONLY | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | ...LEGAL LIBRARY... | ☒ MODIFIED: IM request and CELL FRONT SERVICES |
| ☐ OTHER: _____ | ☐ NORMAL | |
| | ☒ APPROVED COURT DEADLINES & BPT | |

REMARKS: ON March 14, 2007 at approximately 1340 hrs. a stabbing occurred in the North Facility Vocation area (dry cleaning) involving three Hispanic inmates. As a result of this stabbing CTF North Facility is placed on modified status pending investigation into this incident by CTF North Facility Administrative staff.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| F. G. Ahl, LIEUTENANT | 3/14/ | B. CURRY WARDEN (A) | 3/21/07 |

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| **CTF-NORTH FACILITY** | ~~MARCH 14, 2007~~ 3/16/07 | **CTF-NORTH-07-011** |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL            ☒ UPDATE            ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION *CTF* | ☒ ALL | ☒ BATTERY WITH WEAPON |
| ☒ FACILITY: *NORTH FACILITY* | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: *ALL* | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: ___ | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: ___ | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: ___ | ☐ ___ | |

### MOVEMENT
☐ NORMAL
☒ ESCORT ALL MOVEMENT 3 TO 1 RATIO (HISP.)
☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☐ CONTROLLED MOVEMENT
☒ OTHER: MEDICAL-NO MORE THAN SIX (6) INMATES AT ONE TIME.

### FEEDING
☐ NORMAL
☒ CELL FEEDING

☐ CONTROLLED FEEDING IN DINING ROOM

☐ HOUSING UNIT/DORM AT A TIME
☐ DORM POD AT A TIME
☐ TIER AT A TIME
☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☒ SACK MEAL LUNCH
☐ SACK MEAL DINNER

### DUCATS
☐ ALL DUCATS HONORED
☒ MEDICAL DUCATS ONLY            **SEE**
☒ CLASSIFICATION DUCATS        **ESCORT**
☒ PRIORITY DUCATS ONLY

### VISITING
☒ NORMAL VISITING UNDER ESCORT
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER: ___

### WORKERS
☒ CRITICAL WORKERS W/ APPROVAL
☐ CULINARY        OF FACILITY CAPTAIN
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

### SHOWERS
☐ NORMAL
☐ ESCORTED
☒ ONE INMATE PER SHOWER – OWN TIER
☐ CELL PARTNERS TOGETHER – OWN TIER
☐ DORM SHOWERING BY GROUP
☒ CRITICAL WORKERS ONLY
☐ NO SHOWERS

### MEDICAL
☐ NORMAL MEDICAL PROGRAM
☐ PRIORITY DUCATS ONLY
☒ MTA CONDUCT ROUNDS IN UNITS
☒ INMATES ESCORTED TO SICK CALL DIABETICS & DOT'S ONLY
☒ EMERGENCY MEDICAL ONLY
☐ OTHER: ___

### LEGAL LIBRARY
☐ NORMAL
☒ APPROVED COURT DEADLINES & BPT

### DAYROOM
☐ NORMAL
☒ NO DAYROOM ACTIVITIES
☐ MODIFIED:

### RECREATION
☐ NORMAL
☒ NO RECREATIONAL ACTIVITIES
☐ MODIFIED: ___

### CANTEEN
☒ NORMAL UNDER ESCORT-NO MORE THAN FIVE (5) INMATES AT ONE TIME.
☐ NO CANTEEN
☐ MODIFIED: ___

### PACKAGES
☐ NORMAL
☒ NO PACKAGES
☐ MODIFIED: ___

### PHONE CALLS
☐ NORMAL
☒ NO PHONE CALLS
☐ MODIFIED: ___

### RELIGIOUS SERVICES
☐ NORMAL
☐ NO RELIGIOUS SERVICES
☒ MODIFIED: INMATE REQUEST AND CELL FRONT ONLY

### REMARK:
Effective, on the date of March 14, 2007, at approximately 1340 hours, all North Facility inmates were placed on Modified Program Status due to a 2-on-1 stabbing incident that occurred in the North Facility Vocational Dry Cleaning area. All North Facility inmates will remain on Modified Program Status pending the completion of interviews and an investigation into this incident.

| PREPARED BY: | DATE | NAME/SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| **S. V. Truett** 3/W Watch Commander | 03-16-2007 | Ben Curry, Warden (A) | 3/21/07 |

AGO-049

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 3-17-07 | CTF-North-07-011 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☒ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☒ ALL | ☒ BATTERY ON INMATE WITH A WEAPON |
| ☒ FACILITY: CTF-North | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A and B-Yard (halls and dorms) | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC NATIONAL | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ APPROVED CRITICAL WORKERS ONLY | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☒ CONTROLLED MOVEMENT: (dorms only) | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☒ OTHER: Staff /Inmate Ratio: (3) inmates per (1) escorting staff member at a time. | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | |
| ☒ CELL FEEDING: ( halls only ) | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
|   ☒ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ NO CANTEEN |
| | | ☒ MODIFIED: Approved critical inmate workers only. Under escort (5) inmates at a time. |
|   ☐ DORM POD AT A TIME | ☐ ESCORTED | |
|   ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☒ MODIFIED: Approved critical inmate workers only. Under escort (5) inmates at a time. |
| ☐ SACK MEAL DINNER | ☒ NO SHOWERS | |

| DUCATS | MEDICAL | |
|---|---|---|
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☒ MEDICAL DUCATS ONLY: (under escort) | ☐ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☒ CLASSIFICATION DUCATS: (under escort) | ☒ MTA CONDUCT ROUNDS IN UNITS | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS ONLY: (under escort) | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: _____ |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING: (under escort) | ☒ OTHER: Inmates on prescribed medications will be escorted to the Health Care Services Unit. | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☐ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☐ NORMAL | ☒ MODIFIED: Inmate request / cell front only. |
| | ☒ APPROVED COURT DEADLINES & BPT: (under escort) | |

**REMARKS:**
Effective 3-14-07, at 1340 hours as a result of a "Battery on inmate with a Weapon" incident all inmates assigned to CTF-North was placed on Modified Program Status. All impacted inmates will remain on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 3-17-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden (A)  *B. Curry* | DATE 3/21/07 |
|---|---|---|---|

AGO-050

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
# PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | March 14, 2007 | CTF-North-07-011 |

☒ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

## RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION *CTF* | ☒ ALL INMATES EXCEPT <u>SOUTHERN HISPANIC</u> INMATES WILL RETURN TO NORMAL PROGRAM. | ☒ BATTERY  WITH WEAPON |
| ☒ FACILITY: *NORTH FACILITY B-YARD* | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT:_____ | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ <u>HISPANIC-SOUTHERN</u> WILL REMAIN | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER  ON MODIFIED PROGRAM. | ☐ OTHER: |
| ☐ OTHER: _____ | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☒ NORMAL |
| | ☐ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING (at this time) | ☐ NO INMATE WORKERS | ☒ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NO CANTEEN |
|   ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ MODIFIED: _____ |
|   ☐ DORM POD AT A TIME | ☐ ESCORTED | **PACKAGES** |
|   ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | ☒ NORMAL |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NO PACKAGES |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ MODIFIED: _____ |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | **PHONE CALLS** |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☒ NORMAL |
| **DUCATS** | **MEDICAL** | ☐ NO PHONE CALLS |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | ☐ MODIFIED: _____ |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | **PHONE CALLS** |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☒ NORMAL |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | ☐ NO PHONE CALLS |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | ☐ MODIFIED: _____ |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☒ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☒ NORMAL | ☐ MODIFIED: See remarks below |
| | ☐ APPROVED COURT DEADLINES & BPT | |

REMARK:

**Effective, March 20, 2007, at approximately 1800 hours, with the exception of the Southern Hispanics, all B-Yard inmates were returned to <u>Normal</u> Program.**

<u>**ALL B-YARD SOUTHERN HISPANIC INMATES WILL REMAIN ON MODIFIED PROGRAM STATUS.**</u>

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. Truett 3/W Watch Commander | 03-20-2007 | B. Curry  *B. Curry* CTF-Warden | 3/21/07 |

AGO-051

STATE OF CALIFORNIA

**PROGRAM STATUS REPORT**

DEPARTMENT OF CORRECTIONS

## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 3-22-07 | CTF-North-07-011 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☐ INITIAL | | ☒ UPDATE | ☐ CLOSURE |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION : CTF | ☐ ALL | ☒ BATTERY ON INMATE WITH A WEAPON. |
| ☒ FACILITY: CTF-North | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT:  All housing units on the A-Yard. | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ HISPANIC: Southern Hispanics only. | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER _____ | ☐ OTHER: _____ |
| ☐ OTHER: _____ | | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ APPROVED CRITICAL WORKERS ONLY | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☒ CONTROLLED MOVEMENT: All Dorms. | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | |
| ☒ CELL FEEDING | ☐ NO INMATE WORKERS | **CANTEEN** |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
|   ☒ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☒ NO CANTEEN |
|   ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
|   ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER | |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ NORMAL |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: _____ |
| **DUCATS** | **MEDICAL** | |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☒ MEDICAL DUCATS: Under escort. | ☐ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☒ CLASSIFICATION DUCATS: Under escort. | ☒ MTA CONDUCT ROUNDS IN UNITS | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS: Under escort. | ☐ INMATES ESCORTED TO SICK.CALL | ☐ MODIFIED: _____ |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING: Under escort. | ☒ OTHER: Inmates on prescribed medication medications will be escorted to Health Care Services Unit. | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☐ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☐ NORMAL | ☒ MODIFIED: Inmate request /cell front only. |
| | ☒ APPROVED COURT DEADLINES & BPT | |

REMARKS:
Effective 3-22-07 at 1415 hours all inmates assigned to the A-Yard with the exception of all Southern Hispanics inmates was returned to Normal Program Status. All Southern Hispanic inmates assigned to the A-Yard will remained on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 3-22-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden (A) | DATE 3-22-07 |
|---|---|---|---|

STATE OF CALIFORNIA

**PROGRAM STATUS REPORT**

DEPARTMENT OF CORRECTIONS

## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| CTF-North | 3-20-07 | CTF-North-07-011 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☒ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**

- ☒ INSTITUTION : CTF
- ☒ FACILITY: CTF-North
- ☒ HOUSING UNIT:  All housing units on the B-Yard.
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**

- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC: Southern Hispanics only.
- ☐ OTHER
- _____

**REASON**

- ☒ BATTERY ON INMATE WITH A WEAPON.
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

**MOVEMENT**

- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☒ CONTROLLED MOVEMENT: All Dorms.
- ☐ OTHER: _____

**WORKERS**

- ☒ APPROVED CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**

- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**

- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**

- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**

- ☐ NORMAL
- ☐ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**

- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**

- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**

- ☐ ALL DUCATS HONORED
- ☒ MEDICAL DUCATS: Under escort.
- ☒ CLASSIFICATION DUCATS: Under escort.
- ☒ PRIORITY DUCATS: Under escort.

**MEDICAL**

- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☒ OTHER: Inmates on prescribed medication medications will be escorted to Health Care Services Unit.

**PHONE CALLS**

- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**

- ☒ NORMAL VISITING: Under escort.
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**

- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**

- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Inmate request /cell front only.

**REMARKS:**

Effective 3-20-07 at 1800 hours all inmates assigned to the B-Yard with the exception of all Southern Hispanics inmates was returned to Normal Program Status. All Southern Hispanic inmates assigned to the B-Yard will remained on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J.C. Camacho, Correctional Lieutenant | 3-23-07 | B. Curry, Warden (A) | 3-23-07 |

STATE OF CALIFORNIA

**PROGRAM STATUS REPORT**
**PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION**

DEPARTMENT OF CORRECTIONS

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF | 4-3-2007 | CTF-NORTH-07-011 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| | ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☐ ALL | ☒ BATTERY: with a weapon |
| ☒ FACILITY: NORTH | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A- YARD | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☒ HISPANIC- A YARD SOUTHERNERS | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER: _____ |
| ☐ OTHER: | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS with facility captains approval | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT 3 to 1 ratio | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☒ OTHER: MEDICAL no more than six (6) inmates at one time. | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NO CANTEEN |
| ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | |
| ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☒ CRITICAL WORKERS ONLY | ☐ MODIFIED: _____ |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY- under escort | ☐ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☒ CLASSIFICATION DUCATS- under escort | ☒ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☒ PRIORITY DUCATS ONLY-under escort | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL- under escort | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☒ MODIFIED: Inmates request/cell front only |
| ☐ OTHER: _____ | ☐ NORMAL | |
| | ☒ APPROVED COURT DEADLINES & BPT | |

REMARKS:
Effective April 3, 2007 at 1330 hours all Southern Hispanic inmates housed on the B yard are returned to NORMAL PROGRAM status. All Southern Hispanic inmates housed on the A Yard will remain on MODIFIED PROGRAM status.

| PREPARED BY: D.G. Metcalf | DATE 4-3-2007 | NAME / SIGNATURE (WARDEN) B. Curry, Warden (A) *B. Curry* | DATE 4/5/07 |
|---|---|---|---|

AGO-054

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 4-4-07 | CTF-North-07-011 |

☒ NORMAL PROGRAM      ☐ MODIFIED PROGRAM      ☐ LOCKDOWN      ☐ STATE OF EMERGENCY

☐ INITIAL            ☐ UPDATE            ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION : CTF
- ☒ FACILITY: CTF-North
- ☒ HOUSING UNIT: All housing units on the A-Yard.
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC: Southern Hispanics
- ☐ OTHER _____

**REASON**
- ☒ BATTERY ON INMATE WITH A WEAPON.
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

**MOVEMENT**
- ☒ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ APPROVED NORMAL WORKERS
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☒ NORMAL
- ☐ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☒ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☒ NORMAL
- ☐ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☒ NORMAL
- ☐ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☒ NORMAL
- ☐ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☒ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS
- ☐ CLASSIFICATION DUCATS

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER

**PHONE CALLS**
- ☒ NORMAL
- ☐ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☒ NORMAL
- ☐ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☒ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED

**REMARKS:**
Effective 4-4-07 at 1230 hours all Southern Hispanics inmates assigned to the A-Yard were returned to Normal Program Status. This concludes PSR # CTF-North-07-011.

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 4-4-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden (A)  B. Curry | DATE 4-4-07 |

AGO-055

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH | March 27, 2007 | CTF-NORTH-07-013 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☒ INITIAL | | ☐ UPDATE | ☐ CLOSURE |

...RELATED INFORMATION (CHECK ALL THAT APPLY)...

**...AREA AFFECTED...**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: NORTH
- ☒ HOUSING UNIT: ALL
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**...INMATES AFFECTED...**
- ☒ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC NATIONAL
- ☐ OTHER
- ☐ _____

**...REASON...**
- ☐ BATTERY w/ weapon
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER Missing Dental Tool

**...MOVEMENT...**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT 3 TO 1 RATIO (Hisp)
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☒ OTHER: _Medical escorts 6-12_

**...WORKERS...**
- ☒ CRITICAL WORKERS ONLY Facility Cpt's approval only
- ☒ CULINARY
- ☒ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**...DAYROOM...**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**...RECREATION...**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**...FEEDING...**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☒ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**...SHOWERS...**
- ☐ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☒ CELL PARTNERS TOGETHER – OWN TIER
- ☒ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**...CANTEEN...**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**...PACKAGES...**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**...DUCATS...**
- ☐ ALL DUCATS HONORED
- ☒ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**...MEDICAL...**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**...PHONE CALLS...**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**...VISITING...**
- ☒ NORMAL VISITING ESCORT ONLY
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**...LEGAL LIBRARY...**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**...RELIGIOUS SERVICES...**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED: IM request and CELL FRONT SERVICES

REMARKS: On March 27, 2007, at approximately 1605 hours the North Dental Clinic reported that they were missing a Dental Instrument (Dycal). The instrument was discovered missing during a routine inventory of dental instruments. Inmate workers are authorized to assist with cell feeding.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| F. G. Ahl, LIEUTENANT | 3/27/07 | B. CURRY WARDEN (A) | 4/6/07 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION CTF | EFFECTIVE DATE OF PLAN MARCH 28, 2007 | PROGRAM STATUS NUMBER: CTF-North-07-013 |
|---|---|---|

☒ NORMAL PROGRAM  ☐ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☐ UPDATE  ☒ CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

**AREA AFFECTED**
☐ INSTITUTION
☒ FACILITY: _____
☒ HOUSING UNIT: Unit V & Unit VI
☐ VOCATION: _____
☐ EDUCATION: _____
☐ OTHER: _____

**INMATES AFFECTED**
☒ ALL
☐ BLACK
☐ WHITE
☐ HISPANIC
☐ OTHER
☐ _____

**REASON**
☐ BATTERY
☐ DEATH
☐ RIOT / DISTURBANCE
☐ GROUPING
☒ OTHER: Missing dental instrument

**MOVEMENT**
☒ NORMAL
☐ ESCORT ALL MOVEMENT
☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☐ CONTROLLED MOVEMENT
☐ OTHER: _____

**WORKERS**
☐ CRITICAL WORKERS ONLY
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

**DAYROOM**
☒ NORMAL
☐ NO DAYROOM ACTIVITIES
☐ MODIFIED: _____

**RECREATION**
☐ NORMAL
☐ NO RECREATIONAL ACTIVITIES
☐ MODIFIED: _____

**FEEDING**
☒ NORMAL
☐ CELL FEEDING
☐ CONTROLLED FEEDING IN DINING ROOM
  ☐ HOUSING UNIT/DORM AT A TIME
  ☐ DORM POD AT A TIME
  ☐ TIER AT A TIME
  ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☐ SACK MEAL LUNCH
☐ SACK MEAL DINNER

**SHOWERS**
☒ NORMAL
☐ ESCORTED
☐ ONE INMATE PER SHOWER – OWN TIER
☐ CELL PARTNERS TOGETHER – OWN TIER
☐ DORM SHOWERING BY GROUP
☐ CRITICAL WORKERS ONLY
☐ NO SHOWERS

**CANTEEN**
☒ NORMAL
☐ NO CANTEEN
☐ MODIFIED: _____

**PACKAGES**
☐ NORMAL
☐ NO PACKAGES
☐ MODIFIED: _____

**DUCATS**
☒ ALL DUCATS HONORED
☐ MEDICAL DUCATS ONLY
☐ CLASSIFICATION DUCATS
☐ PRIORITY DUCATS ONLY

**MEDICAL**
☒ NORMAL MEDICAL PROGRAM
☐ PRIORITY DUCATS ONLY
☐ MTA CONDUCT ROUNDS IN UNITS
☐ INMATES ESCORTED TO SICK CALL
☐ EMERGENCY MEDICAL ONLY
☐ OTHER: _____

**PHONE CALLS**
☒ NORMAL
☐ NO PHONE CALLS
☐ MODIFIED: _____

**VISITING**
☒ NORMAL VISITING
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER: _____

**LEGAL LIBRARY**
☒ NORMAL
☐ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
☒ NORMAL
☐ NO RELIGIOUS SERVICES
☐ MODIFIED: _____

REMARKS: On March 27, 2007 at approximately 1605 hours CTF North Dental Clinic report that a dental instrument was missing. The entire North Facility inmate population was placed on Modified Program Status. On March 28, 2007 North Facility was returned to normal program. Exception, all Southern Hispanics remain on modified program status refer to PSR #CTF-North-011.

| PREPARED BY: F.G. AHL | DATE March 28, 2007 | NAME / SIGNATURE (WARDEN) BEN CURRY, CTF, WARDEN (A) | DATE 4/6/07 |
|---|---|---|---|

AGO-057