STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF | 4-10-2007 | CTF-NOR-07-014 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☒ INITIAL    ☐ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION : CTF | ☒ ALL | ☒ BATTERY- with a weapon |
| ☒ FACILITY: NORTH | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A- YARD | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC NATIONAL | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: | ☐ | |

**MOVEMENT**

☐ NORMAL
☒ ESCORT ALL MOVEMENT 6 to 1 ratio
☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☐ CONTROLLED MOVEMENT
☒ OTHER: ALL inmates will be given an unclothed body search prior to exiting their assigned living area.

**FEEDING**

☐ NORMAL
☒ CELL FEEDING
☐ CONTROLLED FEEDING IN DINING ROOM
  ☐ HOUSING UNIT/DORM AT A TIME
  ☐ DORM POD AT A TIME
  ☐ TIER AT A TIME
  ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☒ SACK MEAL LUNCH
☐ SACK MEAL DINNER

**DUCATS**

☐ ALL DUCATS HONORED
☒ MEDICAL DUCATS ONLY
☒ CLASSIFICATION DUCATS
☒ PRIORITY DUCATS ONLY

**VISITING**

☒ NORMAL VISITING ESCORT ONLY
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER:

**WORKERS**

☒ CRITICAL WORKERS ONLY- NO WHITES
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

**SHOWERS**

☐ NORMAL
☐ ESCORTED
☐ ONE INMATE PER SHOWER
☐ CELL PARTNERS TOGETHER
☐ DORM SHOWERING BY GROUP
☒ CRITICAL WORKERS ONLY
☐ NO SHOWERS

**MEDICAL**

☐ NORMAL MEDICAL PROGRAM
☐ PRIORITY DUCATS ONLY
☒ MTA CONDUCT ROUNDS IN UNITS
☐ INMATES ESCORTED TO SICK CALL
☒ EMERGENCY MEDICAL ONLY
☐ OTHER:

**LEGAL LIBRARY**

☐ NORMAL
☒ APPROVED COURT DEADLINES & BPT

**DAYROOM**

☐ NORMAL
☒ NO DAYROOM ACTIVITIES
☐ MODIFIED:

**RECREATION**

☐ NORMAL
☒ NO RECREATIONAL ACTIVITIES
☐ MODIFIED:

**CANTEEN**

☐ NORMAL
☒ NO CANTEEN
☐ MODIFIED:

**PACKAGES**

☐ NORMAL
☒ NO PACKAGES
☐ MODIFIED:

**PHONE CALLS**

☐ NORMAL
☒ NO PHONE CALLS
☐ MODIFIED:

**RELIGIOUS SERVICES**

☐ NORMAL
☐ NO RELIGIOUS SERVICES
☒ MODIFIED: cell front at inmates request.

**REMARKS:**

On April 10, 2007 at approximately 0955 hours, a stabbing/ slashing assault occurred on the A-yard near the inmate restrooms. As a result of this stabbing/slashing assault CTF-North A-Yard is placed on Modified Program Status pending an investigation into this incident by CTF-North Administrative Staff.

| PREPARED BY: D.G. METCALF / LIEUTENANT | DATE 4-10-2007 | NAME / SIGNATURE (WARDEN) B. Curry | DATE 4/13/07 |
|---|---|---|---|

AGO-058

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF | April 10, 2007 (April 19, 2007) | CTF-NOR-07-014 |

☐ NORMAL PROGRAM ☒ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☒ UPDATE ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☐ INSTITUTION: CTF
- ☐ FACILITY: North
- ☐ HOUSING UNIT: Unit V, A-Yard
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER:
- ☒ Impacted I/M listed

**REASON**
- ☒ BATTERY-with a weapon
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER:

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT 6 to 1 ratio.
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☒ OTHER: All inmates will be given an unclothed body search prior to exiting their assigned cells.

**WORKERS**
- ☐ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☒ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☒ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☒ Every 72 hours

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☒ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER:

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER:

**LEGAL LIBRARY**
- ☐ NORMAL
- ☐ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Cell front only

REMARKS: All inmates assigned to unit V, A Yard were returned to normal program effective 1400 hours on 4-19-07, with the exception of the impacted inmates. Impacted inmates will remain on modified program pending further review by administrative staff. Impacted inmate list will be maintained in the Unit Office, sallyports and officers podium in the dorms.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| F.G. AHL, Watch Commander | 4-19-07 | BEN CURRY, CTF, Warden  B. Curry | 4/20/07 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| CTF-North | 4-19-07 | CTF-North-07-014 |

☐ NORMAL PROGRAM      ☒ MODIFIED PROGRAM      ☐ LOCKDOWN      ☐ STATE OF EMERGENCY

☐ INITIAL            ☒ UPDATE            ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNITS: LH, RH, ND and FD.
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☒ OTHER: A list of all inmates impacted by this PSR are posted in the affected units

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING: Lassen and Rainier Hall
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☒ DORM POD AT A TIME: ND and FD
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING: Under escort.
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Cell front only.

**REMARKS:**
Effective 4-19-07 at 1400 hours, all inmates assigned to the A-Yard were returned to Normal Program Status with the exception of a number of specified impacted inmates who will remained on Modified Program Status pending the completion of an investigation and an Administrative Review into this incident. A list of all impacted inmates is posted in each affected housing unit and Unit V Program Office.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J.C. Camacho, Correctional Lieutenant | 4-20-07 | B. Curry, Warden (A) | 4-20-07 |

AGO-060

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| CTF-North | 4-27-07 | Ctf-North-07-014 |

☒ NORMAL PROGRAM    ☐ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☐ UPDATE    ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION : CTF
- ☒ FACILITY: CTF-North
- ☒ HOUSING UNIT: A-Yard
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC NATIONAL
- ☐ OTHER
- ☒ Impacted inmates.

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

**MOVEMENT**
- ☒ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☐ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ NORMAL

**DAYROOM**
- ☒ NORMAL
- ☐ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☒ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☒ NORMAL
- ☐ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☒ NORMAL
- ☐ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☒ NORMAL
- ☐ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☒ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☒ NORMAL
- ☐ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☒ NORMAL
- ☐ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☒ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED: See remarks below

**REMARKS:**
Effective 4-27-07 at 0830 hours, all impacted inmates by PSR # CTF-07-014 were returned to Normal Program Status.

| PREPARED BY: J. C. Camacho, Correctional Lieutenant | DATE 4-27-07 | NAME / SIGNATURE (WARDEN) B Curry, Warden (A) | DATE 4-27-07 |
|---|---|---|---|

AGO-061

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION CTF-North | EFFECTIVE DATE OF PLAN 6-2-07 | PROGRAM STATUS NUMBER: CTF-North-07-019 |
|---|---|---|

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☒ INITIAL    ☐ UPDATE    ☐ CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

### AREA AFFECTED
☒ INSTITUTION: CTF
☐ FACILITY: CTF-North
☒ HOUSING UNIT: All housing units on the A-Yard.
☐ VOCATION: _____
☐ EDUCATION: _____
☐ OTHER: _____

### INMATES AFFECTED
☒ ALL
☐ BLACK
☐ WHITE
☐ HISPANIC NATIONAL
☐ OTHER
☐ _____

### REASON
☐ BATTERY
☐ DEATH
☐ RIOT / DISTURBANCE
☐ GROUPING
☒ OTHER: Attempted Murder on Inmate.

### MOVEMENT
☐ NORMAL
☒ ESCORT ALL MOVEMENT
☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☐ CONTROLLED MOVEMENT
☐ OTHER: _____

### WORKERS
☒ CRITICAL WORKERS ONLY
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

### DAYROOM
☐ NORMAL
☒ NO DAYROOM ACTIVITIES
☐ MODIFIED: _____

### RECREATION
☐ NORMAL
☒ NO RECREATIONAL ACTIVITIES
☐ MODIFIED: _____

### FEEDING
☐ NORMAL
☒ CELL FEEDING
☒ CONTROLLED FEEDING IN DINING ROOM
  ☒ North and Fremont Dorm.
  ☐ DORM POD AT A TIME
  ☐ TIER AT A TIME
  ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☒ SACK MEAL LUNCH: All
☐ SACK MEAL DINNER

### SHOWERS
☐ NORMAL
☒ ESCORTED
☒ ONE INMATE PER SHOWER – OWN TIER
☒ CELL PARTNERS TOGETHER – OWN TIER
☐ DORM SHOWERING BY GROUP
☐ CRITICAL WORKERS ONLY
☐ NO SHOWERS

### CANTEEN
☐ NORMAL
☒ NO CANTEEN
☐ MODIFIED: _____

### PACKAGES
☐ NORMAL
☒ NO PACKAGES
☐ MODIFIED: _____

### DUCATS
☐ ALL DUCATS HONORED
☐ MEDICAL DUCATS ONLY
☐ CLASSIFICATION DUCATS
☒ PRIORITY DUCATS ONLY

### MEDICAL
☐ NORMAL MEDICAL PROGRAM
☐ PRIORITY DUCATS ONLY
☒ MTA CONDUCT ROUNDS IN UNITS
☒ INMATES ESCORTED TO SICK CALL
☐ EMERGENCY MEDICAL ONLY
☐ OTHER: _____

### PHONE CALLS
☐ NORMAL
☒ NO PHONE CALLS
☐ MODIFIED: _____

### VISITING
☒ NORMAL VISITING: UNDER ESCORT.
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER: _____

### LEGAL LIBRARY
☐ NORMAL
☒ APPROVED COURT DEADLINES & BPT

### RELIGIOUS SERVICES
☐ NORMAL
☐ NO RELIGIOUS SERVICES
☒ MODIFIED: In cell front only.

### REMARKS:
Effective 6-2-07 at 0840 hours as a result of a serious incident that occurred on the A-Yard on 6-2-07, all inmates assigned to the A-Yard were placed on Modified Program Status. This PSR will remain into effect pending the completion of an investigation into this incident.

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 6-2-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden (A)  *B. Curry* | DATE 6/6/07 |
|---|---|---|---|

AGO-062

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION CTF-North | EFFECTIVE DATE OF PLAN 6-16-07 | PROGRAM STATUS NUMBER: CTF-North-07-022 |
|---|---|---|

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☒ INITIAL | ☐ UPDATE | | ☐ CLOSURE |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

### AREA AFFECTED
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNIT: Fremont Dorm
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

### INMATES AFFECTED
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC NATIONAL
- ☐ OTHER
- ☒ A list of all the identified Impacted inmates is located in FD and Unit V Program Office.

### REASON
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

### MOVEMENT
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

### WORKERS
- ☒ APPROVED CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

### DAYROOM
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

### RECREATION
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

### FEEDING
- ☐ NORMAL
- ☐ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

### SHOWERS
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

### CANTEEN
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

### PACKAGES
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

### DUCATS
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

### MEDICAL
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

### PHONE CALLS
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

### VISITING
- ☒ NORMAL VISITING (under escort)
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

### LEGAL LIBRARY
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

### RELIGIOUS SERVICES
- ☐ NORMAL
- ☒ NO RELIGIOUS SERVICES
- ☐ MODIFIED: See remarks below

### REMARKS:
As a result of a Battery Incident on Inmate by an unknown inmate or inmates in Fremont Dorm, effective 6-16-07, at 0830 hours a portion of identified inmates assigned to Fremont Dorm were placed on Modified Program Status pending the completion of an investigation into this incident. A list of the identified impacted inmates by this PSR is located in Fremont Dorm and the Unit V Program Office. (This PSR placement was ordered by AOD W. Hill, Associate Warden, CTF-Central).

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 6-16-07 | NAME / SIGNATURE (WARDEN) B.Curry, Warden (A) | DATE 6-20-07 |
|---|---|---|---|

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 6-16-07 | CTF-North-07-022 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNIT: Fremont Dorm
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC NATIONAL
- ☐ OTHER
- ☒ All Inmates assigned to Fremont Dorm

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____
  _____

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ APPROVED CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☐ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING (under escort)
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☒ NO RELIGIOUS SERVICES
- ☐ MODIFIED: See remarks below

**REMARKS:**
As a result of a Battery Incident on Inmate by an unknown inmate or inmates in Fremont Dorm, effective 6-18-07, at 1400 hours, all Inmates assigned to Fremont Dorm were placed on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| D. Coen, Correctional Lieutenant | 6-18-07 | B.Curry, Warden (A) | 6-20-07 |

AGO-064

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 6-19-07 | CTF-North-07-022 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

### AREA AFFECTED
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNIT: Fremont Dorm
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

### INMATES AFFECTED
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC NATIONAL
- ☐ OTHER
- ☒ A list of all the impacted identified inmates is located in FD and the Unit V Program Office.

### REASON
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____
  _____

### MOVEMENT
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____
  _____

### WORKERS
- ☒ APPROVED CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

### DAYROOM
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

### RECREATION
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

### FEEDING
- ☐ NORMAL
- ☐ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

### SHOWERS
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

### CANTEEN
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

### PACKAGES
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

### DUCATS
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

### MEDICAL
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

### PHONE CALLS
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

### VISITING
- ☒ NORMAL VISITING (under escort)
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

### LEGAL LIBRARY
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

### RELIGIOUS SERVICES
- ☐ NORMAL
- ☒ NO RELIGIOUS SERVICES
- ☐ MODIFIED: See remarks below

**REMARKS:**
As a result of a Battery Incident on an Inmate by an unknown inmate or inmates in Fremont Dorm, effective 6-19-07, all identified impacted inmates assigned to Fremont Dorm were placed on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: *J.C. Camacho* Correctional Lieutenant | DATE 6-20-07 | NAME / SIGNATURE (WARDEN) B.Curry, Warden (A) *B. Curry* | DATE 6-20-07 |
|---|---|---|---|

*Noted: Added Cayf*

AGO-065

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | JUNE 28, 2007 | CTF-NORTH-07-022 |

☒ NORMAL PROGRAM ☐ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☐ UPDATE ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☐ ALL | ☒ BATTERY ON INMATE |
| ☒ FACILITY: CTF-NORTH FACILITY | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: FREMONT DORM | ☒ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS ONLY | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☒ CULINARY 'Normal Work | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☒ CLERKS Release' | |
| ☐ CONTROLLED MOVEMENT | ☒ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: | ☒ CANTEEN | ☒ NORMAL |
| | ☒ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | |
| ☒ NORMAL | ☒ PORTERS | **CANTEEN** |
| ☐ CELL FEEDING | ☐ NO INMATE WORKERS | ☒ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NO CANTEEN |
| ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ MODIFIED: _____ |
| ☐ ONE DORM AT A TIME | ☐ ESCORTED | |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER HEAD | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☒ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED |
| ☐ SACK MEAL DINNER | | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | ☒ NORMAL |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☐ NO PHONE |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☐ OTHER | ☒ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ MODIFIED: |
| ☐ OTHER | ☒ NORMAL | |
| | ☐ APPROVED COURT DEADLINES | |

REMARKS:

On September 20, 2006, at approximately 1325 hours, two (2) inmates were observed committing battery on another inmate in A-Yard. Due to severity of the attack and the two assailants' refusal to comply with direct orders to stop and assume a prone position, the Tower 16 Officer utilized the Ruger Mini-14 weapon, firing one (1) warning round, to quell the situation. . All three inmates were medically evaluated, treated and transferred to CTF-Central Administrative Segregation Unit.

EFFECTIVE 09/28/06, AT 1230 HOURS, ALL ASIAN INMATES HOUSED ON THE A-YARD WERE RETURNED TO NORMAL PROGRAM STATUS.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. Truett,   3/W Watch Commander | 09/28/06 | B. Curry,   Warden (A) | 7/3/07 |

AGO-066

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH | 08-21-2007 | CTF-NOR-07-027 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☒ INITIAL | ☐ UPDATE | ☐ CLOSURE |
|---|---|---|

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☐ INSTITUTION | ☒ ALL | ☒ BATTERY WITH A WEAPON |
| ☒ FACILITY: NORTH | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A-YARD | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☐ HISPANIC NATIONAL | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY: APPROVED ONLY | ☒ NORMAL DORM ONLY |
| ☒ ESCORT ALL MOVEMENT: 3 TO 1 | ☐ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☐ NORMAL |
| _____ | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING | ☒ NO INMATE WORKERS | ☐ NORMAL |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NO CANTEEN |
| ☒ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: _____ |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | **PACKAGES** |
| ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER | ☐ NORMAL |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☒ NO PACKAGES |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ MODIFIED: _____ |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS | ☒ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☒ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☒ PRIORITY DUCATS | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING ESCORT ONLY | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☒ MODIFIED: CELL FRONT ONLY AT INMATES REQUEST |
| ☐ OTHER: _____ | ☐ NORMAL | |
| | ☒ APPROVED COURT DEADLINES & BPT | |

**REMARKS:**
On 08-21-2007, at approximately 1000 hours the entire A-Yard inmate population was placed on Modified Program Status as a result of "Battery on an Inmate with a Weapon", that occurred on 08-20-2007 at approximately 1100 hours. As a result of this incident all A-Yard inmates will remain on Modified Program Status pending interviews and an investigation.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| D.G. METCALF CORR. LT. | 08-21-2007 | B. Curry | 8/28/07 |

AGO-067

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North Facility | August 27, 2007 | CTF-North-07-027 |

☒ NORMAL PROGRAM  ☐ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☐ UPDATE  ☒ CLOSURE

**RELATED INFORMATION (CHECK ALL THAT APPLY):**

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☒ ALL | ☐ BATTERY |
| ☒ FACILITY: North Facility A-Yard | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: All | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: | ☒ EXCEPTION: 13 INMATES | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS ONLY | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☒ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☒ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☒ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: | ☒ CANTEEN | ☒ NORMAL |
|  | ☒ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☒ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☐ CELL FEEDING | ☒ ALL WORKERS ALLOWED | ☒ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NO CANTEEN |
| ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ MODIFIED: _____ |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | **PACKAGES** |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | ☒ NORMAL |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NO PACKAGES |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ MODIFIED: _____ |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | ☒ NORMAL |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☐ NO PHONE CALLS |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | ☒ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ MODIFIED: _____ |
| ☐ OTHER: _____ | ☒ NORMAL | |
|  | ☐ APPROVED COURT DEADLINES | |

REMARKS:

On August 20, 2007, at approximately 1100 hours, A-Yard officers discovered an Inmate on the yard with a laceration on his neck. As a result of this incident, all inmates housed on the A-Yard were placed on modified program status pending the completion of an investigation and interviews into this incident.

**Effective August 27, 2007, at 1230 hours, inmates housed on the A-Yard, with the exception of 13 remaining inmates who refused to participate in the interviews, are returned to normal program.**

| PREPARED BY: D. Coen, Lieutenant | DATE 08-27-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden | DATE 08-27-07 |
|---|---|---|---|

AGO-068

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | AUGUST 28, 2007 | CTF-NORTH-07-029 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☒ INITIAL          ☐ UPDATE          ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☒ ALL | ☒ BATTERY W/ A WEAPON |
| ☒ FACILITY: CTF-NORTH FACILITY | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A-YARD | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER: |
| ☐ OTHER: | ☐ | |

### MOVEMENT
☐ NORMAL
☒ ESCORT ALL MOVEMENT   3 inmates per staff
☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☒ CONTROLLED MOVEMENT
☐ OTHER:

### FEEDING
☐ NORMAL
☒ CELL FEEDING
☒ CONTROLLED FEEDING IN DINING ROOM
   ☐ HOUSING UNIT/DORM AT A TIME
   ☒ ONE DORM AT A TIME
   ☐ TIER AT A TIME
   ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☒ SACK MEAL LUNCH
☐ SACK MEAL DINNER

### DUCATS
☐ ALL DUCATS HONORED
☒ MEDICAL DUCATS ONLY   Under Escort
☐ CLASSIFICATION DUCATS
☒ PRIORITY DUCATS ONLY   Under Escort

### VISITING
☒ NORMAL VISITING   Under Escort
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER

### WORKERS
☒ CRITICAL WORKERS ONLY
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

### SHOWERS
☐ NORMAL
☒ ESCORTED
☒ ONE INMATE PER SHOWER HEAD
☐ CELL PARTNERS TOGETHER
☐ DORM SHOWERING BY GROUP
☐ CRITICAL WORKERS ONLY

### MEDICAL
☐ NORMAL MEDICAL PROGRAM
☒ PRIORITY DUCATS ONLY
☒ MTA CONDUCT ROUNDS IN UNITS
☐ INMATES ESCORTED TO SICK CALL
☒ EMERGENCY MEDICAL ONLY
☐ OTHER
   Medical – Under Escort

### LEGAL LIBRARY
☐ NORMAL
☒ APPROVED COURT DEADLINES

### DAYROOM
☐ NORMAL
☒ NO DAYROOM ACTIVITIES

### RECREATION
☐ NORMAL
☒ NO RECREATIONAL ACTIVITIES

### CANTEEN
☐ NORMAL
☒ NO CANTEEN
☐ MODIFIED: _____

### PACKAGES
☐ NORMAL
☒ NO PACKAGES
☐ MODIFIED

### PHONE CALLS
☐ NORMAL
☒ NO PHONE
☐ MODIFIED: _____

### RELIGIOUS SERVICES
☐ NORMAL
☐ NO RELIGIOUS SERVICES
☒ MODIFIED:   Cell Front Only Upon I/M's Request

### REMARKS:

Effective on the date of August 28, 2007, all CTF-North Facility A-Yard inmates were placed on Modified Program Status due to the discovery of an inmate with numerous puncture and slash wounds on his upper torso. This Modified Program will remain in effect pending the completion of an investigation and interviews into this matter.

EFFECTIVE ON THIS DATE OF 08/28/2007, AT 1400 HOURS, THE ENTIRE A-YARD INMATE POPULATION IS ON MODIFIED PROGRAM STATUS.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. Truett,   3/W Watch Commander | 08/28/07 | B. Curry,   Warden | 8/29/07 |

AGO-069

STATE OF CALIFORNIA                                                         DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 9-5-07 | CTF-North-07-029 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North
- ☒ HOUSING UNITS: FD, LH and RH.
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC: ALL.
- ☐ OTHER
- ☐ _____

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY: Under escort.

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**
- ☒ NORMAL VISITING: Under escort.
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: See remarks below

  Cell front only.

**REMARKS:**
Effective 9-5-07, at 0830 hours a portion of the inmates assigned to the A-Yard that were affected by this PSR are return to Normal Program Status with the exception of the inmates identified on the "INMATES AFFECTED" section above who will remain on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J.C. Camacho, Correctional Lieutenant | 9-5-07 | B. Curry, Warden | 9-5-07 |

AGO-070

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North Facility | September 11, 2007 | CTF-North-07-029 |

☒ NORMAL PROGRAM  ☐ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☐ UPDATE  ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North Facility
- ☒ HOUSING UNIT: All A-Yard Housing Units
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC - ALL NORTHERN MEXICANS
- ☐ OTHER
- ☐

**REASON**
- ☒ BATTERY : ON I/M W/ WEAPON
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER

**MOVEMENT**
- ☒ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER:

**WORKERS**
- ☐ CRITICAL WORKERS ONLY
- ☒ CULINARY          'Normal Work
- ☒ CLERKS              Release'
- ☒ VOCATION/EDUCATION
- ☒ CANTEEN
- ☒ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☒ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☒ NORMAL
- ☐ NO DAYROOM ACTIVITIES

**RECREATION**
- ☒ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES

**FEEDING**
- ☒ NORMAL
- ☐ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ ONE DORM AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER HEAD
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY

**CANTEEN**
- ☒ NORMAL
- ☐ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☒ NORMAL
- ☐ NO PACKAGES
- ☐ MODIFIED

**DUCATS**
- ☒ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER

**PHONE CALLS**
- ☒ NORMAL
- ☐ NO PHONE
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER

**LEGAL LIBRARY**
- ☒ NORMAL
- ☐ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☒ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED: _____

**REMARKS:**
On August 28, 2007, all CTF-North Facility A-Yard Implicated Inmates were placed on Modified Program Status due to the Battery on an Inmate with a Weapon. All A-Yard Implicated inmates will remain on Modified Program Status pending interviews and an investigation into this incident.

**EFFECTIVE 09/11/07, AT 1000 HOURS, ALL A-YARD NON-IMPLICATED INMATES WERE RETURNED TO NORMAL PROGRAM STATUS.**

| PREPARED BY: S.V. TRUETT,    3/W Watch Commander | DATE 09/11/07 | NAME / SIGNATURE (WARDEN) B. CURRY,    Warden | DATE 9-13-07 |
|---|---|---|---|

AGO-071

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 10-9-07 | CTF-North-07-029 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |
|---|---|---|

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNITS: Rainier Hall
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC: Rainier Hall.
- ☐ OTHER
- ☒ Lists of all the identified impacted inmates are located in RH and Unit V Program Office.

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____
- _____

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☒ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY: Under escort.

**VISITING**
- ☒ NORMAL VISITING: Under escort.
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**WORKERS**
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Cell front only.

**REMARKS:**
Effective 10-9-07, at 1700 hours a portion of the inmates assigned to the A-Yard that were affected by this PSR are return to Normal Program Status. With the exception of the inmates identified in Rainier Hall only on the "INMATES AFFECTED" section above who will remain on Modified Program Status pending the completion of an investigation into this incident. A list of all the identified impacted inmates will be available for review at the Unit V Program Office and Rainier Hall.

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 10-9-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden  B. Curry | DATE 10-9-07 |
|---|---|---|---|

AGO-072

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 10-9-07 | CTF-North-07-029 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☒ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNITS: Rainier Hall
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC: Rainier Hall.
- ☐ OTHER
- ☒ Lists of all the identified impacted inmates are located in RH and Unit V Program Office.

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____
- _____

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY: Under escort.

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING: Under escort.
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Cell front only.

**REMARKS:**
Effective 10-9-07, at 1700 hours a portion of the inmates assigned to the A-Yard that were affected by this PSR are return to Normal Program Status. With the exception of the inmates identified in Rainier Hall only on the "INMATES AFFECTED" section above who will remain on Modified Program Status pending the completion of an investigation into this incident. A list of all the identified impacted inmates will be available for review at the Unit V Program Office and Rainier Hall.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. C. Camacho, Correctional Lieutenant | 10-9-07 | B. Curry, Warden | 10-9-07 |

AGO-073

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION CTF-North | EFFECTIVE DATE OF PLAN 10-26-07 | PROGRAM STATUS NUMBER: CTF-North-07-029 |
|---|---|---|

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |
|---|---|---|

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☐ ALL | ☒ BATTERY |
| ☒ FACILITY: CTF-North, A-Yard | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNITS: Rainier Hall | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ HISPANIC: Rainier Hall. | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER: | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☒ Lists of all the identified impacted inmates are located in RH and Unit V Program Office. | _____ |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | **CANTEEN** |
| ☒ CELL FEEDING | ☐ NO INMATE WORKERS | ☐ NORMAL |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NO CANTEEN |
|   ☒ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: _____ |
|   ☐ DORM POD AT A TIME | ☒ ESCORTED | **PACKAGES** |
|   ☐ TIER AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER | ☐ NORMAL |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☒ NO PACKAGES |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ MODIFIED: _____ |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | **PHONE CALLS** |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ NORMAL |
| **DUCATS** | **MEDICAL** | ☒ NO PHONE CALLS |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ MODIFIED: _____ |
| ☐ MEDICAL DUCATS ONLY | ☒ PRIORITY DUCATS ONLY | |
| ☐ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | |
| ☒ PRIORITY DUCATS ONLY: Under escort. | ☐ INMATES ESCORTED TO SICK CALL | **PHONE CALLS** |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING: Under escort. | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☐ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☐ NORMAL | ☒ MODIFIED: Cell front only. |
| | ☒ APPROVED COURT DEADLINES & BPT | |

REMARKS:
Effective 10-26-07, at 0800 hours a portion of the inmates assigned to the A-Yard that were affected by this PSR are return to Normal Program Status. With the exception of the inmates identified in Rainier Hall only on the "INMATES AFFECTED" section above who will remain on Modified Program Status pending the completion of an investigation into this incident. A list of all the identified impacted inmates will be available for review at the Unit V Program Office and Rainier Hall.

| PREPARED BY: J. C. Camacho, Correctional Lieutenant | DATE 10-26-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden | DATE 10-26-07 |
|---|---|---|---|

AGO-074

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | OCTOBER 31, 2007 | CTF-NORTH-07-029 |

| ☒ NORMAL PROGRAM | ☐ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☐ INITIAL | ☐ UPDATE | ☒ CLOSURE |
|---|---|---|

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-NORTH FACILITY
- ☒ HOUSING UNIT: RAINIER HALL
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☒ ALL "AFFECTED" INMATES
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER

**REASON**
- ☒ BATTERY : ON I/M W/ WEAPON
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER

**MOVEMENT**
- ☒ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER:

**WORKERS**
- ☐ CRITICAL WORKERS ONLY
- ☒ CULINARY         'Normal Work
- ☒ CLERKS            Release'
- ☒ VOCATION/EDUCATION
- ☒ CANTEEN
- ☒ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☒ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☒ NORMAL
- ☐ NO DAYROOM ACTIVITIES

**RECREATION**
- ☒ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES

**FEEDING**
- ☒ NORMAL
- ☐ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ ONE DORM AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER HEAD
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY

**CANTEEN**
- ☒ NORMAL
- ☐ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☒ NORMAL
- ☐ NO PACKAGES
- ☐ MODIFIED

**DUCATS**
- ☒ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER

**PHONE CALLS**
- ☒ NORMAL
- ☐ NO PHONE
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER

**LEGAL LIBRARY**
- ☒ NORMAL
- ☐ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☒ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED:

**REMARKS:**
On August 28, 2007, the 'affected' inmates on the A-Yard were placed on Modified Program Status as a result of a battery on an inmate with a weapon. As a result of these incidents, all affected inmates will remain on Modified Program Status pending the completion of an investigation and interviews into this matter.

**EFFECTIVE 10/31/07, AT 1345 HOURS, ALL 'AFFECTED' INMATES IN RAINIER HALL WERE RETURNED TO NORMAL PROGRAM STATUS.**

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. TRUETT,   3/W Watch Commander | 10/31/07 | B. CURRY,   Warden | 11-14-07 |

AGO-075

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 9-27-07 | CTF-North-07-033 |

☐ NORMAL PROGRAM   ☒ MODIFIED PROGRAM   ☐ LOCKDOWN   ☐ STATE OF EMERGENCY

☒ INITIAL   ☐ UPDATE   ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North
- ☒ HOUSING UNIT: All Housing Units
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☒ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ Hispanic
- ☐ OTHER
- ☐ _____

**REASON**
- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER: _____

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ APPROVED CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☒ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING: (UNDER ESCORT)
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: In cell front only.

**REMARKS:**
As a result of a Battery on Inmate incident by an unknown assailant or assailants on 9-27-07 in the CTF-North Health Care Services Unit, effective 9-27-07 at 0930 hours all inmates assigned to CTF-North were placed on Modified Program Status pending the completion of an investigation into this incident.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J.C. Camacho, Correctional Lieutenant | 9-27-07 | B. Curry, Warden | 9-27-07 |

STATE OF CALIFORNIA                                                                              DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North Facility | October 1, 2007 | CTF-North-07-033 |

| ☒ NORMAL PROGRAM | ☐ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|
| ☐ INITIAL | | ☐ UPDATE | ☒ CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☒ ALL | ☐ BATTERY |
| ☒ FACILITY: **North** | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: A & B Yards | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: |
| ☐ OTHER: | ☐ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☒ NORMAL | ☐ CRITICAL WORKERS ONLY | ☒ NORMAL |
| ☐ ESCORT ALL MOVEMENT | ☒ CULINARY | ☐ NO DAYROOM ACTIVITIES |
| ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☒ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☒ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: | ☒ CANTEEN | ☒ NORMAL |
| | ☒ CLOTHING ROOM | ☐ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☒ NORMAL | ☒ PORTERS | |
| ☐ CELL FEEDING | ☐ No Black or White workers | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NORMAL |
| ☐ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☐ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NORMAL |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: _____ |
| **DUCATS** | **MEDICAL** | |
| ☒ ALL DUCATS HONORED | ☒ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☐ MEDICAL DUCATS ONLY | ☐ PRIORITY DUCATS ONLY | ☒ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☐ MTA CONDUCT ROUNDS IN UNITS | ☐ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: _____ |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☒ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☒ NORMAL |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☐ OTHER: _____ | ☒ NORMAL | ☐ MODIFIED: _____ |
| | ☐ APPROVED COURT DEADLINES | |

REMARKS:
On September 27, 2007 all inmates assigned to North Facility were placed on modified program status as a result of a stabbing assault that took place in the North Health Care Services Area. The investigation into this incident has been completed.
**Effective October 1, 2007, at 1230 hours, North Facility inmates impacted by this PSR are returned to normal program status.**

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| D. Coen, Lieutenant | 10-01-07 | B. Curry, Warden | 10-01-07 |

AGO-077

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-North | 11-8-07 | CTF-North-07-036 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☒ INITIAL  ☐ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION: CTF
- ☒ FACILITY: CTF-North
- ☒ HOUSING UNIT: Lassen Hall
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☒ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC:
- ☐ OTHER
- ☐

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER: STAFF THREATS

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☒ APPROVED CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED: _____

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED: _____

**PACKAGES**
- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☐ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY: Under escort.

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED: _____

**VISITING**
- ☒ NORMAL VISITING: Under escort.
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Cell front only.

**REMARKS:**
Effective 11-8-07, at 0800 hours all inmates assigned to Lassen Hall were placed on Modified Program Status pending the completion of an investigation into a potential condition endangering the safety and security of staff.

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 11-8-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden | DATE 11-8-07 |
|---|---|---|---|

AGO-078

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| Correctional Training Facility | November 15, 2007 | CTF-North-07-037 |

☐ NORMAL PROGRAM    ☒ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☒ UPDATE    ☐ CLOSURE

### TREAT INFORMATION/CHECK ALL THAT APPLY

**AREA AFFECTED**

- ☐ INSTITUTION:   CTF
- ☐ FACILITY:   North B-Yard
- ☐ HOUSING UNIT:   All
- ☐ VOCATION:
- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**

- ☐ ALL
- ☐ BLACK
- ☒ WHITE
- ☐ HISPANIC
- ☐ OTHER
- ☐

**REASON**

- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER

**MOVEMENT**

- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☒ CONTROLLED MOVEMENT
- ☐ OTHER:

**WORKERS**

- ☐ NORMAL
- ☐ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☒ NO WHITE INMATE WORKERS

**DAYROOM**

- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**

- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**FEEDING**

- ☐ NORMAL
- ☐ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☒ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**

- ☐ NORMAL
- ☒ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**

- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED:

**PACKAGES**

- ☐ NORMAL
- ☐ NO PACKAGES
- ☒ MODIFIED:   UNDER ESCORT

**DUCATS**

- ☐ NORMAL
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY  UNDER ESCORT

**MEDICAL**

- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER:

**PHONE CALLS**

- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**

- ☒ NORMAL VISITING  Under Escort
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER:

**LEGAL LIBRARY**

- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**

- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- X MODIFIED   Cell front only

**REMARKS:**

On November 10, 2007 at 0940 hours, all White Inmates assigned to the North Facility, B-Yard were placed on modified program status pending completion of an investigation into an incident involving white inmates. No changes will be made to this PSR without prior approval of the Associate Warden.

State of Emergency only:  Postponement of nonessential administrative decisions, actions and the normal time requirements:

☐ Approved    ☐ Disapproved

| PREPARED BY: A. Mendez, Lieutenant | DATE 11/15/07 | NAME / SIGNATURE (WARDEN) | DATE 11/16/07 |
|---|---|---|---|

AGO-079

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF | 11-16-07 | CTF-North-07-036 |

☒ NORMAL PROGRAM    ☐ MODIFIED PROGRAM    ☐ LOCKDOWN    ☐ STATE OF EMERGENCY

☐ INITIAL    ☐ UPDATE    ☒ CLOSURE

**REQUIRED INFORMATION CHECK ALL THAT APPLY**

### AREA AFFECTED / INMATES AFFECTED / REASON

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: CTF | ☒ ALL | ☐ BATTERY |
| ☒ FACILITY: CTF-North, | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT: Lassen Hall | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER   Staff Threats |
| ☐ OTHER: | ☐ | |

### MOVEMENT
☒ NORMAL
☐ ESCORT ALL MOVEMENT
☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☐ CONTROLLED MOVEMENT
☐ OTHER: _____

### FEEDING
☒ NORMAL
☐ CELL FEEDING
☐ CONTROLLED FEEDING IN DINING ROOM
  ☐ HOUSING UNIT/DORM AT A TIME
  ☐ DORM POD AT A TIME
  ☐ TIER AT A TIME
  ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☐ SACK MEAL LUNCH
☐ SACK MEAL DINNER

### DUCATS
☒ NORMAL
☐ MEDICAL DUCATS ONLY
☐ CLASSIFICATION DUCATS
☐ PRIORITY DUCATS ONLY

### VISITING
☒ NORMAL VISITING
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER: _____

### WORKERS
☒ NORMAL
☐ CRITICAL WORKERS ONLY
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ NO INMATE WORKERS

### SHOWERS
☒ NORMAL
☐ ESCORTED
☐ ONE INMATE PER SHOWER – OWN TIER
☐ CELL PARTNERS TOGETHER – OWN TIER
☐ DORM SHOWERING BY GROUP
☐ CRITICAL WORKERS ONLY
☐ NO SHOWERS

### MEDICAL
☒ NORMAL MEDICAL PROGRAM
☐ PRIORITY DUCATS ONLY
☐ MTA CONDUCT ROUNDS IN UNITS
☐ INMATES ESCORTED TO SICK CALL
☐ EMERGENCY MEDICAL ONLY
☐ OTHER: _____

### LEGAL LIBRARY
☒ NORMAL
☐ APPROVED COURT DEADLINES

### DAYROOM
☒ NORMAL
☐ NO DAYROOM ACTIVITIES
☐ MODIFIED: _____

### RECREATION
☒ NORMAL
☐ NO RECREATIONAL ACTIVITIES
☐ MODIFIED: _____

### CANTEEN
☒ NORMAL
☐ NO CANTEEN
☐ MODIFIED: _____

### PACKAGES
☒ NORMAL
☐ NO PACKAGES
☐ MODIFIED: _____

### PHONE CALLS
☒ NORMAL
☐ NO PHONE CALLS
☐ MODIFIED: _____

### RELIGIOUS SERVICES
☒ NORMAL
☐ NO RELIGIOUS SERVICES
☐ MODIFIED: _____

**REMARKS:**
Effective 11-16-07, at 0800 hours all inmates impacted by PSR # CTF-North-07-036 were returned to Normal Program Status.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:
☐ Approved    ☐ Disapproved

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. C. Camacho, Correctional Lieutenant | 11-16-07 | B. Curry, Warden  *B. Curry* | 11-16-07 |

AGO-080

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| Correctional Training Facility | November 28, 2007 | CTF-North-07-038 |

☐ NORMAL PROGRAM ☒ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☒ INITIAL ☐ UPDATE ☐ CLOSURE

## RELATED INFORMATION CHECK ALL THAT APPLY

### AREA AFFECTED
☒ INSTITUTION: CTF-Soledad
☒ FACILITY: CTF-North
☒ HOUSING UNIT: FD, LH and RH.
☐ VOCATION:

☐ EDUCATION:
☐ OTHER:

### INMATES AFFECTED
☐ ALL
☐ BLACK
☒ WHITE
☒ HISPANIC
The lists of all the identified impacted inmates are available at each affected housing unit and Unit V Program Office.
☒ OTHER
☐

### REASONS
☒ BATTERY
☐ DEATH
☐ RIOT / DISTURBANCE
☐ GROUPING

☐ OTHER
☐

### MOVEMENT
☐ NORMAL
☒ ESCORT ALL MOVEMENT
☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
☒ CONTROLLED MOVEMENT
☐ OTHER:

### FEEDING
☐ NORMAL
☒ CELL FEEDING
☒ CONTROLLED FEEDING IN DINING ROOM
  ☐ HOUSING UNIT/DORM AT A TIME
  ☒ DORM POD AT A TIME
  ☐ TIER AT A TIME
  ☐ HOUSING UNIT SECTION AT A TIME
☐ SACK MEAL BREAKFAST
☒ SACK MEAL LUNCH
☐ SACK MEAL DINNER

### DUCATS
☐ NORMAL
☐ MEDICAL DUCATS ONLY
☐ CLASSIFICATION DUCATS
☒ PRIORITY DUCATS ONLY: Under escort.

### VISITING
☒ NORMAL VISITING: Under Escort.
☐ NON-CONTACT ONLY
☐ NO VISITING
☐ OTHER:

### WORKERS
☐ NORMAL
☒ CRITICAL WORKERS ONLY
☐ CULINARY
☐ CLERKS
☐ VOCATION/EDUCATION
☐ CANTEEN
☐ CLOTHING ROOM
☐ RESTRICTED WORK PROGRAM
☐ PORTERS
☐ OTHER

### SHOWERS
☐ NORMAL
☒ ESCORTED
☒ ONE INMATE PER SHOWER – OWN TIER
☐ CELL PARTNERS TOGETHER – OWN TIER
☐ DORM SHOWERING BY GROUP
☐ CRITICAL WORKERS ONLY
☐ NO SHOWERS

### MEDICAL
☐ NORMAL MEDICAL PROGRAM
☒ PRIORITY DUCATS ONLY
☒ MTA CONDUCT ROUNDS IN UNITS
☒ INMATES ESCORTED TO SICK CALL
☐ EMERGENCY MEDICAL ONLY
☐ OTHER:

### LEGAL LIBRARY
☐ NORMAL
☒ APPROVED COURT DEADLINES

### DAYROOM
☐ NORMAL
☒ NO DAYROOM ACTIVITIES
☐ MODIFIED:

### RECREATION
☐ NORMAL
☒ NO RECREATIONAL ACTIVITIES
☐ MODIFIED:

### CANTEEN
☐ NORMAL
☒ NO CANTEEN
☐ MODIFIED:

### PACKAGES
☐ NORMAL
☒ NO PACKAGES
☐ MODIFIED:

### PHONE CALLS
☐ NORMAL
☒ NO PHONE CALLS
☐ MODIFIED:

### RELIGIOUS SERVICES
☐ NORMAL
☐ NO RELIGIOUS SERVICES
X MODIFIED    Cell front only.

**REMARKS:**
Effective 11-28-07 at 2038 hours, all inmates identified by this PSR assigned to the North Facility, A-Yard were placed on modified program status pending the completion of an investigation into an incident that occurred on 11-28-07 on the A-Yard.

State of Emergency only:  Postponement of nonessential administrative decisions, actions and the normal time requirements:
☐ Approved   ☐ Disapproved

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 11-29-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden | DATE 11-29-07 |
|---|---|---|---|

AGO-081

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| Correctional Training Facility | December 10, 2007 | CTF-North-07-038 |

☐ NORMAL PROGRAM ☒ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☐ UPDATE ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**

- ☒ INSTITUTION: CTF-Soledad
- ☒ FACILITY: CTF-North, A-Yard
- ☒ HOUSING UNIT: FD, LH and RH.
- ☐ VOCATION:

- ☐ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**

- ☐ ALL
- ☐ BLACK
- ☒ WHITE
- ☒ HISPANIC

The lists of all identified impacted inmates are located in the housing units and Unit V Program Office.

- ☒ OTHER
- ☐

**REASON**

- ☒ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING

- ☐ OTHER

**MOVEMENT**

- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☒ CONTROLLED MOVEMENT
- ☐ OTHER:

**FEEDING**

- ☐ NORMAL
- ☒ CELL FEEDING
- ☒ CONTROLLED FEEDING IN DINING ROOM
  - ☒ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**DUCATS**

- ☐ NORMAL

- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**VISITING**

- ☐ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☒ NO VISITING
- ☐ OTHER:

**WORKERS**

- ☐ NORMAL
- ☒ CRITICAL WORKERS ONLY
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**SHOWERS**

- ☐ NORMAL
- ☐ ESCORTED
- ☒ ONE INMATE PER SHOWER – OWN TIER
- ☒ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**MEDICAL**

- ☐ NORMAL MEDICAL PROGRAM

- ☐ PRIORITY DUCATS ONLY
- ☒ MTA CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER:

**LEGAL LIBRARY**

- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**DAYROOM**

- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**

- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**CANTEEN**

- ☐ NORMAL
- ☒ NO CANTEEN
- ☐ MODIFIED:

**PACKAGES**

- ☐ NORMAL
- ☒ NO PACKAGES
- ☐ MODIFIED:

**PHONE CALLS**

- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**RELIGIOUS SERVICES**

- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED: Cell front only.

**REMARKS:**

Effective December 10, 2007 at 1300 hours, the non-impacted inmates under this PSR assigned to A -Yard are returned to normal program. A list of the impacted inmates will be kept in the housing units. All other procedures concerning the impacted inmates will continue to be adhered to. This concludes PSR # CTF-North-07-038.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:

☐ Approved ☐ Disapproved

| PREPARED BY: J.C. Camacho, Correctional Lieutenant | DATE 12-13-07 | NAME / SIGNATURE (WARDEN) B. Curry, Warden | DATE 12-13-07 |
|---|---|---|---|

AGO-082

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH | 12-5-2006 | CTF-NOR-06-034 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☒ INITIAL | ☐ UPDATE | ☐ CLOSURE |
|---|---|---|

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION | ☐ ALL | ☒ BATTERY |
| ☒ FACILITY: | ☐ BLACK | ☐ DEATH |
| ☒ HOUSING UNIT:  TORO DORM | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: _____ | ☒ HISPANIC: NATIONAL | ☐ GROUPING |
| ☐ EDUCATION: _____ | ☐ OTHER _____ | ☐ OTHER: _____ |
| ☐ OTHER: _____ | ☐ _____ | |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ CRITICAL WORKERS ONLY | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT 3 TO 1 RATIO | ☐ CULINARY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: _____ |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: _____ | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: _____ |
| ☐ NORMAL | ☐ PORTERS | |
| ☐ CELL FEEDING | ☒ NO INMATE WORKERS | **CANTEEN** |
| ☒ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
|   ☒ HOUSING UNIT/DORM AT A TIME | ☒ NORMAL | ☒ NO CANTEEN |
|   ☐ DORM POD AT A TIME | ☐ ESCORTED | ☐ MODIFIED: _____ |
|   ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☐ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: _____ |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY | ☒ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☒ CLASSIFICATION DUCATS | ☒ MTA CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: _____ |
| ☒ PRIORITY DUCATS ONLY | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☒ NORMAL VISITING ESCORT ONLY | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☐ NO RELIGIOUS SERVICES |
| ☐ NO VISITING | **LEGAL LIBRARY** | ☒ MODIFIED: |
| ☐ OTHER: _____ | ☐ NORMAL | _____ |
| | ☒ APPROVED COURT DEADLINES & BPT | |

REMARKS:
On 12-5-2006 at about 0800 hours, Toro Dorm staff discovered a Mexican National inmate with serious head and facial injuries. The injuries indicate that he had been the victim of battery. ALL Mexican National and their associates housed in Toro Dorm have been placed on Modified Program Status pending Administrative review.

| PREPARED BY: D.G. METCALF | DATE 12-05-2006 | NAME / SIGNATURE (WARDEN) B. CURRY *B. Curry* | DATE 12/6/06 |
|---|---|---|---|

AGO-083

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CTF-NORTH FACILITY | December 5, 2006 | CTF-North-06-034 |

☒ NORMAL PROGRAM ☐ MODIFIED PROGRAM ☐ LOCKDOWN ☐ STATE OF EMERGENCY

☐ INITIAL ☐ UPDATE ☒ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☒ INSTITUTION  *CTF*
- ☒ FACILITY*: NORTH FACILITY A-YARD*
- ☒ HOUSING UNIT: *TORO DORM*
- ☐ VOCATION: _____
- ☐ EDUCATION: _____
- ☐ OTHER: _____

**INMATES AFFECTED**
- ☐ ALL
- ☐ BLACK
- ☐ WHITE
- ☒ HISPANIC  Mexican National Inmates
- ☐ OTHER
- ☐ _____

**REASON**
- ☒ BATTERY  2-on-1 on Inmate
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☐ OTHER:

**MOVEMENT**
- ☒ NORMAL
- ☐ ESCORT ALL MOVEMENT
- ☐ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER: _____

**WORKERS**
- ☐ CRITICAL WORKERS
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☒ NORMAL
- ☐ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☒ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED: _____

**FEEDING**
- ☒ NORMAL
- ☐ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☒ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☒ NORMAL
- ☐ NO CANTEEN
- ☐ MODIFIED:

**PACKAGES**
- ☒ NORMAL
- ☐ NO PACKAGES
- ☐ MODIFIED: _____

**DUCATS**
- ☒ ALL DUCATS HONORED
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☐ PRIORITY DUCATS ONLY

**MEDICAL**
- ☒ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☐ MTA CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☒ NORMAL
- ☐ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER: _____

**LEGAL LIBRARY**
- ☒ NORMAL
- ☐ APPROVED COURT DEADLINES & BPT

**RELIGIOUS SERVICES**
- ☒ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☐ MODIFIED: See remarks below

REMARK:

Effective December 13, 2006, at approximately 1800 hours, all Mexican National inmates in Toro Dorm were returned to Normal Program.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| S. V. Truett | 12-13-2006 | Ben Curry, Warden (A) | 12/14/06 |
| 3/W Watch Commander | | | |

# EXHIBIT D

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Mr. Tabarez Gregory | C-22746 | A-1 status | L3-121L |

A. Describe Problem: On June 27, 2008, I received my UCC chrono from my reassigned Counselor which signed and dated on the back when I received it. (See attachment #1.) The instant CDC-602 is in regards to my continuous transfers and my transfer herein CCC-Lassen. Which is in violation of my First Amendment rights, based on the following facts and information: I initially appeared before UCC at San Quentin State Prison (SQ) on 12/04/06, and my case was referred to CSR requesting a non-adverse transfer on the basis that I had a ongoing litigation against A/W Max S. Lemon, for allowing a riot to take place at Old Folsom State Prison back in April 8, 2002. (See attachment #2, at pp. 1-2.) During UCC on 12/04/06, at SQ I informed UCC that

If you need more space, attach one additional sheet. (PLEASE SEE ATTACHED SHEET FOR FURTHER DISCUSSION.)

B. Action Requested: I respectfully request that I be transferred back to SQ to prevent further litigation in the federal courts. Based, on the fact the failure would constitute condones of the wrongful action by SQ and deliberate indifference of my constitutional rights to file a prison grievance and pursue court action. See Title 15, Section 3160.(a).

Inmate/Parolee Signature: _Gregory Tabarez_    Date Submitted: _July 1, 2008_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

the transfer was retaliatory and a violation of my First Amendment rights to file a prison grievance and pursue civil rights litigation in the courts, and is established law. (See Title 15, Section 3160.(a) in pertinent part provides: "**Staff shall not in any way retaliate against or discipline any inmate for initiating or maintaining a lawsuit.**") UCC repudiated my averments and on 12/06/06, I was transferred to Soledad State Prison (CTF-North) a Level III facility. (See attachment #3.)

On 09/12/07, after I exhausted my CDCR administrative appeal process avering that the transfer was in violation of my First Amendment rights I filed a civil rights complaint in the U.S. Northern District Court, asserting the same contention, and that CTF-North condoned the transfer and were also in violation of my First Amendment rights. (See attachment #4.)

On 11/15/07, CTF-North UCC transferred me back to SQ. (See attachment #5.)

On 02/22/08, the U.S. Northern District Court issued an order "Having reviewed the complaint, the Court finds Plaintiff's allegations, liberally construed, state a cognizable claim that the named Defendants violated his First Amendment rights by retaliating against him for the exercise of his constitutional rights. (See attachment #4.)

As a result of this Court order on 02/22/08, I was awaken on April 15, 2008, at 3:a.m. told to pack-up my personal property because I was being transfer, which I complied. And I was transferred from Level II San Quentin State Prison to Level III, Susanville State Prison CCC-Lassen. (see attachment #6.)

On April 23, 2008, I appeared before UCC herein CCC-Lassen and I explained that my transfer here was in violation of my First Amendment rights and it was retaliatory based on the facts that I am a Level II, and Lassen facility was a Level III and that to keep me here would be condoning the action of SQ staff officials and would constitute deliberate indifference of my rights to file a prison grievance and pursue a civil rights litigation in the court. (Quote: "**Of fundamental import to prisoners are their First Amendment "right[s] to file prison grievances,**" Brue v. Ylst, 351 F.3d 1283, 1288 (9th Cir. 2003), and to pursue civil rights litigation in the courts." Schroeder v. McDonald, 55 F.3d 454, 461 (9th Cir. 1995). Without those bedrock constitutional guarantees, inmates would be left with no viable mechanism to remedy prison injustices. And because purely retaliatory actions taken against a prisoner for having exercised those rights necessary undermine those protections, such actions violate the Constitution quite apart from any underling misconduct they are designed to shield." See e.g., Pratt v. Rowland, 65 F.3d 802, 806 & n. 4 (9th Cir. 1995) ("[T]he prohibition against retaliatory punishment is clearly established law'. Rhodes v. Robinson, 408 F.3d 559, 567 (9th Cir. 2005).

Therefore, this transfer herein CCC-Lassen is retaliatory and a violation of my constitutional rights, and the condones of this transfer constitute deliberate indifference by staff officials herein CCC-Lassen in can establish prison officials liability by law.

Dated: July 1, 2008                Respectfully submitted,

Gregory Tabarez, CDCR ID #C22746

STATE OF CALIFORNIA
CDC-128G
CCC (New 6/98)

DEPARTMENT OF CORRECTIONS
CLASSIFICATION CHRONO

| CDC NUMBER C-22746 | NAME TABAREZ, GREGORY | | CLASSIFICATION SCORE 19 | TYPE AND RELEASE DATE MEPD 11/20/22 | | NEXT BPT HEARING DATE 10/20/2021 | | |
|---|---|---|---|---|---|---|---|---|
| CUSTODY CLO B | LEVEL ENDORSED III | IP TIM | CURRENT ASSIGNMENT UNASS | | WG/PG A1 A | NEXT CLASSIFICATION/TYPE 1/09 ANNUAL | AGE 54 | ETHNIC HIS |
| TERM STATUS 3RD | CO. OF COMMITMENT SACRAMENTO | DATE REC'D CDC 9/24/1996 | DATE REC'D CCC 4/15/2008 | CONTROLLING OFFENSE: POSS CS (28 TO LIFE) | | | | |
| COMMITTEE ACTIONS    WL:LI/4RAC;DENY TX REQUEST; GRANT A1 A EFF 4/15/08 | | | | | | | HOUSING L1-107L | |

Inmate TABAREZ's case was reviewed by LASSEN Unit Initial Classification Committee. Subject received 72 hours notification. 'S' was present for this classification hearing. 'S' was received at CCC from SQ-II as a 3RD termer for POSS CS. Prior prison terms include: CYA 74719 (1966) EXTORTION BURGLARY; CYA (1970) : GTA; FED YOUTH CTR 1974: DIST NARC; FED PRISON PRISON CAMP 1977: DIST NARC; CDC 1980: ROBBERY: USE F/A; 1988 ROBBERY: USE F/A. No current academic test results in file. Current academic results reflect a GPL of 7.8. Subject has a reading level of 8.4. Committee notes the inmate claims work skills as CEMENT FINISHER, MASON AND PLUMBER'S HELPER.

Disciplinary history indicates 2/15/05 DIV A-2 "INTRODUCING HEROIN INTO STATE PRISON FOR DISTRIBUTION," TWO DIV D, AND ONE ADMIN RVR.. Subject is eligible for double cell or dormitory housing. Detainers Section is clear. CDC 812 reflects ENEMY/GANG INFO; AKA "PIRATE". Committee has reviewed Confidential folder information. Inmate's medical status is FULL DUTY, FIT FOR FOOD HANDLING per CDC 128C dated 12/6/2006. Subject is cleared for General Population per mental health screening form CDC 128C dated 2/14/2005. TB Alert Code is 32 per CDC 128C dated 4/1/2008. Inmate does not meet criteria for Disability Placement Program (DPP).

Arrest history reflects POSS CS, ROBBERY, BURGLARY, ATT MURDER (DISMISSED), KIDNAPPING (DISMISSED), BATTERY, WPNS, PROPERTY AND NARCOTICS VIOLATIONS. CI&I is current, and FBI is not current. File reflects no history of SEX AND ARSON. However, there is a(n) ESCAPE FROM SACRAMENTO CO ON 9/2/79 NOTED IN THE POR PG 9. THIS WAS DISMISSED PER 849.5 (REFER TO ISRS). ALSO NOTED IS A 8/3/87 SAC PD ARREST FOR KIDNAPPING WHICH WAS DISMISSED 9/30/87. Inmate has no history of sex crimes requiring 'R' Suffix consideration. Subject is not required to register per PC 290. The inmate meets the criminal offense portion of the MDO referral critera.

Subject is ineligible for CAMP; MSF, CCF, MCCF, CCRC, REST. CTR. AND SAP DUE TO LIFE TERM. Release Program Study has been completed. A restitution fine has been ordered. Inmate was not foreign born. This inmate does not meet criteria for mandatory random drug testing pursuant to CCR 3315(f)(4).

Family visiting is excluded due to a(n) A LIFE TERM conviction. Subject is requesting A JOB OR VOC PROGRAM. Committee establishes custody at CLOSE B, based on CSR ENDORSEMENT AND TIM IP. Committee elects to DENY TX REQUEST and places inmate on waiting list(s) for LI/4RAC, based on INST NEED AND INMATE REQUEST.

Subject stated he understood and disagreed with committee actions, stating THAT HE WANTED A TRANSFER BACK TO SQ-II. Subject was advised of his appeal rights. Participation Credits and Rules of Conduct including grooming standards have been explained in accordance with PC 2930, 2933 and CCR 3002. Additional Comments: NCF 9/11/02, CTF/UCC COMPLETED A CASE-BY-CASE VIO REVIEW ON 10/17/07 AND ELECTED NOT TO IMPOSE 'P' CODE OR VIO AD. COMMITTEE DENIED SUBJECT'S TX REQUEST, EXPLAINING TO HIM THAT HE WAS APPROPRIATELY ENDORSED WITH A TIM IP. SUBJECT WAS INFORMED THAT HE COULD REQUEST A TRANSFER AT HIS NEXT ANNUAL REVIEW IN JAN 09. Subject's next classification action will be 1/09 for his annual review.

DLF/crc/972

*ATTACHMENT # 1*

Committee Members:

J. RILEY, FC-(A), Chairperson

R. ZIMMERMAN, CC-II

D. FRENCH, CC-I, Recorder

| Institution: | Classification: | DATE: |
|---|---|---|
| | | April 22, 2008 |

1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

11            Plaintiff,                No. CIV S-04-0360 LKK EFB P

12

vs.

13

DIANA BUTLER, et al.,

14           Defendants.         FINDINGS AND RECOMMENDATIONS

15

16

Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17

U.S.C. § 1983. This action proceeds on the January 25, 2006, first amended complaint. The

18

matter is now before the court on defendants' May 30, 2007 and June 4, 2007, motions for

19

summary judgment. For the reasons explained below, the motion must granted, in part, and

20

denied, in part.

21

Plaintiff claims in his verified amended complaint that defendants violated his right to be

22

free from cruel and unusual punishment. In particular, he alleges the following: (1) that

23

defendants Acuna, Baber, Bunnell, Butler, Lemon and Rendon[1] were deliberately indifferent to

24

his safety by conducting conducted an unsafe procedure for ending a lockdown; and, (2) that

25

---

26       [1] Plaintiff identifies this defendant as "Reardon."

1

1  On the other hand, on this evidence, a reasonable jury could find in plaintiff's favor. Therefore,

2  defendant Bunnell is not entitled to judgment as a matter of law on this claim.

3  ### E. Defendant Butler

4  Plaintiff alleges that Warden Butler was deliberately indifferent because she was

5  involved in orchestrating the riot. There is no evidence to support that claim.[10] It is undisputed

6  that following extensive investigation, members of the ISU recommended that Northern

7  Hispanics be returned to normal programming. Thus, on April 5, 2002, Butler met with Bunnell

8  and Acuna, who played a major role in the daily running of the prison, and together they decided

9  on a plan to release Northern Hispanics from lockdown. However, the fact that they met in no

10  way establishes indifference by the Warden. Plaintiff offers no evidence that these defendants

11  discussed ending the lockdown even though they believed it was not safe to do so. Nor does he

12  offer any evidence that these defendants at that time intended a change in the unlock plan on

13  April 8 that would jeopardize prison security and result in a riot. It is undisputed that Butler was

14  not at the prison on April 8. She has submitted evidence that her schedule required her to be out

15  of town that day. Whether the Warden's absence on the day that the unlock plan was

16  implemented was problematic in a management context, her absence itself does not constitute

17  deliberate indifference under the Eighth Amendment. To suggest that her absence from the

18  prison made it more likely that Acuna would disobey an order is mere speculation. Moreover, it

19  fails to rise to a level of neglect that establishes deliberate indifference. Plaintiff produces no

20  evidence upon which a jury could reasonably find for plaintiff on his claim against Warden

21  Butler and her motion must be granted.

22  ### F. Defendant Lemon

23  Plaintiff claims that Associate Warden Lemon was deliberately indifferent to his safety

24  by not calling down the yard before Bunnell did. Lemon asserts that there is no genuine issue

25  ---

26  [10] To the contrary. If she is to be criticized over this event, it would be for her lack of involvement on the day in question.

29

1  about whether he was deliberately indifferent. It is undisputed that he was not involved in the

2  decision to end the lockdown, in developing the plan, or in changing the plan. Rather, he learned

3  of the plan when he arrived for work the morning of April 8, 2002, in a discussion with the

4  captains. Plaintiff asserts that as prisoners arrived on the yard and in the time preceding the riot,

5  Lemon was standing near the canteen area at "5 count gate" drinking coffee and facing the

6  handball court area. Am. Compl., at 7. Lemon does not deny that he was observing the yard

7  while prisoners were exiting Building 1 and filing onto the yard. In fact, Lemon drafted a

8  memorandum dated February 4, 2003, showing that he believed that the release was not going as

9  planned. The problem Lemon encountered on this motion is that he and other officers knew that

10 even after a call ordering Baber to proceed as originally planned, Northerners and Southerners

11 continued to exit the building separately and congregate in discrete areas of the yard. It bears

12 repeating that any officer could call down the yard. Lemon did not do so. In light of the

13 undisputed recent history of violence between Northerners and Southerners, a reasonable jury

14 could find that Lemon knew violence would erupt yet failed to take reasonable measures to

15 prevent it. Thus, Lemon's motion must be denied.

16 **F. Defendant Rios**

17          Plaintiff alleges that defendant Rios used excessive force against him while attempting to

18 quell the riot. In particular, he asserts that Rios purposely aimed his launcher at prisoners'

19 heads, causing injury to plaintiff. Rios asserts that plaintiff cannot demonstrate a genuine issue

20 about whether he acted solely to cause harm. To survive Rios's motion, plaintiff must submit

21 evidence Rios engaged in wrongdoing that is objectively serious enough to violate the Eighth

22 Amendment, and that he acted with a sufficiently culpable state of mind. *Hudson v. McMillian*,

23 503 U.S. 1, 7-9 (1992). Thus, plaintiff's evidence must show that under the circumstances the

24 force used was not justified, and it was not applied "in a good faith effort to maintain or restore

25 discipline," but instead "maliciously and sadistically for the very purpose of causing harm."

26 *Whitley v. Albers*, 475 U.S. 312, 320 (1986). When determining whether the force used was

(ATTACHMENT # 2, Page 3)

CDC-128-G (REV. 3/89)

No.:        C22746    Name:    TABAREZ        CS/LV:    19/IV/LIF    Next Class:    1/1/07
Custody:    CLOSE B                Release Date: MEPD 11/26/2002    Assignment:    NB PORTER
Comment:    ANNUAL REVIEW/ REFER TO CSR FOR TX DUE TO PENDING LITIGATION    WG:    A-1    PG:    A EFF: 9/8/06
            INVOLVING STAFF AT SQSP. SUBJECT REQUESTS SOL-III O/R CLOSE
            B/CTF-II.

Subject appeared before Program Unit III, Unit Classification Committee (UCC) for Annual Review.  Subject is a 53 (DOB 5/6/53) year old
Mexican, multi termer, received in CDC on 9/24/96 to serve a 28 years to Life term from Sacramento County for HS 11350A Possession of
Controlled Substance.  He was received at SQ Main on 8/1/02 from FSP as a result of a non-adverse transfer.

CASE FACTORS: County of Residence: Sacramento.  Holds/warrants/detainers: Clear.  Escapes:  9/2/79 Ex-Convict w/ Gun Escape
from Prison charge later dismissed .  Arson:  Clear. Sex Offenses: Clear - SVP not applicable.  Notice/Registration: HS 11590. CDC 812:
Enemies noted. - Disruptive group noted: Norteno Member.  Disciplinary:  CDC 115's dated 2/15/05 CCR 3016 Introducing Heroin into a
State Prison for Distribution, 2/13/01 CCR 3005 (C) Mutual Combat, 3/5/98 CCR 3062 (e) Hair Longer than three inches.  Medical:  TB Code
32 per CDC 128C dated 5/1/06, Full Duty and Food Service cleared per CDC 128-C1 dated 11/30/96.  Psychiatric:   Mental Health
Screening completed per CDC 128-C dated 4/8/05, Psych cleared per CDC 128-C dated 4/8/05. Does not meet criteria for MDO referral.
GPL:  3.4.  Due to subject's low test score CCII S. Robinson acted as staff assistant.  Foreign Prisoner Transfer Treaty Program: Not
applicable.  Confidential: Noted. Program Eligibility: Subject is deemed MSF , Camp , CCF, Restitution Center , and SATF/SAP ineligible
due to Life sentence. Status of Restitution: None reflected in the file and DDPS reflects none.  Other:  Subject's CDC-812 has been
updated. Subject was reviewed for single-cell status per DOM # 72020.9.1 and does not meet the criteria for 'S' suffix.  Caseworker notes
Subject's identification photograph is current.  Inmate indicated he could remain double-celled. Subject's case has been reviewed for visiting
restrictions per CCR 3173.1/3177 and a visiting restriction is warranted.

COMMITTEE ACTION: UCC acts refer subject to the CSR for transfer per CDW M. Lemon's request.  The request is due to pending litigation
with CDW M. Lemon named as a defendant. CDW M. Lemon requested subject be transferred " to ensure that my role as the CDW has no
bearing on the case and prevents any possible allegation of perceived retaliation of any nature by Inmate Tabarez C-22746". Subject requests
placement at SOL-III O/R Close B/ CTF-II, due to his family residing in Sacramento. UCC recommends that subject not be housed at FSP due
to FSP staff also being involved in the pending litigation. This transfer is non-adverse in nature and subject shall retain his A1/A status upon
receipt at receiving institution. UCC acts to retain custody at Close B based upon case factors, WG/PG: A1/A effective 9/8/06, continue his
placement as a North Block porter, and retain SQ Main. Compliance with PC 2930/2933 has been noted. Inmate acknowledged he received
72-hour prior written notice of this hearing. Inmate indicates that he understands, however disagrees with the reasons presented for transfer
and the committee action. Subject stated that he believes the transfer request from CDW M. Lemon is retaliation due to his pending litigation
against CDW M. Lemon. Subject states that due to his Close B and Lifer status there are limited institutions that allow him to program; due to
this subject requested to remain housed at SQSP. Subject was advised of his appeal rights.

COMMITTEE MEMBERS:    P. SPEER, FC
                     S. ROBINSON, CCII            P. SPEER, FC            B. EBERT, CC-I
                     B. EBERT, CCI                CHAIRPERSON            RECORDER

Distribution:    Original - C-File
                 Inmate
                 CC-I

Date: 12/4/06    (page 1 of 1)        CLASSIFICATION: ANNUAL REVIEW/ REFER CSR            INST. SQ

#3

AGO-149

CDC-128-G (REV. 2/89)

| No.: | C22746 | Name: | TABAREZ | CS/LV: 19/II/LIF | Next Class: 9/24/08 |
|---|---|---|---|---|---|
| Custody: | CLOSE B | | | Release Date: MEPD 11/20/2022 | Assignment: PIA AND SUPPORT SERVICES W/L |

WG: A-1  PG: A

Comment: INITIAL CLASSIFICATION - REMOVE ORI. ESTABLISH CUSTODY AT CLOSE B, WG/PG A1/A, PLACE ON PIA AND SUPPORT SERVICES W/L, RETAIN IN NORTH BLOCK

EFF 9/8/06

Subject appeared before the General Population Division, Unit Classification Committee (UCC) for Initial Review. Subject is a 54 year old (DOB 5/6/53) Mexican Multi termer, received in CDC on 9/24/96 to serve a 28 years to Life term from Sacramento County for HS 11350A Possession of Controlled Substance (3 Strikes). He was received at SQ Main on 11/15/07 from CTF as a result of a non-adverse transfer.

CASE FACTORS: County of Residence: Sacramento. Holds/warrants/detainers: Clear. Escapes: Clear. Arson: Clear. Sex Offenses: Clear - SVP not applicable. Notice/Registration: PC 296 and HS 11590. CDC 812: Enemies noted. Disruptive Group noted: Norteno Member. Disciplinary: CDC 115 dated 2/15/05 Introducing Heroin into a State Prison for Distribution, 2/13/01 Mutual Combat, 3/5/98 Hair Longer than 3 Inches, 6/20/97 Mutual Combat. Medical: TB Code 32 per CDC 128C dated 9/13/07, Full Duty and Food Service cleared per CDC 128-C1 dated 12/6/06 No medical concerns noted. Psychiatric: Mental Health Screening completed per CDC 128-C dated 12/14/05, Psych cleared per CDC 128-C dated 12/14/05. Does not meet criteria for MDO referral. GPL: 9.4. Foreign Prisoner Transfer Treaty Program: Not applicable. Confidential: Clear. Program Eligibility: Subject is deemed MSF, Camp, CCF, Restitution Center, COCF and SATF/SAP ineligible due to Life sentence. Status of Restitution: None reflected in the file and DDPS does not reflect a current balance . Other: Subject's CDC-812 has been reviewed and updated as appropriate. Subject was reviewed for single-cell status per DOM #. 72020.9.1 and does not meet the criteria for 'S' suffix. Caseworker notes Subject's identification photograph is current. Subject stated and indicated he could remain double-celled. Subject's case was reviewed for visiting restrictions per CCR 3173.1/3177 and a visiting restriction is not warranted.

COMMITTEE ACTION: UCC acts to remove Subject from orientation, set custody at Close B based upon case factors, assign WG/PG: A1/A effective 09/8/06, based on initial placement, place on the PIA and Support Services waiting list based upon job skills, and retain SQ Main. PC 2930/2933 have been complied with. Subject acknowledged he received 72-hour prior written notice of this hearing. Subject indicates that he understands and agrees with the committee action and was advised of his appeal rights.

COMMITTEE MEMBERS:  T. FRATES, FC (A)
                    L. CAHAYLA, CCII
                    B. EBERT, CCI
                    W. REEVES, EDUCATION

T. FRATES, FC (A)
CHAIRPERSON

B. EBERT, CCI
RECORDER

Distribution:  Original - C-File
               Inmate
               CC-I

Date: 11/28/07  (page 1 of 1)

CLASSIFICATION: INITIAL

INST. SQ

(ATTACHMENT #4. )

1
2
3
4
5
6

**Filed**

FEB 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TABAREZ, | No. C 07-4920 JF (PR) |
| Plaintiff, | ORDER OF SERVICE; DIRECTING DEFENDANTS TO FILE DISPOSITIVE MOTION OR NOTICE REGARDING SUCH MOTION |
| vs. | |
| JAMES TILTON, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against California state prison officials. Plaintiff has been granted leave to proceed in forma pauperis in a separate written order. The Court will order service of the complaint on the named Defendants.

**DISCUSSION**

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. See id. § 1915A(b)(1),(2). Pro se pleadings must, however, be

(ATTACHMENT #4, Pages 1 through 6.)

Order of Service; Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion
G:\PRO-SE\SJ.Jf\CR.07\Tabarez920srv.wpd                                    1

1    liberally construed.  See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir.

2    1988).

3         To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential

4    elements: (1) that a right secured by the Constitution or laws of the United States was

5    violated, and (2) that the alleged violation was committed by a person acting under the

6    color of state law.  See West v. Atkins, 487 U.S. 42, 48 (1988).

7         Having reviewed the complaint, the Court finds that Plaintiff's allegations,

8    liberally construed, state a cognizable claim that the named Defendants violated his First

9    Amendment rights by retaliating against him for the exercise of his constitutional rights.

10    **CONCLUSION**

11         For the reasons stated above, the Court orders as follows:

12         1.    The Clerk of the Court shall issue summons and the United States Marshal

13    shall serve, without prepayment of fees, a copy of the complaint in this matter, all

14    attachments thereto, and a copy of this order upon **James Tilton, Director,** and **N.**

15    **Grannis, Chief of Inmate Appeals,** at the **California Department of Corrections and**

16    **Rehabilitation in Sacramento, California; Warden Robert L. Ayers, Associate**

17    **Warden Max. S. Lemon, Captain P. Speer,** and **Correctional Counselor B. Ebert** at

18    **San Quentin State Prison; Captain C. Plymesser, Correctional Counselor R. K.**

19    **Robinson, Correctional Counselor M. W. Ratliff,** and **Associate Warden G. A. Ortiz**

20    at the **Correctional Training Facility** in Soledad, California.  The Clerk shall also mail

21    courtesy copies of the complaint and this order to the California Attorney General's

22    Office.

23         2.    No later than **ninety (90) days** from the date of this order, Defendants shall

24    file a motion for summary judgment or other dispositive motion with respect to the claim

25    in the complaint as set forth above.

26         a.    If Defendants elect to file a motion to dismiss on the grounds that

27    Plaintiff failed to exhaust his available administrative remedies as required by 42 U.S.C.

28    § 1997e(a), Defendants shall do so in an unenumerated Rule 12(b) motion pursuant to

8.      It is Plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

       IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
United States District Judge

No.:    C22746    NAME    TABAREZ    CS:    19/II/LIF    Next Class:    1/1/09
Custody:    CLO B    Release Date:    MEPD 11/20/22    Assignment:    FOOD SERVICE
Comment:    PROGRAM REVIEW    REFER TO CSR RX TX SOL III O/R CLO B    WG:    A-1    PG:    A    EFF    9/8/06
ALT/ CCC-III O/R CLO B DUE TO SUBJECT'S
PENDING LITIGATION INVOLVING SQ STAFF

Subject appeared before the General Population Division, Institution Classification Committee (ICC) for Program Review for transfer consideration. Subject received 72 hours prior written notice of this committee hearing. Dr. R. Ponath Mental Health was present to address Subject's mental health needs. Subject indicated he had no mental health concerns at this time. All of Subject's case factors are noted on CDC-128G dated 11/28/07.

Subject initially appeared before UCC at San Quentin State Prison on 12/4/06 and his case was referred to the CSR requesting a non adverse transfer to SOL III O/R CLOB / ALT CTF-II due to pending litigation involving San Quentin Staff. Specifically, M. Lemon, Chief Deputy Warden, requested the transfer, *"to ensure that my role as the CDW has no bearing on the case and prevents any possible allegation of perceived retaliation of any nature by inmate Tabarez, C-22746."* On 12/4/06, the CSR endorsed Subject to CTF-II. Subject was transferred to CTF on 12/6/06. On 10/17/07, Subject appeared before CTF UCC for Annual Review. At this time, Subject was referred to the CSR requesting transfer to San Quentin-II based on CTF being required to accommodate inmates from HDSP IV Facility B, based on a mission change at that Institution. The CDC-128G from this committee did not address the fact that the Subject had previously been transferred from San Quentin based on pending litigation. On 11/1/07, the CSR endorsed Subject for transfer back to San Quentin.

On 3/18/08, B. Ebert, Correctional Counselor I, was notified that she, M. Lemon, CDW, and R. L. Ayers Jr., Warden, had been named as defendants in a Federal civil lawsuit filed by Subject. On 3/19/08, L. Cahayla, Correctional Counselor II, was apprised of this information and transferred all of Subject's future correctional casework from B. Ebert, CCI, to M.J. McGarvey, CCI, to prevent any conflict of interest (refer to CDC-128G dated 3/19/08). On 3/28/08, B. Grundy, North Block Facility Captain, spoke with A. Cota, CDW (A) regarding the situation. Mr. Coda indicated that Subject should be taken to ICC and referred for transfer based on the same reason he was transferred from San Quentin in 2006. On 3/28/08, E. Messick, Litigation Coordinator, was apprised of the Subject's presence at San Quentin and the pending litigation involving San Quentin Staff. After he discussed the situation with our legal counsel (as it pertains to the aforementioned litigation), Messick directed that ICC proceed with the transfer recommendation.

Subject was informed that he was being recommended for transfer based on the same reasons he was previously transferred from San Quentin (to prevent any possible allegation of perceived retaliation of any nature by Subject). Committee Chairperson J. Curzon, CDW (A), informed Subject that he should not have been returned to San Quentin, due to the pending litigation, and that his transfer out of San Quentin was necessary. Subject indicated he is programming and would like to remain at San Quentin State Prison, however if required to transfer, he would prefer to transfer to SOL-III due to family in the area. Subject stated that he believes ICC's decision to transfer him is retaliatory and an attempt to prevent him from filing lawsuits against CDCR staff in the Federal Courts. Subject states that he believes he is being punished for exercising his rights to file in the federal courts. Subject indicated that eventually he will have no institutions to be transferred to, as he plans to include, in his current lawsuit, any institution that accepts him for transfer. Mr. Curzon further explained to Subject that he was not being punished and that his rights to pursue legal action were not being impeded. Subject was informed that his transfer was considered non-adverse in nature, and that he would retain his current custody and WG/PG upon receipt at the receiving institution.

COMMITTEE ACTION: ICC elects to refer Subject's case to the CSR RX TX SOL-III O/R CLO B / ALT CCC-III O/R CLO B due to pending litigation involving San Quentin Staff. It is recommended that Subject not be transferred back to San Quentin prior to resolution of his pending litigation involving San Quentin Staff. Subject also has pending litigation against CTF and FSP staff. This transfer is considered non-adverse in nature and Subject is to retain his current custody and WG/PG upon transfer. Subject is to remain assigned to Food Service and be retained in North Block Pending Transfer. Subject's Initial Parole Consideration Hearing is not scheduled until October 2022. Subject understands and disagrees with the committee action. Subject was advised of his rights to appeal committee's actions.

COMMITTEE MEMBERS
J. CURZON, CDW (A)
L. CAHAYLA, CCII                      J. CURZON, CDW (A)              L. CAHAYLA, CCII
M. MCGARVEY, CCI- (PRESENTER)         CHAIRPERSON                    RECORDER
B. GRUNDY, FC
DR. R. PONATH, MENTAL HEALTH

Distribution:    Original - C-File
                 Inmate
                 CC-I
Date: 4/1/08    (page 1 of 1)    CLASSIFICATION:    ICC PROGRAM REVIEW    INST. SQ

(ATTACHMENT #6.)

# EXHIBIT E

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | TRACE O. MAIORINO, State Bar No. 179749
   455 Golden Gate Avenue, Suite 11000
6 | San Francisco, CA  94102-7004
   Telephone: (415) 703-5975
7 | Fax: (415) 703-5483
   Email: Trace.Maiorino@doj.ca.gov
8 |
Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
9 | Ortiz, Plymesser, Robinson, Ratliff, and Grannis

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15 | **GREGORY TABAREZ,**

                         Plaintiff,

16 |             **v.**

17 | **JAMES TILTON, et al.,**

18 |                      Defendants.

19 |

C 07-4920 JF

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

20 | PROPOUNDING PARTY:  Plaintiff Gregory Tabarez

21 | RESPONDING PARTY:  Defendant B. Ebert

22 | SET NUMBER:  One

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

PRELIMINARY STATEMENT

The information provided in these responses is true and correct, according to Defendant's best knowledge at this time, but it is subject to future corrections for omissions, errors, or mistakes. Defendant reserves the right to produce evidence of any subsequently discovered facts or interpretations thereof, and to amend, modify, or otherwise change the responses, in accordance with applicable discovery rules.

INTERROGATORY NO. 1:

As a employee of the California Department of Corrections and Rehabilitation (CDCR) are you responsible for monitoring of compliance with enforcing of CDCR rules, policies, procedures, as well as state law and federal law?

RESPONSE TO INTERROGATORY NO. 1:

Objection. Defendant objects to this interrogatory because it is vague and ambiguous as drafted, particularly the phrase "responsible for monitoring of compliance with enforcing." The interrogatory is unduly burdensome, overly broad, and lacks any reasonable limitation in scope because it seeks information about rules, policies, procedures, and laws that are not relevant to the claims or defenses of either party. Defendant objects to this interrogatory because it calls for a legal opinion. Without waiving the foregoing objections, Defendant responds as follows:

As a Correctional Counselor I, Defendant's job duties require her to follow the California Code of Regulations, title 15, CDCR policies, federal law, and state law. Defendant's job duties do not require her to ensure that CDCR employees comply with the California Code of Regulations, title 15, CDCR policies, federal law, or state law. However, if Defendant becomes aware that other CDCR employees have committed an illegal act or violated the California Code of Regulations, title 15, or CDCR policies, Defendant's job duties require her to report it to a superior officer.

INTERROGATORY NO. 2:

What are you required to do if your supervisor or the warden or associate warden (A/w) instructs or direct you to do something against CDCR rules, policies, and state law and federal law, explain?

Def.'s Resp. Pl.'s Interrogs.

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

2

1  RESPONSE TO INTERROGATORY NO. 2:

2      Objection.  Defendant objects to this interrogatory because it is vague and ambiguous as to
3  "required to do" and "something against."  The interrogatory is unduly burdensome, overly
4  broad, and lacks any reasonable limitation scope because it seeks information about rules,
5  policies, procedures, and laws that are not relevant to the claims or defenses of either party.
6  Defendant objects to this interrogatory because it calls for a legal opinion.  Without waiving the
7  foregoing objections, Defendant responds as follows:

8      If a superior officer ordered Defendant to act illegally or to violate the California Code of
9  Regulations, title 15 or other CDCR policy, Defendant is required to report it to an officer with a
10  higher rank than the officer ordering Defendant to act improperly.

11  INTERROGATORY NO. 3:

12      Are you familiar with California Code of Regulations Title 15, Crime Prevention and
13  Corrections (Tit. 15, CCR § 3084.1.) Section 3084.1. Right to Appeal.(a)(d) "No reprisal shall be
14  taken against an inmate or parolee for filing an appeal."  As such is it appropriate to transfer an
15  inmate from a level two setting to a level three setting prison for exercising this right, explain?

16  RESPONSE TO INTERROGATORY NO. 3:

17      Objection.  Defendant objects to this interrogatory because it is vague and ambiguous as to
18  "exercising this right" and "explain."  The interrogatory is unduly burdensome and not relevant
19  to the claims or defenses of either party because Plaintiff has alleged that he was transferred
20  because of a prior lawsuit, not because he filed an inmate appeal.  Defendant objects to this
21  interrogatory because it contains multiple subparts and is an attempt to circumvent the limitation
22  on the number of interrogatories a party can propound.  Without waiving the foregoing
23  objections, Defendant responds as follows:

24      Defendant is familiar with the regulation identified by Plaintiff.  The California Code of
25  Regulations, title 15, do not provide for an inmate to be transferred from a Level II prison to a
26  Level III prison solely because the inmate submitted an inmate appeal.  Plaintiff was endorsed to
27  be transferred to CTF-II, a Level II prison facility.

28  / / /

Def.'s Resp. Pl.'s Interrogs.                                    *G. Tabarez v. J. Tilton, et al.*
                                                                C 07-4920 JF

3

1  INTERROGATORY NO. 4:

2      Do you remember when Plaintiff went to your office in Northern Block explained and show

3  you some case law that support his averment to transfer him without justification other then he

4  had a ongoing litigation against A/w Lemon would be a violation of his First Amendment rights,

5  did you look into his averments, explain what you did?

6  RESPONSE INTERROGATORY NO. 4:

7      Objection.  Defendant objects to this interrogatory on the grounds that it is vague and

8  ambiguous as to time and as to the phrases "averment to transfer him without justification,"

9  "look into his averments" and "explain what you did."  Defendant objects to this interrogatory

10  because it contains multiple subparts and is an attempt to circumvent the limitation on the

11  number of interrogatories a party can propound.  Further, the interrogatory seeks information

12  irrelevant to the claims and defenses of either party, and is unduly burdensome.  Without waiving

13  the foregoing objections, Defendant responds as follows:

14      Following a reasonable investigation of all available information, Defendant does not recall

15  any such conversation with Plaintiff.  As a Correctional Counselor I, Defendant did not have the

16  authority or responsibility to conduct any investigation concerning Plaintiff's transfer.

17  INTERROGATORY NO. 5:

18      As CDCR Counselor you have did a number of transfers what is normal or average time it

19  take an inmate to be transferred to another prison from UCC recommendation to CSR?

20  RESPONSE TO INTERROGATORY NO. 5:

21      Objection.  Defendant objects to this interrogatory on the grounds that it is vague and

22  ambiguous as drafted and as to the meaning of "normal or average time" and "from UCC

23  recommendation to CSR."  Defendant objects to this interrogatory because it is irrelevant to the

24  claim or defense of any party.  The interrogatory is unduly burdensome, overly broad, and lacks

25  any reasonable limitation in time or scope.  The interrogatory seems to require Defendant to

26  investigate each and every inmate transfer that has come before her as a Correctional Counselor I.

27  Without waiving the foregoing objections, Defendant responds as follows:

28      Following a reasonable investigation of all available information, Defendant cannot

Def.'s Resp. Pl.'s Interrogs.                                    *G. Tabarez v. J. Tilton, et al.*
                                                                        C 07-4920 JF

4

1    approximate an average length of time for an inmate to be transferred from one prison to another

2    following an appearance before the Unit Classification Committee.

3    INTERROGATORY NO. 6:

4        As Plaintiff counselor on December 4, 2006, did you have anything to do with having him

5    transferred on December 6, 2006, explain the reasons for transferring him within two days?

6    RESPONSE TO INTERROGATORY NO. 6:

7        Objection. Defendant objects to this interrogatory on the grounds that it is vague and

8    ambiguous as to the meaning of "having him transferred." Defendant objects to this

9    interrogatory because it is irrelevant to the claim or defense of any party, and is unduly

10   burdensome. Defendant objects to this interrogatory because it contains multiple subparts and is

11   an attempt to circumvent the limitation on the number of interrogatories a party can propound.

12   Defendant further objects to this interrogatory because the information has already been provided

13   to Plaintiff in the December 4, 2006 128-G, bates-numbered AGO 149, and is therefore equally

14   available to Plaintiff. Without waiving the foregoing objections, Defendant responds as follows:

15       As Correctional Counselor I, Defendant served as a committee member at the December 4,

16   2006 Unit Classification Committee hearing. Defendant's responsibility and authority was

17   limited to documenting committee action. Defendant transcribed the December 4, 2006 128-G

18   and signed it. On December 5, 2006, Defendant provided Plaintiff with a copy of the completed

19   128-G memorializing the December 4, 2006 Unit Classification Committee hearing and took no

20   further action in Plaintiff's transfer.

21   INTERROGATORY NO. 7:

22       Were you aware that Plaintiff was in the process of filing an injunction or a temporary

23   restraining order preventing his transfer, do you remember him mentioning this when he ask you

24   for a CDC-128 G, Classification Chrono, explain?

25   RESPONSE TO INTERROGATORY NO. 7:

26       Objection. Defendant objects to this interrogatory on the grounds that it is vague and

27   ambiguous as to which transfer the interrogatory refers to. Defendant objects to this

28   interrogatory because it contains multiple subparts and is an attempt to circumvent the limitation

Def.'s Resp. Pl.'s Interrogs.                          *G. Tabarez v. J. Tilton, et al.*
                                                              C 07-4920 JF

1  on the number of interrogatories a party can propound. Defendant objects to this interrogatory

2  because it is irrelevant to the claim or defense of any party, and is unduly burdensome. Without

3  waiving the foregoing objections, Defendant responds as follows:

4      Defendant recalls no such conversation with Plaintiff.

5  INTERROGATORY NO. 8:

6      Who authorized expediting Plaintiff transfer, explain?

7  RESPONSE TO INTERROGATORY NO. 8:

8      Objection. Defendant objects to this interrogatory on the grounds that it is vague and

9  ambiguous as to "expediting." Defendant objects to this interrogatory because it contains

10  multiple subparts and is an attempt to circumvent the limitation on the number of interrogatories

11  a party can propound. Defendant objects to this interrogatory because it is irrelevant to the claim

12  or defense of any party, and is unduly burdensome. Without waiving the foregoing objections,

13  Defendant responds as follows:

14      Following a reasonable investigation of all available information, Defendant does not have

15  sufficient information to respond to this interrogatory.

16  INTERROGATORY NO. 9:

17      What was the date that A/W Max S. Lemon was assigned to work at San Quentin State

18  Prison (SQ), or when did you become aware of it, and when did you become aware that Plaintiff

19  had a ongoing litigation against A/W Lemon, explain dates?

20  RESPONSE TO INTERROGATORY NO. 9:

21      Objection. Defendant objects to this interrogatory on the grounds that it is vague and

22  ambiguous as to "ongoing litigation" and "A/W." Defendant objects to this interrogatory

23  because it contains multiple subparts and is an attempt to circumvent the limitation on the

24  number of interrogatories a party can propound. Defendant objects to this interrogatory because

25  it is irrelevant to the claim or defense of any party, and is unduly burdensome. Without waiving

26  the foregoing objections, Defendant responds as follows:

27      Following a reasonable investigation of all available information, Defendant does not recall

28  when she first became aware of Chief Deputy Warden Lemon's assignment to San Quentin.

Def.'s Resp. Pl.'s Interrogs.                                    *G. Tabarez v. J. Tilton, et al.*
                                                                          C 07-4920 JF

1  Defendant first became aware that Plaintiff had filed a lawsuit in which Chief Deputy Warden

2  Lemon was named as a defendant on December 1, 2006.

3  INTERROGATORY NO. 10:

4      Throughout your employment in CDCR have you ever work at Soledad State Prison, or

5  visited there, and were you aware of Soledad State Prison Correction Training Facility North

6  (CTF-North) program, explain the level of CTF-North, and SQ main line population level? Per

7  Tit. 15, CCR § 3377.

8  RESPONSE TO INTERROGATORY NO. 10:

9      Objection. Defendant objects to this interrogatory on the grounds that it is vague and

10  ambiguous as to "Soledad State Prison," "explain the level," and "Per Tit. 15, CCR § 3377."

11  Defendant objects to this interrogatory because it contains multiple subparts and is an attempt to

12  circumvent the limitation on the number of interrogatories a party can propound. Defendant

13  objects to this interrogatory because it is irrelevant to the claim or defense of any party, and is

14  unduly burdensome. Without waiving the foregoing objections, Defendant responds as follows:

15      Defendant has not been assigned to work at any prison other than San Quentin. Defendant

16  has not visited the Correctional Training Facility. Level II inmates may be housed at San

17  Quentin and at Correctional Training Facility, North Facility.

18  INTERROGATORY NO. 11:

19      Is it a common practice to transfer inmates when they file court litigation against staff

20  officials at SQ or for that matter throughout CDCR, explain the circumstances and reasons or

21  justification?

22  RESPONSE TO INTERROGATORY NO. 11:

23      Objection. Defendant objects to this interrogatory on the grounds that it is vague and

24  ambiguous as to the meaning of "common practice," "court litigation against staff officials," and

25  "circumstances and reasons or justification." Defendant objects to this interrogatory because it is

26  irrelevant to the claim or defense of any party. The interrogatory is unduly burdensome, overly

27  broad, and lacks any reasonable limitation in time or scope. The interrogatory seems to require

28  Defendant to investigate each and every inmate transfer at every CDCR facility. Without

Def.'s Resp. Pl.'s Interrogs.                                    *G. Tabarez v. J. Tilton, et al.*
                                                                        C 07-4920 JF

1  waiving the foregoing objections, Defendant responds as follows:

2      Following a reasonable investigation of all available information, Defendant does not have

3  sufficient information to respond to this interrogatory.

4      Dated:  May 22, 2008

5                          Respectfully submitted,

6                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

7                          DAVID S. CHANEY
                           Chief Assistant Attorney General

8                          FRANCES T. GRUNDER
9                          Senior Assistant Attorney General

                           THOMAS S. PATTERSON
10                         Supervising Deputy Attorney General

11

12                         /s/ Trace Maiorino

13

14                         TRACE O. MAIORINO
                           Deputy Attorney General
                           Attorneys for Defendants Lemon, Ayers, Tilton, Ebert, Ortiz,
15                         Plymesser, Robinson, Ratliff, and Grannis

16

17  40249184.wpd
    SF2008400989

18

19

20

21

22

23

24

25

26

27

28

Def.'s Resp. Pl.'s Interrogs.                                    *G. Tabarez v. J. Tilton, et al.*
                                                                  C 07-4920 JF

1
## VERIFICATION

2      I declare under penalty of perjury that I have read and reviewed the above responses to

3   interrogatories, and they are true and correct to the best of my knowledge.

4

5   Dated: _____        _____
                                          B. EBERT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Def.'s Resp. Pl.'s Interrogs.                          *G. Tabarez v. J. Tilton, et al.*
                                                       C 07-4920 JF

# EXHIBIT F

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
    455 Golden Gate Avenue, Suite 11000
6  San Francisco, CA  94102-7004
    Telephone:  (415) 703-5975
7  Fax:  (415) 703-5483
    Email:  Trace.Maiorino@doj.ca.gov

8  Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
9  Ortiz, Plymesser, Robinson, Ratliff, and Grannis

10

11                 IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  **GREGORY TABAREZ,**                          C 07-4920 JF

16                              Plaintiff,        **DEFENDANT LEMON'S**
                                                  **RESPONSES TO**
16            v.                                  **PLAINTIFF'S REQUESTS**
                                                  **FOR ADMISSIONS**
17  **JAMES TILTON, et al.,**

18                              Defendants.

19

20  **PROPOUNDING PARTY:** Plaintiff Gregory Tabarez

21  **RESPONDING PARTY:** Defendant M. Lemon

22  **SET NUMBER:** One

23  REQUEST FOR ADMISSION NO. 1:

24      ADMIT as an employee of the California Department of Corrections and Rehabilitation

25  (CDCR) and the Associate Warden (A/W) of San Quentin State Prison (SQ) are you responsible

26  for enforcing of rules, policies and procedure established in California Code of Regulations Title

27  15.  Crime Prevention and Corrections (Tit. 15, CCR §§ 3084.1.(a)(d), and 3160.(a)) which

28  provides in pertinent parts: "No reprisal shall be taken against an inmate or parolee for filing an

Def. Lemon's Resp. Pl.'s Req. For Admission                    *G. Tabarez v. J. Tilton, et al.*
                                                                    C 07-4920 JF

                                    1

1  appeal." And 3160.(a) "Staff shall not in any way retaliate against or discipline any inmate for

2  initiating or maintaining a lawsuit?

3  RESPONSE TO REQUEST FOR ADMISSION NO. 1:

4      Objection. Defendant objects to this request because it is vague and ambiguous as drafted.

5  Defendant objects to this request because it calls for a legal opinion. Further to the extent this

6  request seeks any information that does not concern the specific subject matter in this suit, the

7  request is irrelevant to the claims and defenses of either party and is unduly burdensome. The

8  request is overly broad and lacks any reasonable limitation in time or scope. Without waiving

9  the foregoing objections, Defendant responds as follows:

10      Defendant admits that as Chief Deputy Warden of San Quentin it is his duty to assist in the

11  formulation and execution of a progressive plan for the care, treatment, discipline, custody, and

12  employment of inmates; assist in the formulation and execution of administrative policies and

13  programs for the institution; and to assist in the interpretation policies and the outlining of plans

14  and procedures to employees. Defendant denies the remainder of the request because it is

15  incomprehensible to him.

16  REQUEST FOR ADMISSION NO. 2:

17      ADMIT that regardless of CDCR rules Tit. 15, CCR §§ 3084.1.(a)(d) and 3160.(a) you had

18  Plaintiff transferred from a Level II facility to a Level III facility because he had a ongoing

19  litigation against you.

20  RESPONSE TO REQUEST FOR ADMISSION NO. 2:

21      Denied.

22  REQUEST FOR ADMISSION NO. 3:

23      ADMIT that you had Plaintiff transferred on December 6, 2006, within two days of Unit

24  Classification Committee (UCC), to obstruct his access to the courts?

25  RESPONSE TO REQUEST FOR ADMISSION NO. 3:

26      Denied.

27  REQUEST FOR ADMISSION NO. 4:

28      ADMIT that you had Plaintiff transferred again on April 15, 2008, from SQ Level II to

Def. Lemon's Resp. Pl.'s Req. For Admission

G. Tabarez v. J. Tilton, et al.
C 07-4920 JF

2

1  Susanville State Prison California Correction Center (CCC), within 14 days of UCC to obstruct

2  his access to the courts.

3  RESPONSE TO REQUEST FOR ADMISSION NO. 4:

4       Objection.  The request is unduly burdensome, overly broad, and is not relevant to any claim

5  or defense by either party because Plaintiff seeks information about events that allegedly

6  occurred after he filed his complaint on September 21, 2007.  Based on the foregoing objections,

7  no further response shall be given.

8  REQUEST FOR ADMISSION NO. 5:

9       ADMIT as a result of your instructions on December 2006, Plaintiff has been transferred

10  three (3) times within a two year period.

11  RESPONSE TO REQUEST FOR ADMISSION NO. 5:

12      Objection.  The request is vague and ambiguous as to the phrase "as a result of your

13  instructions."  The request is unduly burdensome, overly broad, and is not relevant to any claim

14  or defense by either party because Plaintiff seeks information about events that allegedly

15  occurred after he filed his complaint on September 21, 2007.  Without waiving the foregoing

16  objections, Defendant responds as follows:

17      Defendant admits that he submitted a request that Plaintiff be transferred to ensure that

18  Defendant's role as Chief Deputy Warden at San Quentin had no bearing on Plaintiff's lawsuit

19  against Defendant and to prevent any possible allegation of perceived retaliation of any nature

20  against Plaintiff.  Based on the foregoing objections, no further response shall be given.

21  REQUEST FOR ADMISSION NO. 6:

22      ADMIT that you had Plaintiff transferred because he initiated and maintained a lawsuit

23  against you, and to prevent and discourage other inmates from reporting misconduct against other

24  correctional officials and filing lawsuits.

25  RESPONSE TO REQUEST FOR ADMISSION NO. 6:

26      Denied.

27  REQUEST FOR ADMISSION NO. 7:

28      ADMIT by transferring inmate to a high level facility with more restrictions and a higher

Def. Lemon's Resp. Pl.'s Req. For Admission                                    *G. Tabarez v. J. Tilton, et al.*
                                                                                C 07-4920 JF

3

1   degree of security would prevent, obstruct, and discourage other inmates from reporting

2   misconduct by correctional staff and officials, such as the case as Plaintiff.

3   <u>RESPONSE TO REQUEST FOR ADMISSION NO. 7:</u>

4       Denied.

5   <u>REQUEST FOR ADMISSION NO. 8:</u>

6       ADMIT that Plaintiff was transferred back from Soledad State Prison CTF-North to SQ on

7   November 15, 2007, and 5 month later on April 15, 2008, Plaintiff was transferred again, and

8   during this period Plaintiff had no problems with staff or inmates, to justify a transfer other than

9   he had a ongoing lawsuit against you.

10  <u>RESPONSE TO REQUEST FOR ADMISSION NO. 8:</u>

11      Objection.  The request is unduly burdensome, overly broad, and is not relevant to any claim

12  or defense by either party because Plaintiff seeks information about events that allegedly

13  occurred after he filed his complaint on September 21, 2007.  Based on the foregoing objections,

14  no further response shall be given.

15          Dated:  June 23, 2008

16                          Respectfully submitted,

17                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

18                          DAVID S. CHANEY
                            Chief Assistant Attorney General
19
                            FRANCES T. GRUNDER
20                          Senior Assistant Attorney General

21                          THOMAS S. PATTERSON
                            Supervising Deputy Attorney General
22

23

24
                            TRACE O. MAIORINO
25                          Deputy Attorney General
                            Attorneys for Defendants Lemon, Ayers, Tilton, Ebert, Ortiz,
26                          Plymesser, Robinson, Ratliff, and Grannis

27
    40260251.wpd
28  SF2008400989

    Def. Lemon's Resp. Pl.'s Req. For Admission                    *G. Tabarez v. J. Tilton, et al.*
                                                                                C 07-4920 JF

                                        4

# EXHIBIT G

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   455 Golden Gate Avenue, Suite 11000
6  San Francisco, CA  94102-7004
   Telephone:  (415) 703-5975
7  Fax:  (415) 703-5483
   Email:  Trace.Maiorino@doj.ca.gov
8
   Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
9  Ortiz, Plymesser, Robinson, Ratliff, and Grannis

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

|  | |
|---|---|
| **GREGORY TABAREZ,** | C 07-4920 JF |
| Plaintiff, | **DEFENDANT'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

20  PROPOUNDING PARTY:  Plaintiff Gregory Tabarez

21  RESPONDING PARTY:  Defendant C. Plymesser

22  SET NUMBER:  One

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Def.'s Resp. Pl.'s Interrogs., Set One

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

1

INTERROGATORY NO. 1:

As a employee of the California Department of Corrections and Rehabilitation (CDCR) are you responsible for monitoring of compliance with enforcing of CDCR rules, policies, procedures, and also state law and federal law?

RESPONSE TO INTERROGATORY NO. 1:

Objection. Defendant objects to this interrogatory because it is vague and ambiguous as drafted, particularly the phrases "monitoring of compliance with enforcing" and "responsible." Defendant objects to this interrogatory because it seeks a legal opinion. The interrogatory is unduly burdensome, overly broad, and lacks any reasonable limitation in scope because it seeks information about rules, policies, procedures, and laws that are not relevant to the claims or defenses of either party. Without waiving the foregoing objections, Defendant responds as follows:

Defendant's job duties require her to follow the California Code of Regulations, title 15, CDCR policies, federal law, and state law. Defendant is not required to ensure that CDCR employees comply with the California Code of Regulations, title 15, CDCR policies, federal law, or state law. However, if Defendant becomes aware that other CDCR employees have committed an illegal act or violated the California Code of Regulations, title 15, or CDCR policies, Defendant's job duties require her to report it to a superior officer.

INTERROGATORY NO. 2:

When you become aware of a violation of rules, policies, procedures and state law and federal law by CDCR staff officials what are you require to do, and have you ever reported such violations upon inmates, explain?

RESPONSE TO INTERROGATORY NO. 2:

Objection. Defendant objects to this interrogatory because it is vague and ambiguous as drafted, particularly the phrase "violations upon inmates." Defendant objects to this interrogatory because it seeks a legal opinion. The interrogatory is unduly burdensome, overly broad, and lacks any reasonable limitation in scope because it seeks information about rules, policies, procedures, and laws that are not relevant to the claims or defenses of either party.

Def.'s Resp. Pl.'s Interrogs., Set One

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

2

1  Without waiving the foregoing objections, Defendant responds as follows:

2      If Defendant becomes aware that other CDCR employees have committed an illegal act or

3  violated the California Code of Regulations, title 15, or CDCR policies, Defendant's job duties

4  require her to report it to a superior officer.  Following a reasonable investigation of all available

5  resources, Defendant has no recollection of reporting an officer's illegal conduct to a superior

6  officer at this time.

7  INTERROGATORY NO. 3:

8      When Plaintiff appeared before Unit Classification Committee (UCC) do you remember

9  him explaining to UCC why he was transferred to Soledad State Prison Correctional Training

10  Facility (CTF-North) and that his transfer was in violation of his constitutional rights because it

11  was on the basis that he had a ongoing litigation against Associate Warden (A/W) Max S.

12  Lemon, explain your side of this conversation during UCC?

13  RESPONSE TO INTERROGATORY NO. 3:

14      Objection. Defendant objects to this interrogatory because it is vague and ambiguous as to

15  which transfer and as drafted, particularly the phrases "ongoing litigation" and "explain your side

16  of this conversation." The interrogatory is unduly burdensome, overly broad, and is not relevant

17  to the claims or defenses of either party. Defendant objects to this interrogatory because it

18  contains multiple subparts and is an attempt to circumvent the limitation on the number of

19  interrogatories a party can propound. Without waiving the foregoing objections, Defendant

20  responds as follows:

21      Following a reasonable investigation of all available resources, Defendant has no

22  recollection of the specific details of a conversation with Plaintiff at this time. However,

23  Defendant recalls that Plaintiff stated that he had a pending lawsuit against Defendant Lemon

24  that arose out of an alleged incident at Folsom State Prison.

25  INTERROGATORY NO. 4:

26      Have you ever work at old Folsom State Prison (FSP), what years and was A/W Max S.

27  Lemon there, and do you remember the riot on April 8, 2002?

28  / / /

Def.'s Resp. Pl.'s Interrogs., Sct One

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

3

RESPONSE INTERROGATORY NO. 4:

Objection. Defendant objects to this interrogatory because it is vague and ambiguous as to "the riot." The interrogatory is unduly burdensome, overly broad, and is not relevant to the claims or defenses of either party. Defendant objects to this interrogatory because it contains multiple subparts and is an attempt to circumvent the limitation on the number of interrogatories a party can propound. Without waiving the foregoing objections, Defendant responds as follows:

Defendant worked at Folsom State Prison from 1990 to 1996. Defendant Lemon served as an Associate Warden while Defendant worked at Folsom State Prison. Defendant was not assigned to Folsom State Prison on April 8, 2002 and was not a percipient witness to any riot that may have occurred.

INTERROGATORY NO. 5:

Are you familiar with California Code of Regulations Title 15. Crime prevention and Corrections (Tit. 15, CCR § 3084.1.) Section 3084.1. Right to Appeal.(a)(d) "No reprisal shall be taken against an inmate or parolee for filing an appeal." As such, is it appropriate to transfer an inmate from a Level Two prison to a Level Three prison without justification for exercising this right, explain the reason why Plaintiff was transferred?

RESPONSE TO INTERROGATORY NO. 5:

Objection. Defendant objects to this interrogatory because it is vague and ambiguous as to which transfer and as drafted, particularly the phrases "without justification for exercising this right" and "explain the reason." The interrogatory is unduly burdensome, overly broad, and is not relevant to the claims or defenses of either party. The interrogatory poses an incomplete hypothetical and seeks a legal opinion. Defendant objects to this interrogatory because the information is equally available to him as the reason for his transfer is contained in his central file. Defendant objects to this interrogatory because it contains multiple subparts and is an attempt to circumvent the limitation on the number of interrogatories a party can propound. Without waiving the foregoing objections, Defendant responds as follows:

Defendant did not serve on the UCC that recommended Plaintiff for transfer from San Quentin. However, Defendant understands that on December 4, 2006, the UCC at San Quentin

Def.'s Resp. Pl.'s Interrogs., Set One

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

4

1   referred Plaintiff to the Classification Staff Representative for transfer because of pending

2   litigation with Chief Deputy Warden Lemon and to prevent any bearing on the litigation or any

3   perceived retaliation. Defendant understands that a copy of the document memorializing the

4   December 4, 2006 UCC action at San Quentin, bates numbered AGO 149, was served on

5   Plaintiff on May 30, 2008. Moreover, Plaintiff was not transferred to a Level III facility.

6   Plaintiff was endorsed by the Classification Staff Representative for transfer to CTF-II. In

7   December 2006, CTF-North Facility was used to house both Level II and Level III inmates.

8   INTERROGATORY NO. 6:

9       When you became aware that Plaintiff transfer to CTF-North was based on because he had a

10  ongoing litigation against A/W Max S. Lemon did you write any type of

11  report/chronos/memorandums questioning into the legality of Plaintiff transfer?

12  RESPONSE TO INTERROGATORY NO. 6:

13      Objection. Defendant objects to this interrogatory because it is vague and ambiguous as to

14  which transfer and as drafted, particularly the phrases "ongoing litigation" and "questioning into

15  the legality." The interrogatory is unduly burdensome, overly broad, and is not relevant to the

16  claims or defenses of either party. Defendant objects to this interrogatory because the

17  information is equally available to him as the reason for his transfer is contained in his central

18  file. Without waiving the foregoing objections, Defendant responds as follows:

19      Defendant did not prepare any such document. Defendant was appropriately housed at CTF.

20  INTERROGATORY NO. 7:

21      Is it common practice to transfer inmates when they file a CDC-602 Appeal Form, and

22  pursue a civil rights litigation in the courts when it is against CDCR staff officials, or

23  correctional staff member in the prison were the inmate is house, explain the justifications such

24  as Plaintiff?

25  RESPONSE TO INTERROGATORY NO. 7:

26      Objection. Defendant objects to this interrogatory on the grounds that it is vague and

27  ambiguous as to the meaning of "common practice" and "justifications such as Plaintiff." The

28  interrogatory is unduly burdensome and not relevant to the claims or defenses of either party

Def.'s Resp. Pl.'s Interrogs., Set One

5

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

1  because Plaintiff has alleged that he was transferred because of a prior lawsuit, not because he

2  filed an inmate appeal. The interrogatory is overly broad, and lacks any reasonable limitation in

3  time or scope. The interrogatory seems to require Defendant to investigate each and every

4  inmate transfer at every CDCR facility. Without waiving the foregoing objections, Defendant

5  responds as follows:

6      Inmates are not typically transferred solely because they have filed an inmate appeal or

7  lawsuit against correctional staff. However, a transfer may be appropriate if the transfer

8  promotes the safety and security of the inmate, correctional staff, or the public, or other

9  legitimate penological goals.

10 INTERROGATORY NO. 8:

11     Prior to Plaintiff's transfer from San Quentin State Prison (SQ) to CTF-North, did you have

12 any contact with any staff officials at SQ concerning Plaintiff transfer to CTF-North, explain if

13 yes?

14 RESPONSE TO INTERROGATORY NO. 8:

15     No.

16 INTERROGATORY NO. 9:

17     Were you aware that Plaintiff was transferred back to SQ on November 15, 2007, and the

18 reasons why he was transferred back, explain circumstances?

19 RESPONSE TO INTERROGATORY NO. 9:

20     Objection. Defendant objects to this interrogatory on the grounds that it is irrelevant to the

21 claim or defense of any party, overly broad, and it is exceedingly burdensome because Plaintiff

22 seeks information about an event that allegedly occurred after he commenced this lawsuit on

23 September 21, 2007. Without waiving the foregoing objections, Defendant responds as follows:

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Def.'s Resp. Pl.'s Interrogs., Set One

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

1       Defendant recalls no further contact with Plaintiff after the December 20, 2006 UCC

2   hearing and has no information concerning any transfer from CTF.

3           Dated:  June 2, 2008

4                   Respectfully submitted,

5                   EDMUND G. BROWN JR.
                Attorney General of the State of California

6                   DAVID S. CHANEY
                Chief Assistant Attorney General

7                   FRANCES T. GRUNDER
                Senior Assistant Attorney General

8                   THOMAS S. PATTERSON

9                   Supervising Deputy Attorney General

10

11                  *[signature]*

12                  TRACE O. MAIORINO
                Deputy Attorney General

13                  Attorneys for Defendants Lemon, Ayers, Tilton, Ebert, Ortiz,
                Plymesser, Robinson, Ratliff, and Grannis

14

15

16  40250038.wpd
  SF2008400989

17

18

19

20

21

22

23

24

25

26

27

28

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

1

## VERIFICATION

2      I declare under penalty of perjury that I have read and reviewed the above responses to

3    interrogatories, and they are true and correct to the best of my knowledge.

4

5    Dated: ____6/2/08____                    C. PLYMESSER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Def.'s Resp. Pl.'s Interrogs., Set One

*G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

8

# EXHIBIT H

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | TRACE O. MAIORINO, State Bar No. 179749
   455 Golden Gate Avenue, Suite 11000
6 |    San Francisco, CA 94102-7004
   Telephone: (415) 703-5975
7 |    Fax: (415) 703-5483
   Email: Trace.Maiorino@doj.ca.gov
8
   Attorneys for Defendants Lemon, Ayers, Tilton, Ebert,
9 | Ortiz, Plymesser, Robinson, Ratliff, and Grannis

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15 | **GREGORY TABAREZ,**         C 07-4920 JF

16 |              Plaintiff,    **DEFENDANT ROBINSON'S RESPONSES TO**

17 |      v.                   **PLAINTIFF'S REQUESTS FOR ADMISSIONS**

18 | **JAMES TILTON, et al.,**

            Defendants.

19

20 | **PROPOUNDING PARTY:** Plaintiff, Gregory Tabarez

21 | **RESPONDING PARTY:** Defendant, R. K. Robinson

22 | **SET NUMBER:** One

23 | REQUEST FOR ADMISSION NO. 1:

24 |    ADMIT that on December 20, 2006, at Plaintiff's initial Unit Classification Committee

25 | (UCC) at Soledad State Prison CTF-North A-Yard Plaintiff explained to you and UCC that he

26 | was transferred because he had a ongoing litigation against Associate Warden (A/W) Max S.

27 | Lemon, and that his transfer on these basis were a violation of his First Amendment rights and

28 | that he wanted to be transfer back to San Quentin State Prison (SQ).

Def. Robinson's Resp. Pl.'s Req. Admis.                *G. Tabarez v. J. Tilton, et al.*
                                                       C 07-4920 JF

1

1   RESPONSE TO REQUEST FOR ADMISSION NO. 1:

2      Objection. Defendant objects to this request because it is irrelevant to the claim or defense

3 of any party. Without waiving the foregoing objection, Defendant responds as follows:

4      Defendant admits that at the December 20, 2006 Unit Classification Committee (UCC),

5 Plaintiff stated that he wanted to be housed at California State Prison - San Quentin (San

6 Quentin). Following a reasonable investigation of all available resources, Defendant does not

7 have sufficient information to admit or deny the remainder of the request.

8   REQUEST FOR ADMISSION NO. 2:

9      ADMIT that you and UCC had the authority to recommend that Plaintiff be transfer back to

10 SQ, in accordance with Plaintiff score Level 19 points Level II, per Tit. 15, CCR § 3375.1.

11 Inmate Placement.(a).

12   RESPONSE TO REQUEST FOR ADMISSION NO. 2:

13      Objection. Defendant objects to this request because it is vague and ambiguous as to the

14 phrase "in accordance with Plaintiff score Level 19 points Level II, per Tit. 15, CCR § 3375.1.

15 Inmate Placement.(a)," and as to which transfer. Defendant objects to this request because it is

16 irrelevant to the claim or defense of any party. Without waiving the foregoing objections,

17 Defendant responds as follows:

18      Defendant denies that at the December 20, 2006 UCC hearing the UCC had the authority to

19 recommend that Plaintiff be returned to San Quentin. Defendant denies that at the December 20,

20 2006 UCC hearing he had the authority to recommend that Plaintiff be returned to San Quentin.

21   REQUEST FOR ADMISSION NO. 3:

22      ADMIT as an employee of CDCR you are responsible and obligate with enforcing of CDCR

23 rules, policies, procedures, and state laws and federal laws, and you are aware of Tit. 15, §§

24 3084.1. Right to Appeal.(a)(d); 3160. Inmate Access to Courts.(a).

25   RESPONSE TO REQUEST FOR ADMISSION NO. 3:

26      Objection. Defendant objects to this request because it is vague and ambiguous as drafted,

27 particularly the phrase "responsible and obligate with enforcing." The request is unduly

28 burdensome, overly broad, and lacks any reasonable limitation in scope because it seeks an

Def. Robinson's Resp. Pl.'s Req. Admis.              *G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

1  admission about rules, policies, procedures, and laws that are not relevant to the claims or

2  defenses of either party. Defendant objects to this request because it calls for a legal opinion and

3  is compound. Without waiving the foregoing objections, Defendant responds as follows:

4       Defendant admits that he is employed by the California Department of Corrections and

5  Rehabilitation (CDCR). As a Correctional Counselor I, Defendant admits that he is required to

6  follow the California Code of Regulations, title 15, CDCR policies, federal law, and state law.

7  Defendant denies that his specific job duties require him to ensure that other CDCR employees

8  comply with the California Code of Regulations, title 15, CDCR policies, federal law, or state

9  law. Defendant admits that he is familiar with California Code of Regulations, title 15, §§

10  3084.1 and 3160.

11  REQUEST FOR ADMISSION NO. 4:

12       ADMIT that most transfers' from a level II facility to a level III facility are the result of a

13  disciplinary actions.

14  RESPONSE TO REQUEST FOR ADMISSION NO. 4:

15       Objection. Defendant objects to this request because it is vague and ambiguous as drafted,

16  particularly the phrases "most transfers" and "disciplinary actions." The request is unduly

17  burdensome, overly broad, and lacks any reasonable limitation in scope because it seeks an

18  admission about rules, policies, procedures, and laws that are not relevant to the claims or

19  defenses of either party. Defendant objects to this request because it seemingly calls for him to

20  review each and every transfer of an inmate from a Level II facility to a Level III facility during

21  an undetermined time period. Based on foregoing objections, Defendant cannot admit or deny

22  the request.

23  REQUEST FOR ADMISSION NO. 5:

24       ADMIT to transfer a inmate on the basis that he initiate or maintaining a lawsuit against a

25  correctional staff official is a violation of CDCR rules.

26  RESPONSE TO REQUEST FOR ADMISSION NO. 5:

27       Objection. Defendant objects to this request because it is incomprehensible as phrased.

28  Based on the foregoing objection, the request is denied.

Def. Robinson's Resp. Pl.'s Req. Admis.                    *G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

3

1 | REQUEST FOR ADMISSION NO. 6:

2    ADMIT that after you became aware why Plaintiff was transferred to CTF-North A-Yard

3 | you did not inquire or question the legality of Plaintiff transfer.

4 | RESPONSE TO REQUEST FOR ADMISSION NO. 6:

5    Objection. Defendant objects to this request because it is irrelevant to the claim or defense

6 | of any party. Defendant objects to this request because it is vague and ambiguous as to "learned

7 | the reasons" and "legality." Defendant objects to this request because it is vague and ambiguous

8 | as to time and as to which transfer. Without waiving the foregoing objection, Defendant

9 | responds as follows:

10    Defendant admits that he did not investigate the reason for Plaintiff's December 6, 2006

11 | transfer to CTF.

12 | REQUEST FOR ADMISSION NO. 7:

13    ADMIT that you became Plaintiff counselor in 2007, and that you and UCC recommended

14 | that Plaintiff be transferred back to SQ, because of his point level of 19 points, and he was

15 | transferred on November 15, 2007.

16 | RESPONSE TO REQUEST FOR ADMISSION NO. 7:

17    Objection. Defendant objects to this request on the grounds that it is irrelevant to the claim

18 | or defense of any party, overly broad, and it is exceedingly burdensome because Plaintiff seeks

19 | information about an event that allegedly occurred after he commenced this lawsuit on

20 | September 21, 2007. Based on the foregoing objections, no further response shall be given.

21 | REQUEST FOR ADMISSION NO. 8:

22    ADMIT the process of transferring Plaintiff on November 15, 2007, took over 45 days. (The

23 | term "PROCESS" as used herein means from UCC until Plaintiff was transferred on November

24 | 15, 2007.)

25 | RESPONSE TO REQUEST FOR ADMISSION NO. 8:

26    Objection. Defendant objects to this request on the grounds that it is irrelevant to the claim

27 | or defense of any party, overly broad, and it is exceedingly burdensome because Plaintiff seeks

28 | information about an event that allegedly occurred after he commenced this lawsuit on

Def. Robinson's Resp. Pl.'s Req. Admis.    *G. Tabarez v. J. Tilton, et al.*
                                                              C 07-4920 JF

4

1   September 21, 2007. Defendant objects to this request because it is vague and ambiguous as to

2   "from UCC until Plaintiff was transferred." Based on the foregoing objections, no further

3   response shall be given.

4   REQUEST FOR ADMISSION NO. 9:

5         ADMIT by transferring inmates who initiate and maintain lawsuit against against [sic]

6   correctional staff and officials would discourage inmates from reporting wrongful actions by

7   correctional staff and officials, especially when the inmate is transferred to a higher level of

8   security with more restrictions.

9   RESPONSE TO REQUEST FOR ADMISSION NO. 9:

10       Objection. Defendant objects to this request on the grounds that it is vague and ambiguous

11   as to the meaning of "discourage," "wrongful," "especially," and "higher level of security with

12   more restrictions." Defendant objects to this request because it is irrelevant to the claim or

13   defense of any party. The request is unduly burdensome, overly broad, and lacks any reasonable

14   limitation in time or scope. The requests seems to require Defendant to investigate each and

15   every inmate with a pending lawsuit and was transferred within the CDCR during an undermined

16   time-period. Without waiving the foregoing objections, Defendant responds as follows:

17       Following a reasonable investigation of all available information, Defendant does not have

18   sufficient information to admit or deny the request.

19   REQUEST FOR ADMISSION NO. 10:

20       ADMIT that CTF-North A-Yard is continuously being placed on lock-down status for one

21   reason or another, more often than other facility at Soledad.

22   RESPONSE TO REQUEST FOR ADMISSION NO. 10:

23       Objection. Defendant objects to this request on the grounds that it is vague and ambiguous

24   as to the meaning of "continuously," "for one reason or another," and "Soledad." Defendant

25   objects to this request because it is irrelevant to the claim or defense of any party. The request is

26   unduly burdensome, overly broad, and lacks any reasonable limitation in time or scope. The

27   requests seems to require Defendant to investigate each and every time a facility at California

28   Training Facility was placed on lock-down status during an undermined time-period. Without

Def. Robinson's Resp. Pl.'s Req. Admis.            *G. Tabarez v. J. Tilton, et al.*
C 07-4920 JF

1 | waiving the foregoing objections, Defendant responds as follows:

2 |       Defendant admits that CTF-North facility has been placed on lock-down status at various

3 | times. Following a reasonable investigation of all available information, Defendant does not

4 | have sufficient information to admit or deny the remainder of the request.

5 |              Dated:  June 23, 2008

6 |                              Respectfully submitted,

7 |                              EDMUND G. BROWN JR.
                                Attorney General of the State of California

8 |                              DAVID S. CHANEY
                                Chief Assistant Attorney General

9 |                              FRANCES T. GRUNDER
                                Senior Assistant Attorney General

10 |                             THOMAS S. PATTERSON
                                Supervising Deputy Attorney General

11 |

12 |

13 |                             *(signature)* Maiorino

14 |

15 |                             TRACE O. MAIORINO
                                Deputy Attorney General
                                Attorneys for Defendants Lemon, Ayers, Tilton, Ebert, Ortiz,
16 |                            Plymesser, Robinson, Ratliff, and Grannis

17 |    40260032.wpd

18 |    SF2008400989

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Def. Robinson's Resp. Pl.'s Req. Admis.                    *G. Tabarez v. J. Tilton, et al.*
                                                            C 07-4920 JF